UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE & FIRE RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>WORLD WRESTLING ENTERTAINMENT INC. et al,<br><br>Defendants. | 20-cv-2031 (JSR)<br>20-cv-2223<br><br>ORDER |
| SZANIAWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>WORLD WRESTLING ENTERTAINMENT INC. et al,<br><br>Defendants. | |

JED S. RAKOFF, U.S.D.J.

    The Court held a telephonic scheduling conference in the above-captioned matters and set the following deadlines. Motions for appointment of lead counsel are due by May 5, 2020. The Court will hold a telephonic conference to address any such

1

motions on May 12, 2020 at 2:00 pm. After the appointment of lead counsel, any amended complaint must be filed by May 29, 2020. Counsel for the defendants must file any motion to dismiss by June 19, 2020, with any opposition due July 7, 2020, and any reply due July 14, 2020. The Court will hold oral argument on any motion to dismiss on July 21, 2020 at 4:00 pm.

SO ORDERED.

Dated: New York, NY
April 2, 2020

_____
United States District Judge