| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Samuel H. Rudman, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747 | | | | |
| Telephone No: 631-367-7100          FAX No: 631-367-1173 | | | | |
| Attorney for: Plaintiff | | | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court - Southern District Of New York

Plaintiff: City of Warren Police and Fire Retirement System

Defendant: World Wrestling Entertainment, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>20CV02031JSR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Individual Rules of Practice for The Honorable Jed S. Rakoff; ECF Rules & Instructions

3. a. Party served:                          Michelle D. Wilson
   b. Person served:                         Party in item 3a

4. Address where the party was served:        14 Ravenglass Drive
                                              Stamford, CT  06903

5. I served the party:
   b. **by substituted service.** On: Sat., Mar. 14, 2020 at: 6:05PM by leaving the copies with or in the presence of:
                                    John Wilson, Husband / Co-Occupant, Caucasian, Male, 55 Years Old, Brown
                                    Hair, 5 Feet 10 Inches, 170 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                 *Fee for Service:*
   a. Eric J. Rubin                            I Declare under penalty of perjury under the laws of the State of
   **b. Class Action Research & Litigation**   CONNECTICUT that the foregoing is true and correct.
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955       03/17/2020
                                               _____          _____
                                                   (Date)                    (Signature)

8. *STATE OF CONNECTICUT, COUNTY OF* Hartford

   Subscribed and sworn to (or affirmed) before me on this 17th day of March, 2020 by Eric J. Rubin

   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AMY J. CHANTRY
   *NOTARY PUBLIC*
   MY COMMISSION EXPIRES 3/31/2023

   **AFFIDAVIT OF SERVICE**
   Summons & Complaint                          _____
                                                (Notary Signature)          sarud.205352