| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Samuel H. Rudman, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173 | | | | | |
| | | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | | |
| Plaintiff: City of Warren Police and Fire Retirement System | | | | | |
| Defendant: World Wrestling Entertainment, et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>20CV02031JSR | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Individual Rules of Practice for The Honorable Jed S. Rakoff; ECF Rules & Instructions

3. a. Party served:   Vincent K. McMahon
   b. Person served:   Stephanie Mecca, Legal Department, Caucasian, Female, 30 Years Old, Brown Hair, 5 Feet 4 Inches, 125 Pounds

4. Address where the party was served:   World Wrestling Entertainment
   1241 East Main Street
   Stamford, CT  06902

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Mar. 10, 2020 (2) at: 3:45PM

7. **Person Who Served Papers:**
   a. Eric J. Rubin
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of CONNECTICUT that the foregoing is true and correct.

   03/17/2020
   (Date)                         (Signature)

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/2023

8. STATE OF CONNECTICUT, COUNTY OF Hartford
   Subscribed and sworn to (or affirmed) before me on this 17th day of March, 2020 by Eric J. Rubin
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

AFFIDAVIT OF SERVICE
Summons & Complaint

sarud.205350

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/2023