UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE & FIRE RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   -against-<br><br>WORLD WRESTLING ENTERTAINMENT INC. et al,<br><br>   Defendants. | 20-cv-2031 (JSR)<br><br>20-cv-2223<br><br><u>ORDER</u> |
| SZANIAWSKI, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   -against-<br><br>WORLD WRESTLING ENTERTAINMENT INC. et al,<br><br>   Defendants. | |

JED S. RAKOFF, U.S.D.J.

  The above-captioned matters are consolidated on consent for all purposes under docket number 20-cv-2031. Further the Court has set the following deadlines for the now-consolidated matter. Any supplementary briefing related to plaintiffs' motions for

1

lead plaintiff is due by May 19, 2020. The Court will rule on such motions by no later than May 26, 2020. After the appointment of lead counsel, any amended complaint must be filed by June 8, 2020. Counsel for the defendants must file any motion to dismiss by June 22, 2020, with any opposition due July 6, 2020, and any reply due July 13, 2020. The Court will hold oral argument on any motion to dismiss on July 20, 2020 at 4:00 pm.

    SO ORDERED.

Dated:    New York, NY

           May 12, 2020

_____
United States District Judge