UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
CITY OF WARREN POLICE AND FIRE : Civil Action No. 1:20-cv-02031
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : **NOTICE OF VOLUNTARY DISMISSAL**
:
          Plaintiff, :
:
vs. :
:
WORLD WRESTLING ENTERTAINMENT, :
INC., VINCENT K. McMAHON, GEORGE :
A. BARRIOS and MICHELLE D. WILSON, :
:
          Defendants. :
———————————————————————— x

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc., et al.*, No. 1:20-cv-02031-JSR, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a), plaintiff City of Warren Police and Fire Retirement System hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

DATED:  June 4, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone:  312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

- 2 -

        VANOVERBEKE, MICHAUD
          & TIMMONY, P.C.
        THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Attorneys for Plaintiff*