# EXHIBIT 4

## TO THE DECLARATION OF STEPHEN G. TOPETZES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K

### C URRENT REPORT

**Pursuant to Section 13 or 15(d) of the**
**Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): February 7 , 201 9

# World Wrestling Entertainment, Inc.

(Exact name of registrant as specified in its charter)

| Delaware | 001-16131 | 04-2693383 |
|---|---|---|
| (State or other jurisdiction | (Commission File Number) | (IRS Employer |
| of incorporation) | | Identification No.) |

| 1241 East Main Street, Stamford, CT | 06902 |
|---|---|
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code: (203) 352-8600

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2.):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the re gi strant is an emerging growth company ad defined in Rule 405 of the Securities Act of 1933 (17 CFR 230.405) or Rul e 12b-2 of the Securities Exchange Act of 1934 (17 CFR 240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On February 7 , 201 9 , World Wrestling Entertainment, Inc. issued the press release announcing its financial results for the quarter and year ended December 31 , 2018 .  A copy of the press release is attached as Exhibit 99.1.

**Item 9.01 Financial Statements and Exhibits**

(d) Exhibits

99.1 Press Release dated February 7, 2019 .

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

WORLD WRESTLING ENTERTAINMENT, INC.

Dated:  February 7 , 201 9              By:   /s/ G EORGE A. BARRIOS
                                              George A. Barrios
                                              *Co-President*



**FOR IMMEDIATE RELEASE**

**Contacts:**

Investors:     Michael Weitz 203-352-8642

                 Michael Guido, CFA 203-352-8779

Media:       Matthew Altman 203-352- 1177

# WWE [®] Reports   Record Results
# For Fourth Quarter and Full Year 2018

## Fourth Quarter 2018 Highlights

- Revenue s   increased 29% to $ 272.5 million as compared to the prior year quarter

- Operating income nearly doubled to $ 5 3.4 million   from $2 7.0 million in the prior year quarter

- Adjusted OIBDA [1]   increased 57 % to  $ 6 4.4 million , exceeding Company guidance and representing an all-time record quarter

- *WWE Network* average paid subscribers [2] increased 7% to approximately 1.59 million paid subscribers, consistent with Company guidance

## Full Year 2018 Highlights

- Revenue increased 16% to $930.2 million, the highest in the Company's history

- Operating income increased 5 1 %   to a record of $11 4.5 million

- Adjusted OIBDA increased 3 1 % to $1 78.9 million, exceeding Company guidance and representing all-time record performance for the second consecutive year

- International revenue increased 58% to $317.8 million from $201.3 million in the prior year, the highest in the Company's history and the first-time international revenue has exceeded $300 million

- WWE completed agreements with USA Network (NBCU) and Fox Sports, effective October 1, 2019, which increase the av erage annual value (AAV) of its U.S. distribution to 3.6 times that of the prior deal

- Produced new , large-scale international events ( *Greatest Royal Rumble* ,   *Crown Jewel* and *Super Show - Down* ) and compelling content across platforms, including the first all-women's pay-per-view, *WWE Evolution*  ( WWE Network ) and the launch of *Miz & Mrs.* (USA Network)

- Digital engagement continued to grow with video views up 57% to 31.4 billion and hours consumed up 77% to 1.2 billion across digital and social media platforms [3]

**STAMFORD, Conn., February 7 ,   201 9** - WWE (NYSE:   WWE) today announced financial results for its fourth quarter ended   Dec ember  3 1 , 2018 .

"In 2018, WWE generated the highest level of revenue and earnings in the Company's history by leveraging our brand strength to increase the monetization of our content worldwide," stated Vince McMahon, Chairman and Chief Executive Officer. " Our long-term growth strategy will continue to focus on content creation, digitization and international development."

George Barrios, WWE Co-President , added "We increased revenue by nearly $130 million, and achieved a record level of Adjusted OIBDA and network subscribers. We expect to balance 2019 revenue growth with investment in strategic areas that extend the moat around our business ,   enabling us to continue our business transformation and maximize shareholder value."

