# EXHIBIT 11

## TO THE DECLARATION OF STEPHEN G. TOPETZES
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**News**Room

7/25/19 FD (Fair Disclosure) Wire 14:00:00

FD (Fair Disclosure) Wire
Copyright (c) 2019 Thomson Financial and ASC LLC

July 25, 2019

Q2 2019 World Wrestling Entertainment Inc Earnings Call - Final

Presentation

OPERATOR: Hello, and welcome to the webcast entitled WWE second quarter earnings. We have just a few announcements before we begin. (Operator Instructions) Today's call is being recorded.

I'll now turn the call over to Michael Weitz, SVP, Financial Planning and Investor Relations. Please go ahead, sir.

MICHAEL WEITZ, SVP OF IR, WORLD WRESTLING ENTERTAINMENT, INC.: Thank you, and good morning, everyone. Welcome to WWE's Second Quarter 2019 Earnings Conference Call. Leading today's discussion are Vince McMahon, our Chairman and CEO; as well as George Barrios and Michelle Wilson, our Co-Presidents. Their remarks will be followed by a Q&A session.

We issued our earnings release earlier this morning and have posted the release, our earnings presentation and other supporting materials on our website, corporate.wwe.com/investors. Today's discussion will include forward-looking statements. These forward-looking statements reflect our current views, are based on various assumptions and are subject to risks and uncertainties disclosed in our SEC filings. Actual results may differ materially and undue reliance should not be placed on them. Additionally, the matters we will be discussing today may include non-GAAP financial measures. Reconciliation of non-GAAP to GAAP information is set forth in our earnings release and presentation which are available on our website. Finally, as a reminder, today's conference call is being recorded, and a replay will be available on our website later today.

At this time, it's my privilege to turn the call over to Vince.

VINCENT K. MCMAHON, CO-FOUNDER, CHAIRMAN & CEO, WORLD WRESTLING ENTERTAINMENT, INC.: Good morning, everyone. As you know, our revenue is $269 million. It is what it is. We have completed our content distribution agreements in BT Sport in the U.K.; Latin America, Fox Sports; and in China, PP Sports. We're excited about that. Excited we can influence or they can influence as well, the ability to do localized content in addition to enhance the content that they currently have in a more in-depth capacity. And -- pardon me, so it's another way and a deeper way of reaching our audience and a new audience as well. Obviously, there's India and MENA to do, and we are going to be close to announcing those deals very soon.

There is improvement with the key metrics over the quarter with television ratings, live event and digital consumption. One of the things that we've done is hire 2 executive directors, 1 for Raw and 1 for SmackDown. And in doing so, it allows me to look at a longer-range story, arc standpoint and also spend more time on talent development and not get into the weeds as much as we had to do in the past. That is a really, really good thing for a long-term as well as short-term, actually, we've seen a big result already.

In addition to that, we're excited about our future, particularly on Fox when first week in October, we debut there. It's really