# EXHIBIT 17

## TO THE DECLARATION OF STEPHEN G. TOPETZES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**News**Room

2/6/20 FD (Fair Disclosure) Wire 16:00:00

FD (Fair Disclosure) Wire
Copyright (c) 2020 Thomson Financial and ASC LLC

February 6, 2020

Q4 2019 World Wrestling Entertainment Inc Earnings Call - Final

Presentation

OPERATOR: Hello, and welcome to the webcast entitled WWE Fourth Quarter Earnings. (Operator Instructions)

I will now turn the call over to Michael Weitz, Senior Vice President of Financial Planning and Investor Relations. Please go ahead, Michael.

MICHAEL WEITZ, SVP OF IR, WORLD WRESTLING ENTERTAINMENT, INC.: Thank you and good morning, everyone. Welcome to WWE's Fourth Quarter and Full Year 2019 Earnings Conference Call. Leading today's discussion are Vince McMahon, our Chairman and CEO; as well as Frank Riddick, our Interim Chief Financial Officer. Their remarks will be followed by a Q&A session.

We issued our 2019 earnings and 2020 business outlook release earlier this morning and have posted the release, our earnings presentation, other supporting materials on our website, corporate.wwe.com/investors.

Today's discussion will include forward-looking statements. These forward-looking statements reflect our current views, are based on various assumptions and are subject to risks and uncertainties disclosed within our SEC filings. Actual results may differ materially and undue reliance should not be placed on them. Additionally, the matters we will be discussing today may include non-GAAP financial measures. Reconciliation of non-GAAP to GAAP information is set forth in our earnings release and presentation, which, as I mentioned, are available on our website.

Finally, as a reminder, today's conference call is being recorded, and the replay will be available on our website later today.

At this time, it's my privilege to turn the call over to Vince.

VINCENT K. MCMAHON, CO-FOUNDER, CHAIRMAN & CEO, WORLD WRESTLING ENTERTAINMENT, INC.: Good morning, everyone. Thank you for joining us today. As you know, for the year, we achieved record revenue and profit, which reflected our new distribution agreements with Raw and SmackDown. However, our performance was at the low end of recent guidance as we work through our Middle East distribution agreement and our ongoing efforts to strengthen our brand and customer engagement.

Fox and USA Network provide powerful platforms for broadening our audience, driving growth. Our engagement metrics, including our television ratings as well as Live Event attendance, showed growth during the quarter with SmackDown TV ratings increasing 20% and Live Events attendance was up 15%.

As you know, the Board and I recently announced the management transition. This decision did not reflect a change in our strategy. It was made after careful consideration. We remain highly focused on growing the value of our content, furthering international expansion and engaging fans across all platforms. The decision, of course, of management transition was based

on a different view of execution of our areas of focus. Over 10 years supported by a strong management team, George Barrios and Michelle, they're amazing, made more than significant contributions to WWE.

However, with this change, we won't miss a beat. We have a big team of talented executives committed to our company, who are more than capable of executing our strategy.

The fundamental sources of our long-term growth, including the ability to capitalize on the rising value of live sports content remains unchanged and is strong. While we are providing perspective today and our business outlook for 2020, you should note that we are pursuing initiatives that could substantially enhance our performance. These include the distribution of content in the Middle East and India as well as the evaluation and execution of strategic alternatives for our direct-to-consumer service, which could be implemented, quite frankly, in the next quarter.

We're currently changing the WWE culture to be more collaborative, more inclusive, developing initiatives to reimagine our company and content, bringing in new ideas and enhancing our executive team by recruiting our global talent. We remain extremely optimistic about our future and our long-term growth potential. Quite frankly, I have more confidence than ever that we're going to exploit all of our opportunities.

So I'd like to turn it over now to Frank Riddick, who is our Interim CFO and long-standing member of the Board of Directors. Frank?

FRANK A. RIDDICK, INTERIM CFO & DIRECTOR, WORLD WRESTLING ENTERTAINMENT, INC.: Thank you, Vince. There are several key topics which we'd like to review today. These include discussion of our financial performance, the progress of key strategic initiatives and our business outlook.

In 2019, we generated record revenue of $960 million, reflecting significant growth from the start of our new content agreements in the United States, which became effective in the fourth quarter. Our adjusted OIBDA was $180 million as the growth in rights fees and lower incentive compensation were offset by weaker performance across other product lines and the impact of accelerated investments to support our core content creation.

Given both the changes in the media industry, increased disruption from new direct-to-consumer services and heightened competition for viewers as well as the challenges to our brand engagement, we believe that increasing our ability to create compelling content represented a prudent course of action. This is not a decision that was made easily, but ultimately, the right thing to do.

As we transitioned SmackDown to Friday Nights on Fox Broadcast, our engagement metrics, including TV ratings and Live Event attendance, showed marked improvement. Domestic TV ratings for SmackDown, which declined 15% in the first quarter of 2019, improved to a 20% increase in the fourth quarter with a 25% increase in December.

Similarly, Domestic TV ratings for Raw, which declined 14% in the first quarter of 2019, saw a 5% increase in December. In the quarter, Raw outperformed the aggregate ratings performance of the top 25 cable networks.

SmackDown was the #1 rated Friday Night broadcast program among the coveted 18-to-49 demo and outperformed the aggregate ratings of the top 4 broadcast networks.

Also indicative of strengthening engagement, average attendance at our Live Events in North America, which declined 12% in the first quarter, improved to an increase of 15% for the fourth quarter. Early indications in January show continued positive trends.

During the fourth quarter, strong revenue growth from our new U.S. distribution agreements was partially offset by the timing of original series, absent of a large-scale event as well as lower subscription to WWE Network. Importantly, the ongoing investment to support the creation of our content was balanced by a reduction in accrued management compensation associated with our full year performance.

To review our business performance in the quarter, let's turn to Page 5 of our presentation, which shows the revenue,