# EXHIBIT 20

## TO THE DECLARATION OF STEPHEN G. TOPETZES
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case 1:20-cv-02031-JSR Document 60-20 Filed 06/26/20 Page 2 of 4



Twitter

Search Twitter

Log in    Sign up    ⚬⚬⚬

**Brad Shepard of ProSportsExtra.com**
@TheBradShepard

I spoke to a source in #WWE about Hugo Savinovich's report on the WWE/Saudi Arabia travel incident. Hugo reported a dispute over money owed - allegedly in the range of $300-$500 million - led to Vince McMahon turning off the live TV feed to #WWECrownJewel..

10:45 PM · Nov 2, 2019 · Twitter Web App

**17** Retweets    **65** Likes

💬    ⟲    ♡    ↑

**Brad Shepard of ProSportsExtra.com** @TheBradShep... · Nov 2, 2019
Replying to @TheBradShepard
...in Saudi Arabia, which led to them holding up the talent and crew. A lot of his report confirmed my original report, such as Saudi Arabia owing WWE money. I was once again told the amount is in the ballpark of seven figures, not close to the $300-$500 that Hugo reported.

💬 2    ⟲ 6    ♡ 23    ↑

**Brad Shepard of ProSportsExtra.com** @TheBradShep... · Nov 2, 2019
The entire upside of the 10-year-deal between WWE and Saudi Arabia is in the range of what Hugo alleged was owed, so that may have been a miscommunication - I'm not sure. I'm told Vince DID have the live feed turned off because of money owed...

💬 1    ⟲ 4    ♡ 23    ↑

**Brad Shepard of ProSportsExtra.com** @TheBradShep... · Nov 2, 2019
...so that piece from Hugo is correct. I was also told that every show they come up short on money owed by about a couple of million, and they provide the excuse of it being a "departmental issue" and they promise to send the money within a short time frame later - but never do.

💬 1    ⟲ 3    ♡ 18    ↑

**Brad Shepard of ProSportsExtra.com** @TheBradShep... · Nov 2, 2019
So, there's a belief within WWE that they are either getting screwed on the deal with Saudi Arabia or something else is going on - which I won't speculate. I once again asked if women's wrestling had anything to do with this and was once again told yes, partly.

💬 1    ⟲ 4    ♡ 18    ↑

**Brad Shepard of ProSportsExtra.com** @TheBradShep... · Nov 2, 2019
Essentially, there are people in Saudi Arabia in leadership or influential positions who are resistant to change. This isn't just about WWE and Saudi Arabia, it was an international incident involving US citizens and Saudi Arabia with potential geopolitical consequences.

💬 1    ⟲ 9    ♡ 26    ↑

**Brad Shepard of ProSportsExtra.com** @TheBradShep... · Nov 2, 2019
Considering the carefully messaged responses, the hundreds of millions of dollars at stake for a publicly traded company, and potential geopolitical consequences (especially with the current Middle Eastern climate), don't expect the complete truth anytime soon from either party.

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Brad Shepard of ProS...**
@TheBradShepard    Follow

@ProSportsExtra Lead Manager • Sports Media Personality • "Oh, You Didn't Know Wrestling Show" - new episodes on Thursday's • Patreon.com/OYDKWS • Veteran

**Trends**

1 · Trending
**#COVID2019**
431K Tweets

Coronavirus
Coronavirus: WHO says threat of a pandemic now 'very real' …

2 · Politics · Trending
**#TrumpCrash**
60.5K Tweets

3 · Trending
**Gaetz**
Trending with: Matt Gaetz, Air Force One, Doug Collins

4 · Politics · Trending
**#Trumpdemic**
8,435 Tweets

5 · Celebrities · Trending
**#KidQuotes**
2,489 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

Case 1:20-cv-03031-JSR Document 60-20 Filed 06/26/20 Page 3 of 4



🐦　　　🔍　Search Twitter　　　　　　　　　　　　　Log in　Sign up　　ooo

This Tweet is from a suspended account. Learn more

**Brian Pankey Celebrity Entertainer** @BPankeyOfficial · Nov 3, 2019
Replying to @TheBradShepard
ThePrince of Saudi Arabia could of stopped Vince when he landed at the airport with a phone call to Buffalo NY airport and have Vince detained.Why blame the wrestlers or the staff making them get off the plane they all boarded. Go after Vince McMahon himself. NXT did great on FOX

💬　　🔁　　♡ 1　　↥

**Dylan007** @Dylan00716 · Nov 2, 2019
Replying to @TheBradShepard
@ajayr81

💬　　🔁　　♡　　↥

**Democracy Dies in Darkness** @s3friedman · Nov 3, 2019
Replying to @TheBradShepard
A 7 figure debt (>$10mm) seems low to pull the plug on the live stream. Especially if WWE has been guaranteed $80mm per event. I'm not saying it didnt happen. But if the amount owed by the Kingdom falls in the range you mentioned there were other ways to manage the issue.

💬　　🔁　　♡　　↥

Case 1:20-cv-03031-JSR Document 60-20 Filed 06/26/20 Page 4 of 4