# EXHIBIT 21

## TO THE DECLARATION OF STEPHEN G. TOPETZES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

33,209 views | Nov 1, 2019, 07:26pm EDT

# WWE Superstars Vent On Twitter Amid Saudi Arabia Flight Delays



**Alfred Konuwa** Contributor ⓘ

SportsMoney
*I write about men in tights and the money they make for men in suits.*



Rusev was among those who tweeted frustration amid WWE's Saudi flight debacle.    CREDIT: WWE.COM

With Friday Night SmackDown off to a rocky start, the seemingly snakebitten blue brand showcase received even more bad news on a night set up to be bolstered by fallout from Crown Jewel, which crowned a new Universal champion in Bray Wyatt.

Earlier in the day, WWE announced various SmackDown stars would be unable to make tonight's show due to flight issues in Riyadh, Saudi Arabia. Per a WWE press release:

Enter e-mail address                    Sign up

You may opt out any time. Terms and Conditions and Privacy Policy

*Follow me on Twitter or LinkedIn. Check out my website or some of my other work here.*



**Alfred Konuwa**

Follow

I've been a pro wrestling columnist and video blogger for a leading national sports website since 2010, and formerly of Bleacher Report, where I was a WWE columnist an... **Read More**

Site Feedback          Tips          Corrections          Reprints & Permissions          Terms          Privacy

© 2020 Forbes Media LLC. All Rights Reserved.                                        AdChoices

ADVERTISEMENT

"More than 175 Superstars, production crew and employees boarded a 747 charter flight back to the United States on Thursday. After the door closed, due to several aircraft problems including mechanical issues, all passengers sat on the tarmac for more than six hours."

WWE has since announced "Daniel Bryan, The Miz, Carmella, Nikki Cross, Dana Brooke, Brock Lesnar "plus additional surprises" for the Friday night flagship.

**Most Popular In:** SportsMoney ⌃

AEW Suspends Sammy Guevara For Vile Joke About Sasha Banks (Updated)

David Crosby Calls For Pro-Biden Benefit Featuring Bruce Springsteen, CSNY, The Eagles, Jackson Browne

Sports World Shocked Over Noose Found In Bubba Wallace NASCAR Race Stall

The story became particularly interesting when WWE Superstars began sending out frustrated, if not cryptic, tweets, leading some to speculate these flight issues may not have been strictly mechanical.



**Miro**
@ToBeMiro

At this point and time We need all the prayers... brother.



**Miro**
@ToBeMiro

Absolutely. Come meet me in Saudi and I'll give you 150$ twitter.com/llcoolanthony/…

**Anthony Scism** @llcoolanthony
Replying to @ToBeMiro

Vince McMahon and members of his personal staff, including Executive Vice President WWE Kevin Dunn, were reportedly able to avoid flight delays in Saudi Arabia as they boarded an earlier flight on the Chairman's private jet. It is presumed McMahon had no knowledge of these flight issues upon boarding his private jet.

Per an update from Bryan Alvarez of *Wrestling Observer Live,* WWE Superstars and staff members are set to fly out of Saudi Arabia at 8:00 pm EST.

Atlas Air has since issued an apology:

> **"A chartered WWE passenger flight operated by Atlas Air is currently delayed in Riyadh, Saudi Arabia due to a mechanical issue. The flight was scheduled to depart at 0300 local time on November 1. Our top priority is always to ensure our passengers arrive safely and on time at their destination. The aircraft is being repaired and will be inspected and certified before returning to service to transport our passengers to their final destination. We regret that operational disruptions delayed the flight and apologize to our passengers who were inconvenienced."**

## It's a Game of Inches– and Dollars

Get the latest sports news and analysis of valuations, signings, gambling and billionaire owners.