# EXHIBIT 22

## TO THE DECLARATION OF STEPHEN G. TOPETZES
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**News**Room

12/4/17 FD (Fair Disclosure) Wire 14:30:00

FD (Fair Disclosure) Wire
Copyright (c) 2017 Thomson Financial and ASC LLC

December 4, 2017

World Wrestling Entertainment Inc at UBS Global Media and Communications Conference - Final

Presentation

SAM POWERS: Welcome, everybody. I'm Sam Powers from the TMT team here at UBS. I'm here to introduce George Barrios, the CFO of WWE, which I think is one of the more unique entertainment media stories in the U.S. today and globally, having made the pretty impressive transition to the direct-to-consumer model. So I think George has got a lot of interesting points to share with us, and I'll leave it to him for his presentation.

GEORGE A. BARRIOS, CHIEF STRATEGY AND FINANCIAL OFFICER, WORLD WRESTLING ENTERTAINMENT, INC.: Thanks, Sam. Thanks for having us. So today, the way we've structured the discussion, I wanted to talk a little bit about WWE and what we see, as Sam touched on, as a really unique media company; number two, touch on where we are in our transformation because it's a significant pivot we made starting 3 or 4 years ago. Number three, describe in a little bit more detail how we view the media ecosystem and our place in it. Number four, what's in the future. We have multiple growth drivers, we believe. And then finally, touch on our short and intermediate term financial outlook.

At the highest level, the company over the last 12 months generated $784 million in revenue, 2/3 of that from monetization of media. About 20% of it from monetization of ticket sales to events. We do almost 600 events a year. Really important business, but it drives the media as well. So ticket sales, 20%, but the events that we're creating video from is the fuel for the 2/3 of the business. And then finally, our Consumer Products business, a cash cow for us, top 3 categories being toys. We're the #1 action figure in the United States in 2016. Video games, we do about 3 million units a year, roughly, and we do have an annual franchise game with our partner Take-Two, and then apparel.

If you're looking at it from a geographic perspective, about 75% of the revenue is in North America, U.S. and Canada, and about 25% outside. Some of the more recent highlights, I mentioned trailing 12 months, $784 million in revenue. That's 12% growth from the prior period. Our operating income is up about 50% over the trailing 12 months to $63 million, adjusted OIBDA of $98 million over the last 12 months on an annual basis. That would be a record for the company, and then finally, free cash flow is up $39 million to $54 million.

Some of the operating highlights that subtend that financial performance. Our direct-to-consumer network has grown subscribers an average of 22% over the last 2 years. Our top 7 licensed content deals, and I'll talk about this in a lot more detail, have grown at a CAGR of 18% over the last 3 years. And then our international revenue has grown 14% over the last 2 years.

When we talk about media, we talk about creating 1,500 hours of content, and putting it on 3 platforms: Pay Television, AVOD and supported video-on-demand, YouTube, Facebook, our owned and operated and our direct-to-consumer. More and more, the thing we measure most is time spent. We compete. People ask you, who's your competitor? We compete with everyone. We compete with anything that distracts a human being. So it's time spent. In 2016, people spent about 6 billion hours around the world consuming WWE video, about 5 billion on Pay TV, about 550 million on AVOD, and about 300 million on our direct-to-consumer. I'll talk about these in more detail later on, but just to give you a high-level perspective.

WWE is the #1 social and digital sports property in the entire world by any metric. 825 million followers across all these platforms, more than the NFL, UFC, baseball, NHL and everyone else. In addition to the [reach], that 825 million, we've driven about 1.2 billion engagements. That's a share or retweet, again, more than any sports property in the world: NFL, UFC, baseball, NHL.

On YouTube, WWE, by far, is the largest sports channel in the history of YouTube, measured by their -- by videos we upload. That's YouTube's measurement. We're #1 with 17 billion video views since we've launched. #2 is the NBA with 4 billion. Additionally, WWE is the #2 channel on YouTube overall in the history of YouTube, behind only T-Series, which is a Bollywood channel.

