# EXHIBIT 23

## TO THE DECLARATION OF STEPHEN G. TOPETZES
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**NewsRoom**

2/28/18 FD (Fair Disclosure) Wire 21:30:00

FD (Fair Disclosure) Wire
Copyright (c) 2018 Thomson Financial and ASC LLC

February 28, 2018

World Wrestling Entertainment Inc at Morgan Stanley Technology, Media and Telecom Conference - Final

Presentation

BENJAMIN DANIEL SWINBURNE, MD, MORGAN STANLEY, RESEARCH DIVISION: All right. We're going to get started. Please note, important disclosures, including my personal holdings disclosures and Morgan Stanley disclosures, all appear as a handout available in the registration area and on the Morgan Stanley public website. And we're thrilled to welcome to the conference to my left, George Barrios, the Co-President of WWE. He's held his current role since 2008 when he joined the company. WWE is an integrated media organization, a recognized leader in global entertainment. George, thanks for being here. Appreciate it.

GEORGE A. BARRIOS, CO-PRESIDENT, CFO & DIRECTOR, WORLD WRESTLING ENTERTAINMENT, INC.: Thanks for having us.

Questions and Answers

BENJAMIN DANIEL SWINBURNE: So maybe just to start out, I think people -- more and more people are following the company, following the stock, as you can tell by the number of people in this room. But if you could start by talking about what differentiates WWE as a company, as a strategy versus some of the other stuff we see in media?

GEORGE A. BARRIOS: Yes. I would say 3 things. Number one is the global appeal of the brand. 70% of the consumption of our video happens outside the U.S., so that would be the first. Number two is, I think we have configured a pretty interesting and unique content strategy in that, we tier our content across 3 platforms, and we don't replicate content across the platform. So what you see in the bundle on Pay TV is one type of content, our most important, 5 hours live every week, which is different than what you see across YouTube, Facebook, our owned and operated AVOD, which is a panoply of short form of content. We have over 40,000 uploaded clips on YouTube. We're the #1 sports channel in the world on YouTube. And then finally, neither of those do you see on WWE Network. They're windows. Eventually, you do. But we give our windows to build the AVOD side and the Pay TV side. So there, you'll see Raw and SmackDown on Pay TV are our regular season, to use a sports analogy. You see our playoffs direct-to-consumer. You see this growing library, over 10,000 hours. And then we'll utilize our IP to go deeper. We have our own version of 30 for 30, WWE 24, where we examine iconic personalities, great eras in our history. So this whole notion of carrying the content across the different ecosystems to raise all boats, I think that makes us unique. And then the third one for what is -- was a legacy media company, and which is quickly transitioning into a digital-direct and social media company. We're on a journey to becoming a data powerhouse. We have over 10,000 unique [talents] across video, product, ticketing. So we're developing a much deeper and much more informed relationship with our biggest fans. So I think those 3 things put us in a good place.

BENJAMIN DANIEL SWINBURNE: Great. That's a good start. You recently reported your fourth quarter results, had a nice 2017. I think I asked everybody what their priorities are for 2018. But for you guys, that actually is a real question. So can you talk about what you're focused on this year?

GEORGE A. BARRIOS: Sure. Look, I will say, and everybody here knows it, but the successes of '16 and '17 and hopefully, '18 and beyond, the seeds were sown 3 and 4 years ago. So we're bearing the fruit. So a lot of the work that we'll do this year, actually we'll see the benefit 3 and 4 years from now. And that's going to be continuing to invest in our data-product technology stack. We're going to keep doing that. It will affect the network; it will affect every business we have. We're going to continue to localize more and more content on the digital-social platform, build our brand even bigger outside the U.S. We're going to increase our talent pipeline, another key part, obviously, of the content. And then we're going to put more and more people around the world. So we're going to do all that this year. I think you're also alluding to, obviously, over the next several months, we expect to announce 3 of our major distribution plans -- or distribution plans for 3 of our major markets, the U.S., the U.K. and India for Raw and SmackDown. Currently, Raw and SmackDown airs in all 3 countries within the Pay TV bundle. NBCU in the U.S., Sky in the U.K. and Sony in India. So we've said we'll probably announce the U.S. deal between May and September this year, the U.K. deal towards the end of the year, second half, and then our thoughts in India, our distribution plans in India in the first half of '19. So to your point, yes, that is very, very eventful for us.

