# EXHIBIT 24

## TO THE DECLARATION OF STEPHEN G. TOPETZES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**News**Room

12/9/19 FD (Fair Disclosure) Wire 16:30:00

FD (Fair Disclosure) Wire
Copyright (c) 2019 Thomson Financial and ASC LLC

December 9, 2019

World Wrestling Entertainment Inc at UBS Global TMT Conference - Final

Presentation

UNIDENTIFIED ANALYST: [Joining] us today. It is my pleasure to introduce WWE and George Barrios, Co-President to this event.

GEORGE A. BARRIOS, CO-PRESIDENT & DIRECTOR, WORLD WRESTLING ENTERTAINMENT, INC.: Great. Thanks, Alex, and thanks, everybody, for being here today. Wanted to take a few minutes to level-set on WWE, hit on a few top topics, describe what we think is a one-of-a-kind unique media asset. Second, talk about the transformation that the company has undertaken. Within that, a core part of that is the media ecosystem that's been built over the last 10 years. Then look to the future, what we see as the growth drivers moving forward. And then finally, hit on the financial model.

So first, to level-set the company and where it is today. Last full year reported data was 2018, $930 million in revenue. About 2/3 of that from North America, predominantly U.S., the only other country, North America segment for us is Canada. About 1/3 outside North America. That 1/3 representing the largest percentage of revenue outside of North America. And given that it was the fifth consecutive year of record revenues, obviously, record international revenue.

From a segment standpoint, about 73% of the revenue comes from our media business, I'll deconstruct that in a bit. About 16% from our live event business, so that's selling tickets to the events and obviously, about 130 or 140 of those events we're creating the media from. And then about 11% from our Consumer Products business, primarily toys, action figures, video games, console and mobile, apparel and about 200 other categories.

From a performance standpoint, in 2018, revenue of $930 million, as I mentioned, the fifth record year of revenue, it was up 16%; operating income of $115 million, it was up 51%; adjusted OIBDA of $179 million, up 31%; and then free cash flow of $154 million, which was up 85%.

Underpinning that financial performance have been some key operational elements. First, the pivot from an MVPD driven pay-per-view model to a direct-to-consumer business, which is now twice as large as our old pay-per-view model, much more profitable. And in 2018, averaged 1.65 million average subscribers.

Also driving the growth through 2018 is the strength of our live content in the Pay TV ecosystem within the bundle. So that's grown at a CAGR of 15% since our last renewal cycle in 2013, '14. And then finally, I mentioned the international revenue, which has grown about 90% since 2015, 23% CAGR.

When we talk about the core of the media, at the highest level, 3 platforms that we put 1,500 hours of content through. So that's Pay TV, the bundle, direct-to-consumer, our own network and then the AVOD digital platform. If you look at the consumption, in 2018, we did roughly 5.8 billion hours of consumption globally. 60% of that happened in the Pay TV ecosystem outside the U.S.; about 15% of that in the Pay TV system in the U.S.; 20% globally on the AVOD platforms; and then about 5% direct-to-consumer. And obviously, the digital elements of that, which are the DTC and the AVOD, 25%,

represent about 1.7 billion hours, and it wasn't that long ago that those numbers were 0. So the company has, over the last 10 years, has built a very significant, very vibrant digital distribution ecosystem.

Some of the stats around there. As most of the people in the room probably know, we're one of the largest sports properties, depending on what metric you use, in the world on the social media platforms. We have about 1 billion user accounts, just over 1 billion. So that's multiple accounts on the multiple platforms.

If you looked at just video, on YouTube, we are ranked as the largest sports channel within the YouTube ecosystem. So this is a metric that gets used to measure, which is uploaded video, lifetime video views of uploaded video, not UGC in this case, so over 37 billion; #2 is Perfect with 9 billion; and then the NBA is roughly at 6 billion. So more than the NFL and more than baseball, more than FIFA, more than the Olympics.