## Fourth -Quarter   Consolidated Results

**Revenues**   increased 29% to   $ 272.5 million from the prior year quarter primarily driven by the increased monetization of content and, to a lesser extent, an $8.1 million favorable impact on licensing revenue due to the adoption of the new FASB standard for revenue recognition (ASC Topic 606).

**Operating Income**   nearly doubled to $ 5 3.4 million from $ 2 7.0 million in the prior year quarter driven by increased profits from the Media segment .   The Company's Operating income margin increased to   20 % from  1 3 % in the prior year quarter.

**Adjusted OIBDA** (which excludes stock compensation) increased 57 % to $ 6 4.4 million   as compared to $4 1.0 million in the prior year quarter. The Company's Adjusted OIBDA margin in creased to 24 % from   19 % .

**Net Income**   was $ 4 1 .2 million, or $ 0. 4 6 per diluted share, as compared to $ 4 .8 million, or $ 0. 06   per diluted share, in the fourth quarter of 2017 . This increase was primarily driven by improved operating performance and the impact of a one-time charge of $11.3 million in the prior year quarter due to the re - measurement of our deferred tax assets as a result of the Tax Cuts and Jobs Act of 2017 (the "Tax Act"), which was enacted in December 2017.

**Effective Tax Rate**   declined to 23 %   from 80% in the prior year quarter , where the latter reflected the tax impact of the $11.3 million charge note d above.   Additionally, the year-over-year decline in the effective tax rate reflected the impact of the Tax Act, which re duced the federal corporate income tax rate to 21%   from 35% .

**Cash flows generated by operating activities**   reached $ 6 5 .2 million and **Free Cash Flow** totaled $ 5 4 . 3   million as compared to $ 55.6 million and $ 48.6 million, respect ively, in the prior year quarter . [4] The growth in both measures was primarily due to improved operating performance , partially offset by the timing of working capital .

**Financial Outlook 2019**

In 2019, WWE management expects the Company to achieve another year of record revenue of approximately $1.0 billion and, as previously communicated, is targeting Adjusted OIBDA of at least $200 million, which would also be an all-time record (up at least 1 2 % from Adjusted OIBDA of $1 78.9 million in 2018). [8]

Management believes that increasing fan engagement over the next few years can enhance WWE's brand value and strengthen the Company's ability to optimize the value of its content over the long-term. Given the potential magnitude of this opportunity and its importance to long-term growth, the Company plans to continue to invest in content, digitization and international development. Key areas of investment for 2019 include strengthening WWE's talent base, delivering more localized content, developing the next iteration of the *WWE Network* service, and leveraging fan data to improve business performance. In 2019, management will continue to evaluate WWE's financial performance and to balance current earnings with investments that strengthen engagement and drive long-term growth.

The Company previously discussed a step-up in capital expenditures to build out its content production infrastructure. That spending was delayed as WWE's workplace strategy continued to evolve. Total capital expenditures are now estimated at $ 7 0 million to $ 9 0 million for 2019 with continued spending in 2020 above the historic range of approximately 4% to 7% of revenue. Management expects to provide further guidance when the related plans and timeline have been finalized.

**First Quarter 2019 Business Outlook**

For the first quarter 2019, the Company estimates Adjusted OIBDA of $ 9 million to $ 1 4 million. [8] This range of results, as well as expected performance through the third quarter, represent year-over-year declines as higher content rights fees are more than offset by increases in fixed costs , including the timing of strategic investments. For the first quarter 2019, the Company also projects average paid subscribers to *WWE Netwo rk* of approximately 1. 59 million . [8]

Achieving the targeted range of full year results assumes substantial revenue , which supports Adjusted OIBDA of at least $100 million in the fourth quarter. Importantly, the Company's new content distribution agreements in the U.S., which become effective in that period, provide significant visibility into that expectation , and moreover, into the strong year-over-year growth that is anticipated in every quarter of 2020.