People -- and it always amazes me when they don't get WWE, but there are some people who don't. And they'll say, how is it possible that John Cena is the #1 followed North American athlete in the world on Facebook with almost 50 million? How is that possible? Well, it's possible because we bring 2 things together: archetypical storytelling with incredible simple action. So there's a -- if you took English lit in college, Joseph Campbell wrote a textbook about 50 years ago about the monomyth or the hero's journey. And he said, "All around the world, storytelling follows the same pattern. There's a sense of normalcy, then a crises, then a hero, then a nemesis, then overcoming." So whether you're Katniss Everdeen or Luke Skywalker or John Cena, you're on The Hero's Journey. The difference is our context isn't a dystopian future or intergalactic warfare. Our context is the second element that makes us popular around the world. It's the ring. It is simple. When you show the NFL, which is one of my favorite sports, to someone in India, they look at it and go, boy, I don't get it. When you show cricket, incredible popular in India, to someone in the United States, they go, I'm not sure I get it. The ring transcends all. Everybody knows what's going to happen in the ring. So you have the storytelling, which is a simple nonstop action coming together, sports entertainment. In fact, about 70% of John's followers are from outside the U.S. And we've been doing it for a long time from Bruno Sammartino to Andre the Giant, to Stone Cold Steve Austin, to The Rock, to today's women's champion, Charlotte.

Second thing I'll touch on is this transformation. It's interesting. Since WWE was founded 30-odd years ago, it's gone through some major changes. It started out as a northeast touring company. The advent of cable and pay television around the world created a global media company. And back in 2011 and '12, we began preparing and laying the foundation for the next pivot: to a digital direct-to-consumer business. In fact, if you go back a few years, 2010, $478 million in revenue for the company, about 10% came from digital platforms. Today, we've grown the revenue about 70%, and over 1/3 of it now comes from digital platforms. Similarly, direct-to-consumer, what percentage of the revenue came directly from our interaction with the consumers as opposed to through a partner. Back in 2010, about 1/4 of that $478 million in revenue was direct-to-consumer. Today, about 50% on a much bigger base. So this is the latest transformation of WWE.

Third area is I wanted to go a little bit deeper into the media ecosystem because, really, it's the core of the business, and it also subtends the growth into the future. I mentioned the 3 platforms. We create 1,500 hours: Pay TV, AVOD and direct-to-consumer. So I'll tell you a little bit more about them and our content strategy for each.

First, we create 260 hours a year, 5 hours every single week of live, In Ring content, our flagship properties, Raw and SmackDown, franchises viewed around the world. Those 260 hours reach 650 million homes, accounted for about 80% of all our consumption, deliver in the U.S on average, more prime time viewership than the prime time average of any cable network. More and more in the U.S., you're seeing sponsorship, sponsors coming to it. NBCU has been very public; [and] they've added 70 new sponsors in multiple new categories to our programming. So it's the core of what we do, Raw and SmackDown. We do others that we license to Pay TV. We have 2 really successful reality series, Total Divas and Total Bellas on E!, then a couple of 30 30s -- 30 for 30s in partnership with ESPN. We've got my favorite coming up, which is in partnership with Bill Simmons in HBO Sports. We're doing a documentary on Andre the Giant, premiering early next year. So we do other things on Pay TV, but the core are those 260 hours of live content.

Then on AVOD, something we've been doing. I'd say we were doing social and digital before it was cool, focused on it as an absolute strategic priority. The reason we have those 825 million social media followers, the 1.2 billion engagements, 17 billion video views of our uploaded content on YouTube, the #1, is because we've been doing it for a long time. We create about 500 to 600 hours of content for these platforms. In fact, we do almost 200 hours on our gaming channel on YouTube. So not even In Ring wrestling, just our gaming channel, about 200 hours. We create new original short-form content, things

like WWE warehouse, where you can, yes, have a guided tour of the WWE warehouse and experience all these artifacts from our history. We also obviously do a lot of clips of our long-form content. It is where we bring in our next generation of fans, our 24/7 engaging our current fans, and it's now become a real monetization engine for us. So about 600 hours we create there.