BENJAMIN DANIEL SWINBURNE: Yes. Let me stay on that point of U.S. rights renewal. I think every analyst, probably most investors, certainly a lot of shareholders have done the benchmarking exercise to try to figure out how to frame the opportunity for you. What can you tell us to help us think about the rights opportunity for WWE, as you go into the U.S. and maybe the other markets this year?

GEORGE A. BARRIOS: Look, I think if you wanted to be kind of pointed about and say, well kind of, "What's the bear and the bull case?" The bear case is that the Pay TV ecosystem is going through some level of disruption. You can argue to what degree, but some level. So that means the buyers for the content in and of themselves are managing that through. And second bear case is for a very long time. This is not a new thought. Our content compared to other live content has been undervalued in the marketplace. So you have a long history of that, and then you have the disruption. I think the bull case is, we've worked very, very hard to reposition the value of the content in the marketplace, obviously anchoring a very significant human and a cognitive bias. And so, we've had to push through that. We've done a lot. I think our repositioning as a digital, social and direct-to-consumer -- maybe powerhouse is a little bit too strong of a word, but I think we're viewed as leaders now. So I think there's a different perception of the company within other companies. I think that positions better. And you could argue that the disruption happening in the ecosystem actually, for a rights holder, can be beneficial. Obviously, we bring a significant amount of scaled viewership, which you would think would help to either increase or maintain distribution, which is really important. So I think there is a bear and a bull case. Investors are going to have to decide where they come out on that.

BENJAMIN DANIEL SWINBURNE: And when you say you've been undervalued historically -- just to pushback, what -- how do you come to that conclusion?

GEORGE A. BARRIOS: Yes. That's a good part of your first question, Ben. So look, I don't know the best way. I tend to try to, kind of, normalize data. And so to me, every piece of video, wherever you put it, you measure its success by how much time it was able to drive, how many people, and how much time did they spend on it. And you could argue that's the best way or not. I can't come up with a better one. So because of that, we've looked at every piece of content, live and non-live -- well, every is a lot. Every piece of live content, a lot of non-live and said, "Well, let's add up all the hours, and let's see what the market is paying for those hours." And certainly, in -- when we looked at live scale viewership, and we still did about 800 million hours of live viewership, roughly, in the U.S. in 2017. [Something around] 800 million.

That puts us in kind of a rare echelon. You have the NFL, by far, #1 on cable. Usually, the NBA and WWE, kind of, go back and forth between 2 and 3. So if you believe that, that's the right way to look at it, then that's where you'd come -- I'd say, well, yes. You are undervalued.

BENJAMIN DANIEL SWINBURNE: Well, right now, you're predominately, or I guess, exclusively monetizing the Television window through USA on NBC. And obviously, dollars will just drive a lot of the decision process. What are the other things you guys are thinking about in terms of positioning the brand and distributing your content in the U.S. over the next, sort of 5-year term? Would you like to see that split up across networks? Do you want to leverage more digital distribution? What are the other things that might [come in] besides money?

GEORGE A. BARRIOS: Look, as an IP rights holder, we think it's beneficial to have the content exposed to as many people, on as many platforms as possible. So that's our prism. I think, as everyone knows, for some people, the value of exclusivity or limiting the amount of platforms it's on, they see value in that. So ultimately, Ideally find a partner, or partners, who share your perspective. But the market, in essence, is going to help decide that. As I tell people, not everybody's is the NFL. But the market, eventually, will decide that. But as an IP holder, we tend to -- we value ubiquity and we value reaching people wherever they are.

BENJAMIN DANIEL SWINBURNE: Got it. You guys gave guidance for '18 of, at least, adjusted OIBDA of $140 million. Maybe you can talk about what goes into that target? What kind of major assumptions or major drivers, and how are you thinking about the expense side of the equation where you guys -- you did a pretty nice job last year keeping it under control, but I'm sure there's lots of places to invest in the business.

GEORGE A. BARRIOS: Yes. I think that -- you said it, a lot. A lot of work has been internally trying to rationalize between all the opportunities we have. And when you start out, when you look at the amount of consumption we have outside the U.S., 70% of the video hours consumed of our content happens outside the U.S., the #1 market being India. That's a lot of fertile ground for us to build the brand and be there when monetization in these markets begins to occur because of GDP in the media and entertainment sector kind of tracking along with GDP. So there's a lot of investment opportunity, and we are going to continue to invest. We are not in the mode of pulling back. We're going to continue to invest. Said, we want our cake and eat it too. And we think we have the business model to allow us to invest and continue to grow our adjusted OIBDA. So that's the goal. We're going to continue to invest, as I mentioned before: more local, more video content, more data products and tech, but try to balance that, so that we can keep growing the bottom line as well.