The core of the content, what makes us able to do what we do, are bringing 2 things together. One is iconic storylines. Anybody who's an English major in here, or who took an English class, probably heard about The Hero's Journey or the monomyth, which Joseph Campbell talked about. Well, we tell The Hero's Journey. So it's -- the context is a ring, it's not intergalactic space, it's not a dystopian future, it's a ring. The second element of what allows us to what -- do what we do on a global basis is that, that context, that ring, needs very little explanation, right? Some sports, ones that you enjoy a great deal, can be complex. Others are fairly easy to understand. Probably the ring is the easiest archetype. Everyone knows what's going to happen within the ring.

So you have this combination of larger-than-life characters in lifelong storylines, within a simple context. It's what allows us to do what we do on a global basis. And we've been doing it for a long time. So whether it's Bruno Sammartino in the '50s, Andre the Giant in the '70s, Stone Cold in the '90s and The Rock and today, talent like Charlotte Flair, one of the core competencies of the company, and one of the moats it's built in addition to its strong brand and its history of delivering on its mission to put smiles on people's faces, is the capability that we've developed on recruiting, developing and retaining talent, right? That is something we've spent a lot of internal resources on to make happen.

We talked about the 5 elements. This one-of-a-kind media model, which I've just touched on. Now I wanted to talk a little bit about the transformation. The history of WWE, went -- it went -- it became its current incarnation about 35 years ago when our founder and Chairman and CEO, bought the company from his father in 1980, '81. At that point, it was a touring company in the Northeast of the United States.

The advent of Pay TV and multiple channels, right, for those of us old enough to remember, there was one time -- there was only 5 channels that you could turn on. All of a sudden, there's 100, creates this massive demand for content that the company is able to transform itself from a touring business to a media business. It's the beginnings of a media business. And it rolls up the properties in the U.S., it goes from local to regional. Pay TV around the globe, it goes global, develops a 360-degree model around tickets, T-shirts, toys, pay-per-view as well as the core media.

Then over the last 10 years has been the next evolution of that, which was really about creating and extracting the value around its live content. And then building up the social, digital and direct-to-consumer business as well as beginning to build out the international business. So that's really what you've seen in the last 10 years and what we talked about earlier.

I mentioned that what the key to understanding WWE is to understand the media ecosystem that we've built. So I'll take a couple of slides to touch on that.

I mentioned we create 1,500 hours, right? The red parts of the pie chart is the -- what we distribute on pay television. And the blue is the AVOD platform. And the gray is our direct-to-consumer. One of the important things here is that we tier the content. So we try to avoid putting the same piece of content on multiple platforms. Some people do that, it works for them. We've decided to take certain content that we think belongs in certain platforms and put it there. We think that helps manage cannibalization. We think it's also actually a better experience and less confusion for our fans.

I'll touch on each of them specifically. Remember, this 1,500 hours creates 5 billion to 6 billion hours of time spent. In 2018, about 75% or 80% of that is outside the United States or was outside the United States in 2018.

So let's take each of the pieces in a little bit greater detail. Pay TV, the bundle, and this was whether it's traditional Pay TV, it could be emerging Pay TV, but the idea of there's a bundle of content. We believe live is very, very valuable in the bundle. It has been. I'll talk about the future, we think it's going to continue to be and maybe to an even greater degree. So for WWE, if you're going to use the sports analogy, our regular season is in the Pay TV bundle around the world. So that's Raw 3 hours live Monday night, SmackDown 2 hours live Friday night. Recently, our development league, our minor league, if you will, NXT, 2 hours on Wednesday night. So 7 hours of live content within the Pay TV bundle in the United States.

Because of the reach of Pay TV, the demographic mix, we also do other content. We've done -- actually, currently, we have 3 unscripted series, Total Divas, Total Bellas and Miz & Mrs. We also do documentaries. You'll see us do things with HBO Sports. The Andre documentary we did, coproduced with HBO and Bill Simmons was one of the highest-rated sports documentaries in the history of HBO. We've done multiple 30 for 30s. You've seen us announce other scripted and unscripted elements of entertainment with other partners as well, like A&E. So Pay TV, primarily the live, our regular season, and now our development league, our minor league as well, as well as the targeted pieces of content that we think we can reach a specific audience with. It's our most profitable and highest revenue business.