WWE is unable to provide a reconciliation of full year or f irst quarter guidance to GAAP measures as, at this time, WWE cannot accurately determine all of the adjustments that would be required.

**Notes**

(1) The definition of Adjusted OIBDA can be found in the Non-GAAP Measures section of the release on page 9. A reconciliation of three and twelve months ended December 31, 2018 and 2017 Operating Income to Adjusted OIBDA can be found in the Supplemental Information in this release on pages 1 6-17

(2) Average paid subscribers are calculated based on the arithmetic daily mean over the relevant period, and may differ substantially from paid subscribers at the end of any period due to the timing of paid subscriber additions and losses

(3) Consumption includes videos viewed on third party (Facebook, YouTube, Twitter, Instagram, Snapchat, etc.) and WWE platforms (WWE.com and WWE App)

(4) A reconciliation of three and twelve months ended December 31, 2018 and 2017 Free Cash Flow to Net cash provided by operating activities can be found in the Supplemental Information in this release on page 1 8

(5) Core content rights fees consist primarily of licensing revenues earned from the distribution of our flagship programs, *Raw* and *SmackDown* , through global broadcast, pay television and digital platforms

(6) Other forms of media monetization reflect revenues earned from the distribution of other content, including, but not limited to, certain live in-ring programming content in international markets, scripted, reality and other programming, theatrical and direct-to-home video releases

(7) Other Live Events includes revenue from the sale of travel packages associated with the Company's live events, and commissions earned through secondary ticketing   as well as revenue from events for which the Company receives a fixed fee

(8) The Company's business model and expected results will continue to be subject to significant execution and other risks, including those risks outlined in the Company's Form 10-K filing with the SEC

**Non-GAAP Measures**

The Company defines **Adjusted OIBDA** as operating income excluding depreciation and amortization, stock-based compensation expense, certain impairment charges and other non-recurring material items that otherwise would impact the comparability of results between periods. Adjusted OIBDA includes amortization expenses directly related to the Company's revenue generating activities, including the amortization of feature film, television production and *WWE Network* programming assets. The Company believes the presentation of Adjusted OIBDA is relevant and useful for investors because it allows them to view the Company's segment performance in the same manner as the primary method used by management to evaluate segment performance and to make decisions regarding the allocation of resources. Additionally, the Company believes that Adjusted OIBDA is a primary measure used by media investors, analysts and peers for comparative purposes .

**Adjusted OIBDA** is a non-GAAP financial measure and may be different than similarly-titled non-GAAP financial measures used by other companies. WWE views operating income as the most directly comparable GAAP measure. Adjusted OIBDA (and other non-GAAP measures such as Adjusted Operating Income, Adjusted Net Income and Adjusted EPS presented to exclude certain material items that impact the comparability between periods) should not be considered in isolation from, or as a substitute for, operating income or other GAAP measures, such as net income or operating cash flow, as an indicator of operating performance or liquidity.

The Company defines **Free Cash Flow** as net cash provided by operating activities less cash used for capital expenditures. WWE views net cash provided by operating activities as the most directly   comparable GAAP measure. Although it is not a recognized measure of liquidity under U.S. GAAP, Free Cash Flow provides useful information regarding the amount of cash WWE's continuing business   generates after capital expenditures and is available for reinvesting in the business, debt service, and payment of dividends.

### Additional Information

Additional business metrics are made available to investors on the corporate website - corporate.wwe.com/investors . Note: As previously announced WWE will host a conference call at 11:00 a.m. ET on February 7 [th] to discuss the Company's earnings results for the fourth quarter of 2018.  All interested parties are welcome to listen to a live web cast that will be hosted through the Company's web site at corporate.wwe.com/investors . Participants can access the conference call by dialing 1-855-200-4993 (toll free) or 1-323-794-2092 from outside the U.S. (conference ID for both lines: 1923419).  Please reserve a line 5-10 minutes prior to the start time of the conference call.