The third platform -- we created about 300, 350 hours of content for our direct-to-consumer, the platform for our most ardent fans. You get a lot on Pay TV. We're on SmackDown. You get a lot on the AVOD platforms, YouTube, Facebook, our own and operated. But if you are the most passionate WWE fan, we will give you everything direct-to-consumer. So that's where -- we're on SmackDown every week or our regular season, using the sports analogy. You get our playoffs. Every 3 or 4 weeks, we have a special live event, including our version of the Super Bowl, Wrestlemania, which happens every year in late March or early April. We'll also do new content. You can see our development stars, the next generation, kind of the minor leagues, if you will. They're on every week. So if you're a superfan of WWE and want to see who's coming next, that's available to you. We'll do our own documentaries, WWE 24s. There's a documentary examining both what was happening in the ring and out of the ring when Vince McMahon fought Ted Turner in the late 90s, the Monday night war, and then we have an archive. So when we launched, we had about 1,500 hours of content available. We keep populating. Today, we have almost 10,000. So we're superfans of WWE. You can go relive all versions, all times, all eras of what's happened before. So Pay TV, our core franchises, AVOD, 24/7, next gen, superfans, direct-to-consumer, and we tier the content. It's really, really different than other media companies. We have enough content that we tier it. We don't put the same content on all 3 platforms. We take specific content for each platform, prevents cannibalization, creates a rising tide.

So now that's a little context, where we've been financially, how we think about media, now when we look to the future. We think there's a lot of meta trends that play to the strengths of the transformation we've laid out. Live viewerships, still really, really important, especially in the Pay TV bundle, the acceleration of consumer behavior to consume direct-to-consumer, the social and digital platforms becoming more and more a video destination, and not just for short-form video, the hardening and growth and penetration of broadband, hardening and growth and penetration of banking and consumer credit, growth of the middle class in emerging markets. All those things that are happening around the world because of our unique position, we think, provide us some tailwinds.

So we look to stable revenue streams, Consumer Products and Live Events, and we believe media drives the overall growth. And really 3 things we're focused on: increasing the monetization of our premium content, closing the gap in monetization internationally versus consumption internationally. I mentioned 75% of the -- 25% of the revenues come from outside North America, 75% of our 6 billion hours consumed are outside the U.S., with India being our largest market. So closing that gap.

And then because of the digital and direct-to-consumer transformation, data has become central to everything we do. So I'll take each of those one by one. When we set out to launch the direct-to-consumer network, one of the things we did was did a real deep dive, understand our scale of fan base, avidity of the fan base and propensity to pay for a direct-to-consumer offering. What we saw is about 300 million broadband homes in our top 16 markets, and about just over half of them had least one person in the home with affinity to WWE. So that became our kind of opportunity, if you will. Now a lot of these people are getting our core content, where on SmackDown, they're watching on YouTube. So for us, the direct-to-consumer network was always going to be a sliver of that, very important sliver. They're our most passionate fans. So we launched in 2014, and went from 0 to just 1.5 million subscribers. We are now the second-largest single brand SVOD service emanating from the United States. All right? So you have Netflix, Hulu, Amazon, the big aggregators. But single brand, #1 is baseball, #2 is WWE, #3 is Crunchyroll, and then you have NBA, NFL, UFC significantly behind. So in 3 years, we've become #2.

I mentioned we're on SmackDown. Today, we're on SmackDown. It's licensed around the world into the Pay TV bundle. So NBCU in the U.S., BSkyB in the U.K., Sony in India, Fox in Latin America, OSN in the Middle East, ProSieben in Germany, and on and on and on. It's our largest business, licensing Raw and SmackDown, and it's our most profitable business. As you would imagine, because it's licensed content, there's a renewal cycle around Raw and SmackDown. The last renewal cycle happened in '14. So what you see here is in 2014, our top 7 deals: U.S., U.K., India, Latin America, Middle East, Canada, worth $130 million. We renewed, sometimes with the current distributors, in some cases, we switched distributors, and you see the step-up in 2015 for the revenues for those 7 deals, going from $130 million to $175 million, and then you see the contractual escalators, roughly 10% a year on average across those deals. So this is contractual revenue, no performance elements, so it's just counter-party risk, as you'd have in any contract. So that's the way, currently, the licensing of Raw and SmackDown works.

The next renewal cycle will happen throughout 2019. So the U.S. deal with NBCU expires on September 30, 2019 because of the way the contracts are structured, discussions and so on, we expect that we'll announce our distribution plans for Raw and SmackDown in the United States next year, sometime between May and September. So it could happen before, it could happen after, but our best estimate, sitting here today, is it will occur sometime between May and September. That's our #1 deal with Raw and SmackDown.