BENJAMIN DANIEL SWINBURNE: Is there anything we should be thinking about that is different in your international rights renewals versus the domestic market and some of the options available to you, or how developed the product is? Or is it essentially, a lot of the same exercise?

GEORGE A. BARRIOS: Well, I think the approach and the thinking is the same. But each market is different. The industry structure, competitive dynamics are different, where the content fits, kind of the tiering, so for example, in the U.K. We're fairly tiered up on Sky Sports. So for us, as we go into these things, it -- we do have similar benchmarking around the world that we talked about in the U.S. So we kind of understand where we think we fit. In some markets we think there's more opportunity. And others, we think, hey look, we are fairly well priced. Obviously, we always want an [updeal]. But then we also think about the level of distribution that we're getting. Are we reaching all our fans the way that we want to? So we have to balance all that. So I would say, the approach and the thinking and the mental model that you assess things through is very similar, but the specifics in each are different market-by-market.

BENJAMIN DANIEL SWINBURNE: And I would think in a market like India, you're in an interesting spot. I think, a good one, because Sony lost a huge piece of content to STAR in the IPO. And so it would seem like they might -- they're in a position -- they're going to need some...

GEORGE A. BARRIOS: Yes. And obviously, we sit Sony with now. And they are recent partners. We were on with Zee and Sony bought the Ten Sports Network and brought them over. So we've been with Sony now for about a year. And it's been a good start to the partnership. Obviously, as I mentioned before, India, when you aggregate viewer hours, so you watch an hour; I watch an hour, that's 2 viewer hours. When you do that math, India's our largest market, not per capita, but in total. We are, when we're categorizing sports in totality during the year -- again, we don't have a season, so you have to take that with 52 weeks as opposed to a 16-week season. But if you add it up throughout the year, in essence, it's cricket, plus it's Kabaddi and then it's a fairly big drop-off after that. So yes, we've been able to entertain our fans in India, put smiles on a lot of faces there. So hopefully, that augurs well for our distribution plan.

BENJAMIN DANIEL SWINBURNE: I've been pronouncing it Kabaddi. Obviously, I've been doing something wrong.

GEORGE A. BARRIOS: I -- no, I've heard both, and I kind of go back and forth that's why I can always say I was right at one point or the other, so.

BENJAMIN DANIEL SWINBURNE: Right. The transcript won't pick it up. But that's -- let's talk about the network. So

that subscriber growth moderated last year. You guys have talked, I think, about a 3 million to 4 million opportunity in [OTC]. You still believe that's the right number, and what are you guys doing to drive acceleration in the business over time?

GEORGE A. BARRIOS: Yes. I mean, look, we continue to do research -- consumer research -- intent to buy, customer [stat], things like that, and kind of [scale] the size of the potential audience. We think over one arc of time, 3 million to 4 million feels right. We looked at a lot of subscription businesses, just try to understand how long till they got to their eventual steady-state number. There's not a lot of data, but there's some across different businesses. (inaudible) to be and, if my recollection's right, about 8 or 9 years. So we're about 4 years in, and we're about halfway to the lower end. To your point, though, that growth rate, definitely, has moderated I think in the short to intermediate term, it's continuing to get smarter and smarter. We're a lot smarter today, and our behavior is a lot different today in how we reach out to our fans to try to bring them in, engage them more, and we hope that helps on the retention side as well as on the acquisition side. We keep doing that and hopefully, we can bend the curve back up by that activity. But it -- really, I think the bigger opportunity for us are 2 things: number one is, multiple languages, so localizing. Right now it's a U.S. product. So it's in dollars, one price point in English available around the world, and 27% of our subscribers come from outside the U.S. But we think localizing in, at least, one other language could be helpful in bending the curve as well as localizing around price and currency and so on. And then the second element, separate from the localization is -- we've said before, we've done a lot of work thinking about what a tiered product could look like, both a premium tier and also, integrating our free video content, which there's a lot right now. I mentioned the 40,000 clips on YouTube that you can also find parts of which on our dot-com and then our app. We think creating a different experience and environment for the free content, which leads you more seamlessly into the paid content, we think there's a real strategic opportunity there. We think those 2 things are -- can really bend the curve, but in the short term, we're going to keep getting smarter and smarter every day. So hopefully, that helps on the growth side.