Second, the AVOD platforms. I mentioned 20% of the consumption now happens on these platforms and now contribute good monetization for us as well. 10 years ago, primarily promotional. Today, primarily promotional with good solid economics. We've got almost 50,000 short-form assets available on YouTube. I had mentioned before that 37 billion uploaded video views on YouTube. So that's 1 metric. The other metric is over the last 12 months, if you looked at both our uploaded content, our UGC content, we have a lot of fans who use our content to create their own short-form clips. Obviously, we monetize when our video is used. But when you look at that, across all the platforms, YouTube leads the way, we did 31 billion video views in 2018.

In fact, last trailing 12 months, that number is around 37 billion, right? So the scale of our ability to reach all our fans, those with a broadband home, around the world is a unique differentiator, we believe.

And then finally, our direct-to-consumer. I had mentioned that we tier the content. So it's not about taking the content we just described and now going direct-to-consumer, it's actually different content.

If our regular season is available on Pay TV, on direct-to-consumer, we have our playoffs, okay? We do about 12 to 15 Special Live Events, including our Super Bowl, WrestleMania. That's available on DTC.

We also do other In Ring content. One of the things we learned, I'll talk about data in a little bit, but boy, did we learn a lot about our fans and their appetite for In Ring content once we went direct-to-consumer, because we could see and measure the intensity of the viewership into that type of content. So you've seen us do different things. Up until recently, I mentioned NXT, our development league, is available now on Pay TV, on USA, Wednesday night, it actually lived on the network for the last few years. But we do other things. We have an NXT in the U.K. with only U.K. talent. We do a form of live content, 205 Live, our Cruiserweight, smaller weight division, also on the network. And we're going to continue to experiment with other In Ring.

You also will see us do original content, scripted and unscripted, right? That we think -- I mentioned some of that lives on Pay TV, but some of it we go direct-to-consumer, WWE 24, which is a great title for us, where we go real deeper on certainly, the talent, certain eras of WWE's history, or WrestleMania for our fans. They love seeing that behind the scenes and kind of rich exposition of their favorite talent.

And then, incredibly powerful for our biggest fans, is we have all our archives. Over 12,000 hours. Every Raw and SmackDown that's ever aired, eventually will go on to our DTC. Every pay-per-view or our playoffs, if you will, if you use our sports analogy, eventually makes it on to the DTC, so over 12,000 hours. So if you're a wrestling fan, there's probably no greater video service in the world. $9.99 a month. And as I mentioned before, about 1.6 million subscribers.

The fourth element I wanted to touch on is the future. So we've just talked about where we've been, where we are. I mentioned the media ecosystem. That ecosystem becomes foundational for the future. So I wanted to touch on that a little bit.

Big, as we talked about the transformation, if you went back to 2007 or so, maybe 1/3 of the company's revenue came from

media; today, it's 73%. It's because we have been tailoring what we do internally to some what we believe are meta trends that are accelerating, in some cases. That is the value of live content, especially in the U.S. Pay TV bundle. The acceleration of direct-to-consumer. It almost seems quaint to say that now given what's happening now, the streaming wars. But 5 years ago, obviously, there was questions up until probably a year or 2, there was questions about how big, how much would direct-to-consumer proliferate?

The continuous growth in broadband, both in the availability and the strength of the broadband, how -- what the connection speeds are, really important for video. Banking, right, banking in multiple industries -- countries, credit card penetration. And then finally, this emerging middle class in multiple areas of the world. All of these, and we've been talking about these for a long time. In fact, these same trends are what put us on our -- the path we're on over the last 10 years, and we believe there is still quite a bit of runway across those trends.

I mentioned the revenue base, 73% now in media, key part of the success over the last 10 years; 16% in live events; 11% in Consumer Products. We view the events business and the product business as good, strong businesses, generate good cash flow. But similar to the last several years, we believe media will be driving the growth into the future for the reasons I just talked about.

Some of the historical. Our subscription business, launched in 2014, averaged 1.65 million subscribers last year. This year took a little bit of a dip. We believe the future continues to be strong. As we have invested in a new platform, we recently migrated to a new platform. We think 3 things around that give us the opportunity to take this to another level in the future.

First, more modern platform. So it gives us the ability to bring features and UX and UI enhancements that were somewhat limited before. So we're excited about that. That's for our current subscribers and hopefully reactivating new ones.