The earnings presentation referenced during the call will be made available on February 7 , 201 9 at corporate.wwe.com/investors . A replay of the call will be available approximately two hours after the conference call concludes, and can be accessed on the Company's web site.

### About WWE

WWE, a publicly traded company (NYSE: WWE), is an integrated media organization and recognized leader in global entertainment. The Company consists of a portfolio of businesses that create and deliver original content 52 weeks a year to a global audience. WWE is committed to family friendly entertainment on its television programming, pay-per-view, digital media and publishing platforms. WWE's TV-PG, family-friendly programming can be seen in more than 800 million homes worldwide in 2 5 languages. *WWE Network* , the first-ever 24/7 over-the-top premium network that includes all live pay-per-views, scheduled programming and a massive video-on-demand library, is currently available in more than 180 countries.  The Company is headquartered in Stamford, Conn., with offices in New York, Los Angeles, London, Mexico City, Mumbai, Shanghai, Singapore, Dubai, Munich and Tokyo.

Additional information on WWE (NYSE: WWE) can be found at wwe.com and corporate.wwe.com. For information on our global activities, go to http://www.wwe.com/worldwide/ .

Trademarks:   All WWE programming, talent names, images, likenesses, slogans, wrestling moves, trademarks, logos and copyrights are the exclusive property of WWE and its subsidiaries. All other trademarks, logos and copyrights are the property of their respective owners.

Forward-Looking Statements: This press release contains forward-looking statements pursuant to the safe harbor provisions of the Securities Litigation Reform Act of 1995, which are subject to various risks and uncertainties. These risks and uncertainties include, without limitation, risks relating to: entering, maintaining and renewing major distribution agreements; *WWE Network* (including the risk that we are unable to attract, retain and renew subscribers); our need to continue to develop creative and entertaining programs and events; the possibility of a decline in the popularity of our brand of sports entertainment; the continued importance of key performers and the services of Vincent K. McMahon; possible adverse changes in the regulatory atmosphere and related private sector initiatives; the highly competitive, rapidly changing and increasingly fragmented nature of the markets in which we operate and greater financial resources or marketplace presence of many of our competitors; uncertainties associated with international markets including possible disruptions and reputational risks ; our difficulty or inability to promote and conduct our live events and/or other businesses if we do not comply with applicable regulations; our dependence on our intellectual property rights, our need to protect those rights, and the risks of our infringement of others' intellectual property rights; the complexity of our rights agreements across distribution mechanisms and geographical areas; potential substantial liability in the event of accidents or injuries occurring during our physically demanding events including,

without limitation, claims alleging traumatic brain injury ; large public events as well as travel to and from such events; our feature film business; our expansion into new or complementary businesses and/or strategic investments; our computer systems and online operations; privacy norms and regulations; a possible decline in general economic conditions and disruption in financial markets; our accounts receivable; our indebtedness including our convertible notes ; litigation; our potential failure to meet market expectations for our financial performance, which could adversely affect our stock; Vincent K. McMahon exercises control over our affairs, and his interests may conflict with the holders of our Class A common stock; a substantial number of shares are eligible for sale by the McMahons and the sale, or the perception of possible sales, of those shares could lower our stock price; and the volatility of our Class A common stock. In addition, our dividend is dependent on a number of factors, including, among other things, our liquidity and historical and projected cash flow, strategic plan (including alternative uses of capital), our financial results and condition, contractual and legal restrictions on the payment of dividends (including under our revolving credit facility), general economic and competitive conditions and such other factors as our Board of Directors may consider relevant. Forward-looking statements made by the Company speak only as of the date made and are subject to change without any obligation on the part of the Company to update or revise them. Undue reliance should not be placed on these statements.  For more information about risks and uncertainties associated with the Company's business, please refer to the "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Risk Factors" sections of the Company's SEC filings, including, but not limited to, our annual report on Form 10-K and quarterly reports on Form 10-Q.

11