U.K. is our second-largest deal currently. That deal expires at the end of '19. We expect to announce sometime in the second half of next year. And then finally, our third largest deal, for Raw and SmackDown and attendant content, shoulder programming is in India with Sony. That deal also expires at the end of '19. We expect to announce our distribution plans for Raw and SmackDown sometime in the first half of '19. So obviously, given the scale of the revenue involved, so our largest business, our most profitable business, significant operating leverage, if you do in fact end up partnering with someone really, really important to have a perspective on this renewal cycle.

So we've talked about media side, the network. We talked about the TV side. On the international, over the last 13 years or so, we've grown that business at a 9% CAGR and just about tripled it. I mentioned 5, 6 billion hours of consumption of our content, all video, Raw, SmackDown, the network, YouTube. 75% or so of that happens outside of the U.S., the largest market being India. We have a super strong focus on continuing to drive more and more localization of content. Some examples recently, our #1 show watched in India is a show that's done in Hindi and English. So actually, a weekly highlight show both Raw and SmackDown, Sunday Dhamaal. We've taken that model, and are doing it in Latin America with WWE Saturday night, taken that model and are now doing it in the Middle East with WWE Wal3*oo*ha. So more and more, you'll see us localizing our content just because we think there's a real opportunity, and talked about emerging market, GDP growth, which usually means media growth -- media sector growth behind that. So if we keep doing what we're doing, putting smiles on people's faces, getting an unfair share amount of time, we think that's a tailwind for us. So that's the media. The international element of that, obviously, a big part of media.

The third element I wanted to talk about is data. I mentioned that we've gone from 10% digital revenue to over 1/3, and from 20% to 25% direct-to-consumer revenue to almost half. And we've done that by building up 10 million user accounts, very small when you compare that to an Amazon, a Netflix, a Facebook, very small. Compared to legacy CPG and legacy media, I'd ask around. We have information on those 10 million accounts. We have 400 or so data points on how they consume content on the network, what genres, what eras? We have over 80 variables on how you pay, what country, what type of credit, debit, when you pay. We have over 200 elements on how you interact with the emails we send you across all our products, not just video, video, consumer products, tickets. We have about 1,200 variables on demographics, lifestyle, 70 on how you consume video, what platform, Android, iOS, Roku, Amazon, mobile, tablet, big screen. And we have about 20 variables on all the different ways you interact with us: tickets, toys, apparel, video. Tens of thousands of segments get created with all that data.

What do we do with it? Well, today, we'll do things like, if you're on the network, and we see you watching a WWE 24 for AJ styles, you'll receive a communication from us tailored to you -- says, you've been watching AJ Styles, here are some other things on WWE network that have AJ in it and you might enjoy. Maybe we see that you purchased tickets to live events, and you're at the higher end of the price point, so your LTV is really good. We'll give you a special promotion around WWE network. Similarly, we see how many products you've bought and what talent are on those products. You'll get a tailored promotion with the talent related to the products you've bought around other elements of our direct-to-consumer channel, like the network.

One of the things that stunned us when we launched WWE Network, we assumed that people were going to come just for the pay-per-views. What we saw is they were hungry for all sorts of content and even more In Ring. We've already given them 5 hours of Raw and SmackDown. We're giving them the pay-per-views. We saw massive consumption on NXT, our development league, minor league. So you've seen it develop now new content, something we would not have known without the data. In Ring content, localized in the U.K, using U.K. talent, not WWE talent, the Mae Young Classic, again, finding the next women champions from around the world; 205 Live, an In Ring show around what we call Cruiserweights, smaller individuals. All because of the data we had around consumption happens -- consumption happening on the network.

Another interesting use of data, when we first launched NXT, the video was created at Full Sail University, a fixed location

in Orlando near our performance center. So we have a performance center. There's 100 talents training. We bring them to a small arena nearby on a school. Actually, kids help produce the show, so it's a win-win for us and them. But we wanted to tour NXT because we were seeing how much consumption there was on the network. What did we do? Well, we looked at the United States, what DMAs were consuming NXT at the highest indexing relative to the region. Again, without the data, we would not have known.

So just some small examples and we're early days. We can go deeper and deeper within each silo of business that we have. In the network, you get more and more tailored communication about the network. On the Consumer Product side, you get more tailored communication on product, similarly on the ticketing. What we're building is the integration of all those data points. Within a couple of years, at scale, we'll be able to talk to our biggest fans about what they want.