BENJAMIN DANIEL SWINBURNE: Is leveraging data and understanding your customer base through smarter marketing an opportunity in the near term or even (inaudible).

GEORGE A. BARRIOS: Well, it's happening. The company is a fundamentally different, operationally, than it was 4 years ago. So we have tens of thousands of data points on those 10-plus million user accounts. And today, we're -- when we launched the network, we would send out 1 marketing message. Last week, we sent out 100. My guess is, in 2 or 3 years, we'll be sending out a few thousand, algorithmically, at scale. And this is not hard work. People have -- people sometimes describe -- it sounds like a black box, sometimes, when people describe it. But all you're doing is aggregating, uploading and cleansing and standardizing data. So it takes time, but it's not conceptually difficult. And so it gets back to the investment level. My boss will ask me from time to time, we need to move faster. And I say, "You're right." But it's people. If we put more people -- we double the people, we'll go at a faster rate. So we're trying to moderate whether it's that, creating new content, localizing more content, recruiting more talent, it's all the opportunity, and what we're trying to do is, kind of, like, as I mentioned before, have our cake and eat it too, make the investments so that we reap the benefits in the future. But in the -- but today, deliver improving results. And we think we can do both without one harming the other.

BENJAMIN DANIEL SWINBURNE: Right. Maybe just continuing on the path of digital, we heard from Facebook an hour or so ago, from Sheryl and Dave, talked about Watch. You guys are one of their, I'd say, earlier, partners on the, kind of, premium side of the content equation. What's been your experience with Mixed Match Challenge and...

GEORGE A. BARRIOS: That's very good -- that you said very well today. Yes, I've had a bunch of investors struggle with the names.

BENJAMIN DANIEL SWINBURNE: Okay, I got Kabaddi wrong. So this was easy. How do you -- where do you take this product? What have you learned so far?

GEORGE A. BARRIOS: Yes. I mean, as you mentioned, obviously, the Watch Tab is Facebook's strategy for, kind of, lean-back video consumption, which is great. We think that's terrific. And as you can imagine, when you're -- we do 20 billion video views a year. We did last year, around the world on the digital platform. So we are the largest video -- sports video platform in the world. We're #1 on YouTube. So if anybody's doing anything on video in sports, we get a call. And they say, "Hey, would you guys be interested in doing something with us?" So Mixed Match Challenge came from that. It's been great, because it also -- creating video for a different platform like that, especially live video, a new format for the show itself. If you actually watch, it's really cool and entertaining. Also informs, our creative team in, kind of, reimagining the

core, live, big-screen [product]. So it's had that second-order benefit. But the Mixed Match Challenge itself, obviously, not a lot of benchmarks to compare it to. But we've definitely seen increased watch time per video on Facebook, which was important for us, and the Facebook team seems really, really happy. So yes, it's been a good -- it's been a good test for us.

BENJAMIN DANIEL SWINBURNE: Okay. One more I want to ask you about and then we'll see if the audience has any questions. Bit of a nerdy analyst question. That you guys announced you're going to be recut all your --

GEORGE A. BARRIOS: Is there anything else?

BENJAMIN DANIEL SWINBURNE: Exactly. Fair. You announced you're going to be recutting your segments that you report from 10 down to something a little bit more manageable, but what's the initiative or drive behind that? And do you think it's going to help us better understand some of the drivers of your business, and that's sort of the idea?

GEORGE A. BARRIOS: Definitely. And look, it also just reflects how the company manages the business. Really, today, the distinction between TV, network, digital is somewhat interesting. What really matters, though, for us is, we're creating content and there are multiple ways to monetize. There's subscriptions, there's license fees, there's advertising. And so we'll give a little bit more granularity into those. And from the cost side, what we're really doing is, all the costs are to produce as content. And really, fundamentally, it's no different to produce this piece of content versus that piece of content. They monetize it differently. So yes, we think it will be a simpler, clearer way to look into the business for investors.

BENJAMIN DANIEL SWINBURNE: Okay, welcome back.

UNIDENTIFIED ANALYST: I had a question on succession issues with Vince McMahon and what the comments are on that.