The ability to tier the content. So I talked about tiering content between Pay TV, AVOD and the direct-to-consumer. The ability to tier within the direct-to-consumer, we're really excited about, both on a premium tier, where we can bring multiple elements of WWE for a portion of our subscribers. So if you think about access to additional content, the ability if you're purchasing, potentially get free shipping. The ability if you're a ticket buyer, essentially get presales.

So all of that, we think, creates a ton of value for our fans and creates the ability to do a premium tier. Strategically, just as important, is a free tier. So for a long time, we've had a lot of that short-form content I talked about on our owned and operated platform. However, if you went through the experience, it felt -- it felt like there was a wall between the SVOD, what you paid for, and what you could access for free. The new product, and people have written, they're starting to see the product roll out here over the last several days, you'll be able to -- if you're a fan of WWE, you'll come and depending if you're a subscriber or not, you'll be able to access different content.

Number one, we think it's a great experience for those fans who are not subscribers, which is great. We want to engage deeper with them. We're going to give them the best short-form experience on this. Number two, we think if you're on the fence about becoming a subscriber, living in that environment will make the transition easier for you. It eliminates the friction that you might feel if you're coming from a different platform. And all of a sudden, you're coming on to the subscription service and now you have to pay immediately. This gives you an ability to really experience the product without having to pay and then hopefully, a portion of those, say, yes, this is for me.

And then finally, localization, right? We're really focused now, given the new platform, on the ability to make the network more local. For the last 5 years, it's a U.S. product. Only in English, the content's only in English, UX and UI in English and the commerce only in English and the currency in U.S. dollar, other than the U.K.

So the ability to have different flavors of localization, we think, can drive some potential growth moving forward as well. So we're excited about the next 5 years.

I mentioned the Pay TV, the value of live, In Ring content is the most valuable thing the business does today. My guess is, 5 years from now, we'll continue to be saying that. We think the Pay TV ecosystem in the U.S. is going to -- the economics will continue to shift to some degree towards live branded premium content.

If I put 2007 on this chart, our ability to monetize Raw and SmackDown back then was roughly 70 million or 80 million. In 2018, we did 270 million. As we -- the last time the chart was updated, which was about a year ago, we said we had 330 already contracted in '19, and you see the remaining contracted numbers.

The gray represent at that point in time, deals that had not been done yet globally. Some of those have been done. China, Latin America, U.K., a few others. There's a few others we're working on, and we'll update the chart when those are done. But regardless, big picture, significant growth over the last several years, and we believe, again, for the reasons we mentioned, that it's a platform for future growth.

Then international. Today, that 5 billion to 6 billion hours we did in 2018, 75-ish percent of that comes outside the U.S. Obviously, media segment of the U.S. is the largest country in terms of media and entertainment revenue, primarily from subscription and advertising.

But we think the position, the amount of consumption we get outside the U.S. puts us in a good position as that emerging middle class creates an advertising market and a subscription market around the world. It has done a good job so far, 12% CAGR for 14 years. So a 5x on the international revenue. And we think that 70% to 80% and some of those meta trends we talked about before, more broadband, better broadband, credit card penetration, emerging middle class, gives us an opportunity. So our hope is 10 years from now, that there's a similar bar chart to the right of the one in 2018.

Last time I touched on before around growth is data. In a lot of ways, in many ways, the internal operations of the company are fundamentally different, fundamentally different than they were 10 years ago. How the company thinks about its fans, how the company operates, how the company develops new products, improve its current products, all infused with data. And the power of it is this most visceral understanding of, again, our mission is simple, put smiles on people's faces, but it's what gives us the opportunity to really understand our fans and say this is where we should be deploying our time. This is what they really enjoy.

Most eye-opening, I mentioned before around the live content, was the -- what we learned from the direct-to-consumer service. And even though it's not as rich data from the AVOD services, you still get certainly much more than traditional Pay TV. And all of that allows us to be a smarter, more efficient, more effective business. And it's the aggregation of a lot of little things. It's not about silver bullets. It's about that data with a sizable number of people where we can say, boy, we know that this person really likes AJ Styles, let's make sure they know, they're a network subscriber, what new AJ Styles programming we have. It could be about we know you're a big ticket goer. We also see you're on the network. We see who you like on the -- let's make sure you know that talent, that part of the roster, is going to be in your town. And because you -- the lifetime value is so high, we'll make it really easy for you to go to that event.