Finally, I'll end with our financial performance and looking forward. I talked before -- what you've seen over the last several years, post the transformation, the retooling for this new era is consistent revenue growth, consistent op income growth, consistent adjusted OIBDA growth. And as I mentioned before, that $98 million on an annual basis would be an all-time high.

The business model is very simple. It's difficult to execute, but simple to understand. We've got this solid base of predictable revenue. We think we have this long tail growth opportunity in media. High-variable margins in the business allows us -- we're continuing to grow revenues to invest, which drives this virtuous circle.

As we've talked about investment, as you could guess, there's 3 areas you can guess based on what I've been saying that we're going to continue to invest in. We're going to continue to create more content, especially more localized content for different regions. Related to that, we're going to continue to invest in our emerging markets, more people on the ground, more social producers, more digital producers on the ground. And then as I mentioned before, technology and data. It is now core to what we do, so we'll continue to invest there. In fact, our challenge is to balance the investment. We're continuing to expand OIBDA and margins. That's the needle we're trying to thread. We want to do both, and if we can continue to grow on the top line, we'll be able to.

For 2017, we started the year, saying we wanted to set records in OIBDA, revenue and DTC subscribers. On the last call, we said we feel confident in setting that record revenue, that $784 million through the trailing 12 months, significantly ahead over the comparable period, so that's well within our sight. Adjusted OIBDA, we started the year targeting $100 million. We now feel we'll fall right between $108 million and $112 million, and we anticipate record average daily paid subscribers year-over-year.

For 2018, we like to achieve records across all 3 parameters again, another year of record revenues, adjusted OIBDA of at least $115 million, and it reflects some of that additional investments we're going to make and another year of record subscriber levels. So we thought 2017 was a challenge -- we set some challenging goals. We're going to try to repeat them in 2018.

And with that, I will turn it over to Sam and you guys for Q&A.

Questions and Answers

SAM POWERS: Thank you, George. It's certainly very timely with everything that's going on in the media world. The transition that you guys have done, I guess, I give you a lot of credit for kind of pulling the trigger a lot earlier than a lot of the traditional media companies.

GEORGE A. BARRIOS: Now whenever you're a pioneer, when you're early, you end up with a lot of arrows in your back.

SAM POWERS: There was certainly a lot of arrows from some of these people in this room.

GEORGE A. BARRIOS: My wife had to pull them out one by one, but...

SAM POWERS: I think the key place to focus, and if you have questions, you can put them through the app or put your hand

up. But I'll start because we have a couple of questions on the app that all focus really around the DTC platform. So obviously, that's been a big success, and we mentioned it was a controversial move when you did it. As you think about the 2019 renewal cycle, there's a bunch of key questions there. I think one is how do you balance the issue between reach, engagement and monetization? And I think the obvious question is do you ever envision a world where you've got the breadth of the 3 pillars right now, but do you ever think about taking your marquee product and moving away from the traditional video ecosystem?

GEORGE A. BARRIOS: Yes. I mean one of the reasons we've -- and you hit on it, right? I mean, it's pretty straightforward, but sometimes, people will conflate it. Any piece of video we do has to accomplish 1 of 4 things, hopefully, multiple. Number one, expand the reach, expand the audience. Number two, be able to drive engagement with our fans, more hours consumed. Number three, monetize directly, advertising, subscription, license revenue or indirectly, help us drive sale of other products, right? So whenever we think about a piece of video, we put it through that lens, where is it going to help us? Today, Raw and SmackDown accomplishes 2 things. Number one, it -- well, it actually accomplishes across all 3, but it drives significant monetization for us directly, significant monetization indirectly, driving things like network, subscribers. It gives us reach and it gives us engagement. So your question is, with Raw and SmackDown, could you see that going direct-to-consumer, either ad-supported or subscription supported. One Of the reasons we focused on the AVOD platforms, Facebook and YouTube, 7, 8 years ago, I mean, literally, when -- at the highest levels in some places, it was kind of a nice thing out there. They'd create a Chief Digital Officer, put him in the corner, and they'd go do some stuff. To us, it became -- I mean, I always tell the story, Vince -- and this in 2010, asked each of his staff, every week, to write down what they had done in that week in detail to drive our growth on digital and social platforms. So it wasn't a, yes, let's kind of play around with these things. It was, you want to keep your job? You better go drive this every single day. One of the reasons is because we saw a day when, potentially -- and we didn't know which platforms, but platforms out there would allow us to create that reach and engagement in any broadband home in the world. So when you'd say Raw and SmackDown direct-to-consumer, 7 years ago, it would have been impossible. Today, it is possible because I can engage you and build an audience on those platforms, and then you could say, boy, the best place maybe for monetization for Raw and SmackDown is direct-to-consumer. Don't know if that will be the case. But it certainly gives us options that we never had before. That slide when I talked about Pay TV, AVOD, and direct to consumer, a few years ago, there would have been only one slice. It would have been Pay TV. If I wanted a piece of video to reach a fan, I had to find a partner, and because of the linear channel, it had inventory or capacity constraint. That was the only way that I could get into the home and have someone consume my video. Today I have 3 ways. So it definitely creates optionality for us. Having said all that, live content is still super valuable in the bundle, we think bundles are going to exist forever. Who does the bundling may be different, the size of the bundling may be different. All that may change, but there will be bundles because it makes too much sense for consumers and producers of content. So we do think that, that value of live still exists, but there's certainly optionality from the direct-to-consumer.