GEORGE A. BARRIOS: Yes. What we've said is, the board reviews the succession plan. There's one in place. Obviously, I'm personally not privy to it. But we're very thoughtful about that. And we -- as Vince has said multiple times, it's probably the broadest and deepest management bench the company has ever had, a combination of people who've been with WWE for a long time and really have it flowing through their blood and as well as people from different industries, technology, other media, that have come in and (inaudible), so.

UNIDENTIFIED ANALYST: Just when you think about the U.S. renewal, how important is it for you to keep the same partner, NBCU, do you think that there could be other parties that could be interested, whether it's technology players, I mean, is there a potential to split up Raw and SmackDown?

GEORGE A. BARRIOS: Yes. So the first thing I'll say is, NBCU has been a -- it's been a great mutual partnership for many, many years. We work really, really well together with them, as you can imagine, being together for that long. Having said that, ultimately, the evaluation we'll look at is, do we think the platform in question can deepen engagement with our fans, can bring in new fans and does it monetize for us? So that will be the evaluation criteria. We'll be pretty dispassionate on how we look at those. And certainly, while it's been rumored for a long time, there are no longer rumors. Some of the large digital platforms are seeing the value in live sports and their pocketbook -- these kinds of sayings -- they're putting the money where their mouth is around that. And of course, we'd consider them. We have a large presence on digital today. But we'd evaluate it through those 3 prisms that I mentioned.

UNIDENTIFIED ANALYST: Kind of a lighthearted question, but I'm a die-hard New England Patriots fan so I have to ask, is Rob Gronkowski going to retire and come to the WWE?

GEORGE A. BARRIOS: I don't know. But I'm a diehard WWE fan. I hope that (inaudible). I'm a diehard WWE fan.

UNIDENTIFIED ANALYST: With the NBCU [and you] -- there's a, I think, a 3-month spread there. Can you give us an idea of what the conditions, which (inaudible) would you like? (inaudible) interest from your point of view of if you found out whether Comcast also and Sky. Are there, sort of, are they contract-structured in a way where somebody could actually get benefits if you had a common [earner] with both the U.K. and U.S., right?

GEORGE A. BARRIOS: Yes. So on the -- I'm not going to say more than what we have said is, just based the way these agreements are structured and on our experience, we put the dates out that we think the announcement will be made -- whether they're a current new partner or a different distribution strategy, right. Because it's not just renewal, it's really the distribution strategy. So we have said in the U.S., May to September and then the back half -- second half of the year for the U.K. But can't say anything else about that. As whether there would be the discussion about Comcast and Sky, how that would affect our rights is really a question for them. I don't know. What we have done, by design, is we brought a lot of our rights, like most of them, fairly co-terminus. We did that, because several years ago, there was the thinking that there might be players who would be interested in global rights, as opposed to just a regional rights. And we'd have to think about whether that was the right thing for us or not, but we wanted the optionality and the flexibility to do that. And we have done it. So I think there are things we could do, but whether there's any value or interest from their part, you'd have to ask them.

BENJAMIN DANIEL SWINBURNE: George, we were talking before about Ronda Rousey signing with you guys. What is the -- is that material so we should be thinking about the impact of that to the business or is it something that you think happens to build over time?

GEORGE A. BARRIOS: Well, I'll answer that question, but I think the context of Ronda signing is interesting as well. And it really is our women's revolution, right? If you think back 3.5 years ago, you had WWE Superstars, our male talent and WWE Divas, our female talent. About [3, 3.5] years ago. And really, it formed in large part, because people saw the change in our female talent on NXT, our development league, if you will, which you can see on WWE Network. But there was this hashtag that went global that said, give Divas a chance. And it's the power of social media because that was our fans reaching out and saying, "We don't like the way you're structuring female wrestlers. How you are putting them in storyline." And I think it was about 3 days of that trending globally, and Vince came on and said, "We hear you. To our fans, keep watching." And so you saw an acceleration of something that was already happening, which was a pivot towards our female superstars and now there is a men's champion and a women's champion. So the Diva moniker is retired and you see it in the quality of the matches. And for the first time ever, we had women headlining major pay-per-view events, the Main Event. It has changed. The content has changed. We can measure it in terms of the engagement, right? We can measure it, we see the time spent on our network, for example. So the context of female superstars is changed. And that's started about 3.5 years ago. Within that context, we think Ronda Rousey is super talented, really cool, she's all in. She is all in, into WWE. So your question, it will -- on a personal level, I think it's great. My 3 daughters know who Ronda Rousey is and they're excited. So we'll see how it plays out. But I think the context is important. I think the Ronda Rousey signing outside of that context might not be as powerful. But we're excited, so we'll see where it takes us.