It could be on the merchandise side. I mentioned AJ. You watch the AJ WWE 24 on the network. You might not know that we have some new merchandise around AJ. We can make sure you do know about that.

All that live content, we would not have created [WWE], NXT UK, the Mae Young Classic or 205 Live without the understanding that there's a part of our fan base, not all of our fans, but there's a part of our fan base that we can't give them enough live content, right? And that premium experience that you get on the network versus what you might get on YouTube, we want to make sure that part of our fan base is really, really engaged and real happy. Network was the source of that information. And even something like when we launched NXT as a touring brand, figuring out where to tour, all data-driven, right? Because NXT, at that point, available on the network, we can see at the DMA level, the intensity of the fan base for that brand, which then informs where we're going to tour. It allowed us to build the touring model around NXT.

So just to give you a sense, again, all individually small things. When you add them up at the scale of our fan base, really powerful. We're still in the early days. When people ask kind of where are you guys, it's the top of the third inning. We went from, I remember joining WWE, and we had 4 or 5 data scientists, primarily focused on our WWE.com advertising business, a sliver of our revenue.

Today, we have about 40, right? Commensurate amount on the data engineering side. So the D.A. is about the insight, the data engineering is about building the platform that allows those insights, touching every part of the business. So it's been a big part of helping us drive to where we are today, I think it's going to be a much bigger part as we go forward.

And the last piece I wanted to touch on, having described the company, the media ecosystem, talk a little bit about the future, is the financial model around the business. So we talked about multiple years of record revenues, multiple years of increasing op income and multiple years of growth in adjusted OIBDA. We recently adjusted our guidance for 2019 to a range of $180 million to $190 million, we mentioned that on the prior call.

And then from a financial model standpoint, today, if you look at the portfolio of revenues, we did $930 million in 2018. If you look at that portfolio revenue, diverse, you have a stream of revenue, the largest in media, tickets, consumer products; within media, across 3 different platforms. We have what we believe are high-growth revenue streams. Certainly, we've seen the high growth over the last 5 or 6 years. We believe that continues, driven by some of the trends I mentioned. High-unit economics, right? So if you look at the direct cost, direct cost, not the fixed costs. We're a high fixed cost business. It's the direct cost on each of those revenue streams, fairly low. So the unit economics, 70% to 80%. And then obviously, that allows us to do 2 things: invest for future growth as well as return of capital. So we have been a dividend payer for 15 years. And then we recently authorized, the Board recently authorized earlier this year, a $500 million share repurchase program.

And when we talk about those investments in the business, I would say, we talk about them discretely, but they're not discrete. Think of them as a Venn diagram. There's content. We create 1,500 or so hours of content. We think there's opportunity to do more. There's globalization, right? And localizing our experience for our fans around the world. And then there's digitization broadly. That's on the data side. It's on the consumer technology. For example, our -- the new platform we just launched, which we think is a huge leap forward for -- in terms of the experience our fans have. And then internally, digitizing our internal work process, everything from how we create video to how we distribute video to how decisions are made.

So digitization large, data, obviously, a big part of that. But and -- there are initiatives that touch all 3 of those. But when you talk -- when we talk about investment, it's in 1 or more of these areas.

With that, I'll -- hopefully, that sets some good context.

Questions and Answers

UNIDENTIFIED ANALYST: Thank you, George, for a great presentation. We've got to start with a couple of questions, and then the audience, please submit questions through the app, and I can run through them.

Maybe just starting with the broader media ecosystem. We obviously had a lot of new entrants into it, whether it's Disney+ or Fortnite. And just talk a little bit about how you see the competition for consumers' time and wallet today as opposed to a couple of years ago? And what do you need to do to make sure you can continue the growth trajectory?