SAM POWERS: Great. And there's a bunch of questions coming through the app around just the financial profile, as you think about the 3 parts of your business and has -- I think it looks like from the outside, there hasn't been much cannibalization because you've grown the business. But can you talk about the margin profile? And should we think about this as actually a margin story as well, as you're driving into more of this DTC business? Clearly, you're cutting out key people that have taken pretty significant margins. Can you just talk about that?

GEORGE A. BARRIOS: Yes, the variable margins in our businesses across the portfolio tend to be pretty high, on average, 70% to 80%, so that's variable margin, not including the fixed cost. We're a high fixed cost business, whether it's technology, cost to create content and so on. So -- but that high-variable margin means that if you're successful in growing the top line, you'll have the flexibility to keep increasing margin, as well as continue investing. So the question, I would say is, if you want a perspective on margins, you should have a perspective on our revenue growth because the variable margins, the direct cost on those revenue streams is very -- the cost -- a lot of the margin's high. And look on the -- when you look at the direct-to-consumer network, there's no doubt that a big part of the business plan was elasticity. Our ability to go direct, removed the significant cost to us that you mentioned, and therefore, it allowed us to drive the price down to $10 as opposed to $50 or $60. So elasticity was at the core of the analysis, and it seems to be playing out.

SAM POWERS: Great. I think you're going to have a busy one-on-one schedule, by the way, because I've got a lot of questions here we're probably not going to get to. But I think on the advertising front, WWE at times has probably taken some fire for not necessarily being the most advertising-friendly content. Can you talk about what the data that you have, and the multiple platforms you have -- is it a lot easier to address that, the returns that you're seeing in that business and what the

growth prospects are for it?

GEORGE A. BARRIOS: Yes. Well, I'll come at it from 2 fronts. I'll mention kind of our perspective, and then in the U.S., at least, the core of the advertisement we're able to generate through our partner, NBCU, right, they -- we license the content to them and they monetize through subscriptions, subscription revenue, and also through advertising. From our end, we've seen that YouTube, Facebook, our owned and operated has grown -- that revenue stream, that direct advertising revenue stream, has grown pretty dramatically from us. So it went from 0 several years ago to now, you'd say, from a content monetization standpoint, that digital advertising is our fourth largest way that we monetize content. It's not apples-to-apples because that's a global number and the other deals I would look at like the U.S., the U.K. or in India or specific countries. It's not apples-to-apples, but the point is, it's now fairly significant for us, still much smaller than the U.K. and India and the U.S., but becoming more and more significant. So you see the advertising there. NBCU, obviously, you'd have to ask them, but they've been public on what they've been able to do on WWE content. I think the last thing I saw was they've said they've added 70 new advertisers over the last couple of years, including new verticals and that they're almost up to 200 or so advertisers on the content. So it's been a real success story for them, and that's what they say, and I think there is a relationship there. I think our ability to entertain fans of all ages around the world on these platforms may have opened the eyes of some advertisers -- you're hearing in the media, but what we're trying to do is reach millennials, the next generation. We want them 360 degrees. We're able to do that at a scale that I think when people hear the numbers you and I were talking before, and you said, "Does John Cena really have that many?" he really does, around the world. "You guys really have 820?" Yes, we do. "We do over a billion?" Yes. "You're going to do almost 20 billion video views this year across all these platforms?" Yes. I think that has had a direct impact on us, and it's an indirect impact, almost a halo from an advertising perspective because we've been able to accomplish what I think everyone is striving to. And I think it's helped NBCU and some of our other partners around the world. So yes, it feels much different today than at any time since I've been at WWE.