BENJAMIN DANIEL SWINBURNE: And George, on the advertising side, you've talked about this in the past, how is the content viewed by advertisers today versus, say, 5 or [8] years ago? And has -- give a sense of USA has really been able to broaden out the ads buying group behind your content?

GEORGE A. BARRIOS: Yes. I mean, what we see on the advertising, would be more on the digital side, right? But those -- we're moving that inventory, a significant portion of it through YouTube. And so we've seen a continued uptick in that number. That number has quadrupled over the last 5 years or so. Smaller number. But it seems -- today, it's no longer a small part of the business. So we -- that's our first-hand view into it. We have less visibility into USA, but they have been public. They have said they've added 200 new advertisers over the last 3 years. If you sat down, if you happen to have a Raw from 2013 and looked at the advertising went on versus today, it's a different -- they have broken several new categories. So they've been pretty public about their success. And we cheer them on as well because that's a win-win and certainly our teams have been a big part of supporting them in their effort. So yes, it feels like from what we see directly and from what they say, that it's been a real positive story over the last few years.

BENJAMIN DANIEL SWINBURNE: I mean, there's a lot of focus by advertisers around brands, safety, and then more maybe than ever, do you get the sense from your conversations with people that brands view this (inaudible) [WWE] brand as one they want to be increasingly associated with and family-friendly?

GEORGE A. BARRIOS: Yes. It's interesting, there's very little PG -- TV PG content in left prime time. I think the number I saw was something like 85% has moved beyond TV PG. So we are PG and have been for 10 years. So the interesting thing is if, you're looking for, kind of, a family environment, at least as described by the TV rating system, yes, we're a fairly unique opportunity. We're also very high on co-viewing stats. So in a lot of those ways, yes, and look, and we talked about it before,

I really do -- I say this a lot because I mean it, is this whole digital social transformation has changed the narrative of the brand in both the B2B perspective and, I think also, from a B2C perspective. I think that WWE's universe always knew it was large. I'm not sure before social and digital and the 20 billion video views, the [850 million] social media accounts, the John Cena has almost 50 million Facebook followers. I'm not sure our fans knew how big -- how many of them there really were around the world. So I think that -- all of that's created a positive context and -- which we hope, kind of, leads to real positive outcome.

BENJAMIN DANIEL SWINBURNE: Okay. Last question, George, before we wrap up. All right. Thank you very much.

GEORGE A. BARRIOS: All right, thanks for having us.

BENJAMIN DANIEL SWINBURNE: Thanks, everybody.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2018 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2018 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

**---- Index References ----**

Company: AISHWARYA TECHNOLOGIES AND TELECOM LTD; COMCAST CORP; FSC AARONS ASC LLC; MORGAN STANLEY; SONY CORP; TAJ TELEVISION LTD; THOMSON FINANCIAL NEWS LTD; WORLD WRESTLING ENTERTAINMENT INC; BOUCHERIES NIVERNAISES RUNGIS; CENTRAL BANK OF THE REPUBLIC OF AZERBAIJAN; CSG HOLDING CO LTD; NISSAN DO BRASIL AUTOMOVEIS LDA; NORMANDIE BRETAGNE AUTOMOBILES; NOUVELLE BROSSERIE AUVERGNATE

News Subject: (Emerging Market Countries (1EM65))

Industry: (Broadcast TV (1BR25); Entertainment (1EN08); Internet (1IN27); Internet Media (1IN67); Sports (1SP75); TV (1TV19); TV Stations (1TV23); Traditional Media (1TR30); Wrestling (1WR72))

Region: (Americas (1AM92); Asia (1AS61); India (1IN24); Indian Subcontinent (1IN32); North America (1NO39); Southern Asia (1SO52))

Language: EN

Other Indexing: (NBA; Sky Sports) (Dave; Sheryl; DANIEL SWINBURNE; Vincent K. McMahon; Vince McMahon; Ronda Rousey; George A. Barrios; George Barrios; GEORGE BARRIOS; BENJAMIN DANIEL SWINBURNE; Rob Gronkowski)

Word Count: 5639

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**