GEORGE A. BARRIOS: So just on Disney+, I'm a subscriber, and I don't know if any of -- I would subscribe -- yes, I subscribe. If you did -- I see a lot of young people in the audience -- you got -- it's going to be an investment. Yes, so I think we foresaw back 5 or 6 years ago. It's happening. In terms of our place in the ecosystem, I think that whole tiering notions that I mentioned, how we tier the content, which can seem abstract. We are not trying to capture a non-fan to come to our direct-to-consumer, right? We're not saying, let's go advertise this and we're trying to convert someone who's not a wrestling fan or not a WWE fan to come subscribe. If that's who you are, what we're trying to do is, let's see if we can get you on YouTube, on Facebook, on Instagram, on traditional Pay TV. And then if you become a big fan, we think there's a lot of value for you on the direct-to-consumer, because not only do you get the most premium content, our playoffs, but you get the depth, that richness of some of the scripted and unscripted we do, and then the archive. So because it's a -- for a passion audience, and it's a kind of the most premium product for that passion audience, we don't think general entertainment necessarily impacts us. Our hope, I didn't touch -- I mean I mentioned the whole growth of direct-to-consumer. I didn't specifically say, but our hope is as more and more people are more -- get more and more comfortable using multiple apps and however they use them in a direct-to-consumer way, that, that actually helps all of us, right? Because it just -- it gets you -- I know, for example, I know some friends who -- they just do Netflix, right? They know how to do Netflix, got a little red button on their remote, they do it, that's it. But they don't go into the app ecosystem to go do other things. They just go to Netflix. Our hope is the more and more that you create multiple ways that people not only -- more people go in, but there's a -- you get a bigger comfort level in exploring. So hopefully, it's a tailwind for us. But I think ultimately, the fact that it's a

passion brand and it's specific content for that passion brand, not general entertainment, a little bit different. So we're not competing necessarily with Disney+ in that case.

UNIDENTIFIED ANALYST: Sticking with competition. Can you talk a little bit about the competition for talent with AEW and any other things that are popping up?

GEORGE A. BARRIOS: Yes. I mean I remind people, I've gotten that question a lot recently, there's in the U.S., there has been other wrestling properties for some time. TNA for quite a long time, Ring of Honor for quite a long time. So the notion of competing for talent is not new. What we think is we have the best platform in the world, if you want to build a global brand, right? That is the -- ultimately, what we offer. That is the value proposition. You will have the best production value, you will have the best platforms. I talked about those 1 billion accounts, the 37 billion video views over the last 12 months. This broad distribution now on broadcast, with SmackDown on Fox in the U.S. So we think we have a great platform, and if you want to be a star, I think it's hard to match what we've got.

UNIDENTIFIED ANALYST: Talk a little bit about content costs. For, I think, media investors lately, these never seem to go down, just keep going up, and you guys have revised your guidance a bit by accelerating some of the content investments. Is there a need to spend more and more? Do you see these stabilizing or going down over time?

GEORGE A. BARRIOS: Yes. I think if you looked at us and first of all, on the guidance, as you mentioned, I want to take a step back. When we talked about the -- bringing the guidance down for the year, there were 3 elements. And we haven't parsed it out between the 3. We said there was a rights deal in MENA region that we had anticipated would be completed. It wasn't. So we were wrong on that. We had said that we needed some of the engagement metrics to improve to a degree that our transactional businesses were at a higher level than they had been in the first half of the year. And while they got somewhat better, not to that level. And then to your point, on the cost side, on the content, which we said we brought -- costs that we expected in 2020, we brought them in a little bit earlier.

Ultimately, Alex, what we're trying to do is balance these investments across multiple time horizons. Someone asked me earlier, was accelerating those investments specifically to drive up engagement today or tomorrow? And obviously, what we're -- our hope is that what we do has an immediate impact. But we can't just be worried about are they going to work for today? In some cases, we know that some of these investments pay off over time. So the engagement return isn't immediate. And then the monetization return, because so much of our revenue is on a contractual cycle, takes time for the ROI. But ultimately, we believe that what we did pays off for us by driving engagement into the future and then allowing us to monetize that. So brought it forward by a few months. Feel good about the decision over the long term, painful for us to have to adjust the guidance, but we thought it was the best for long-term shareholder value.

UNIDENTIFIED ANALYST: Do you see a need to continue increasing your budget over time? Or you're kind of stable equilibrium now?