SAM POWERS: Got it. And maybe just the last question around. It's 2 parts. But how do you think about your content in terms of a sport versus it's clearly live, but sports versus entertainment, and how it fits in an ecosystem in terms of -- we're going to hear a lot this week about how the viewership trends have been for NFL content and other sports-related content? So maybe put yourself in that ecosystem. And then when you talk about the renewal cycle, how do you -- especially given the fact that you have a global content package, how do you think about new platforms in terms of Netflix, YouTube, places like that? And is there a market potentially for a global rights deal? We've seen global deals in content increasingly. Could you see that for your type of content?

GEORGE A. BARRIOS: Yes. So on the first part of that, we have labeled ourselves sports entertainment, and we say we're the best of both worlds. You see storylines, characters, pop culture integration, entertainment. And in the sports part, our content is watched live. In the U.S., almost 90% of the viewership that are on SmackDown is happening live plus same day. And we have a built-in fan base. This is not -- that's very different in entertainment, where the hit rate is maybe 1 out of 10 new shows. That's not us. We have a 30-year history. People come and follow us, and there's a -- we are a passion brand. So that part tends to look a little bit more like sports. So yes, we are sports entertainment. I think in the bundle, there's more and more premium being placed on the ability to aggregate people live to watch our content. We can do that. So whether you call it sports or entertainment, at the end of the day, it probably doesn't matter. What matters is can I trust that you're going to bring fans at scale? Number one, are you a passion brand? Number two, can I trust that you're going to be live? And I think in both cases, the numbers support both of those things for us.

SAM POWERS: Great. And what about the global potential for a deal instead of doing kind of splicing up your rights and what about new platforms, which I think goes together with that global reach?

GEORGE A. BARRIOS: Yes. Look, in the last few months, obviously, it was public that Facebook bid $600 million for IPL rights in India. It's been public that Amazon actually won exclusive rights for ATP, and believe Wimbledon in the U.K. So what's been rumored for 5, almost 10 years about these digital global platforms being involved as real serious rights acquirers is happening. Our renewal cycle that I mentioned, I mentioned the U.S., U.K. and India, you have about 13 countries and regions that will be part of the renewal cycle. So yes, we, of course, we'd entertain discussions around global rights.

SAM POWERS: All right. I think that's all we got the time for. Thank you very much for coming. We appreciate it, and congratulations.

GEORGE A. BARRIOS: Yes, thanks for having us. Thank you.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2017 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2017 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]


---- **Index References** ----

Company: AMAZON COM INC; HOME BOX OFFICE INC; NBCUNIVERSAL MEDIA LLC; REFINITIV US LLC; SONY CORP; STELIOS KANAKIS SA

News Subject: (Emerging Market Countries (1EM65))

Industry: (Consumer Electronics (1CO61); Consumer Products & Services (1CO62); Digital Broadcasting (1DI81); Electronics (1EL16); Entertainment (1EN08); Interactive Television (1IN18); Internet (1IN27); Internet Audio & Video (1IN30); Internet Media (1IN67); Internet Technology (1IN39); Sports (1SP75); Telecom Consumer Equipment (1TE03); Video-on-Demand (1VI48))

Region: (Americas (1AM92); Asia (1AS61); India (1IN24); Indian Subcontinent (1IN32); Middle East (1MI23); North America (1NO39); Southern Asia (1SO52))

Language: EN

Other Indexing: (ASC LLC; BSkyB; NBA) (Bill Simmons; Joseph Campbell; Vincent K. McMahon; Vincent K. McMahon; SAM POWERS; Ted Turner; George A. Barrios; George A. Barrios; John Cena; Luke Skywalker; Bruno Sammartino; Stone Cold Steve Austin)

Word Count: 6504

**World Wrestling Entertainment Inc at UBS Global Media and Communications...**

End of Document                                                                                      © 2020 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room