GEORGE A. BARRIOS: Yes, I think it comes back to somebody asked me, well, how do you guys make decisions on how much to invest? And what we do is things like what most people do, is you build the discounted cash flow. I mean that's what we're focused on is cash and cash return. The things for us as we think about that, and I try to educate investors on, is on the investment side, this time horizon is important, right? It's critically important to understand that a significant portion of our revenue, it's great that it's locked in. It eliminates a significant amount of risk in the business. As escalators in that revenue, these are licensed content deals that we do. So that is all positive, but to generate another significant amount of value, you're tied to the contractual cycle, right? So we're making investments today to build the brand that we know they pay off somewhat in the short run, but in our DCF, the real payoff comes in the future. You have to be -- you have to manage across these time zones -- time horizons. The second element, because we're an IP business, some of the investments we make have direct economic return, right? If I choose to localize a piece of YouTube content in India, I can make assumptions about how much consumption that content will now get, how much greater, maybe potentially better CPMs, maybe better sell-through, and I can build a very direct economic model and test it and see the results, fine-tune.

Some of that investment, though, doesn't -- I'm doing to build the brand, not just for the direct economics, but for the indirect economics of building the brand. There, it's much harder to build the model. We make assumptions, right? We start -- work right to left and we say, well, how big do we think this pie is? What share of that pie do we think we can get? If we invest x,

is that share of the pie worth it? Does the DCF work? And if it does, we go for it. Then you got to risk-adjust it to some degree. So this whole notion of time horizon and it's direct and indirect, are the complexities we have to deal with. But ultimately, what we're doing is building a DCF. And if we feel comfortable on a risk-adjusted basis, if the investment makes sense, we're going to go forward and try to build that value. So when you say equilibrium, I would say there would be equilibrium if I thought I had no growth, right? If I thought there was no growth left in the future, then I'd say maybe we should stop trying to go get some. There is no more to get. At least sitting here today, we don't think that's the case. We think 5 years from now, there will be another great story to tell about the journey we're on, and we just want to make sure we can avail ourselves to that.

UNIDENTIFIED ANALYST: Okay. Just a minute on your demographics for the network. What trends do you see? Is it aging? Is it -- do you have new people coming into the network of younger ages?

GEORGE A. BARRIOS: Yes. Again, because the network is a -- it's for a slice of our fan base, right, so it's not for all our fans, it has a different demographic than our overall fan base. You see it skew a little bit more male. You see it skew a little bit higher income. There's an additional layer of economics there. More technologically savvy, probably for obvious reasons. So it's not a -- it's really not fully representative of our -- of the fan base. But it has some of the differences I just mentioned.

UNIDENTIFIED ANALYST: Last question I got is probably one of your favorites. Any updates on international renewals, India, Middle East? Or when do you expect to have an update?

GEORGE A. BARRIOS: Yes. I mean so we mentioned on the last call that we were working through those. So at this point, nothing really to update.

UNIDENTIFIED ANALYST: Thank you very much.

GEORGE A. BARRIOS: Cool.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2019 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2019 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material

**World Wrestling Entertainment Inc at UBS Global TMT Conference - Final**

without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

**---- Index References ----**

Company: HOME BOX OFFICE INC; INSTAGRAM INC; NETFLIX INC; REFINITIV US LLC; TWDC ENTERPRISES 18 CORP; WORLD WRESTLING ENTERTAINMENT INC

News Subject: (Business Management (1BU42); Sales & Marketing (1MA51))

Industry: (Advertising (1AD82); Advertising & Public Relations (1AD83); Branding & Naming (1BR12); Consumer Electronics (1CO61); Consumer Products & Services (1CO62); Digital Broadcasting (1DI81); Electronics (1EL16); Entertainment (1EN08); Interactive Television (1IN18); Internet (1IN27); Internet Media (1IN67); TV (1TV19); TV Programming (1TV26); Telecom Consumer Equipment (1TE03); Video-on-Demand (1VI48))

Region: (Americas (1AM92); Asia (1AS61); North America (1NO39); Southern Asia (1SO52))

Language: EN

Other Indexing: (ASC LLC; NBA) (Bill Simmons; Joseph Campbell; Flair; George Barrios; D.A.; George A. Barrios; George A. Barrios; Andre; Alex; Bruno Sammartino)

Word Count: 6564

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

