# EXHIBIT 25

## TO THE DECLARATION OF STEPHEN G. TOPETZES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**News**Room

12/3/18 FD (Fair Disclosure) Wire 18:45:00

FD (Fair Disclosure) Wire
Copyright (c) 2018 Thomson Financial and ASC LLC

December 3, 2018

World Wrestling Entertainment Inc at UBS Global Media and Communications Conference - Final

Presentation

JANINE SHELFFO, MD OF TECHNOLOGY, MEDIA AND TELECOMMUNICATIONS BANKING GROUP, UBS INVESTMENT BANK: So, good afternoon, everyone. Pleased to welcome to the stage, George Barrios, from WWE. Obviously, it's been an exciting year for the company, and he's going to be able to tell you all about here in the presentation. Thank you.

GEORGE A. BARRIOS, CO-PRESIDENT & DIRECTOR, WORLD WRESTLING ENTERTAINMENT, INC.: So thanks, everybody, for coming and being with us today. I wanted to touch on 5 basic topics, kind of describe what we believe is a one-of-a-kind media company. Talk about the successful transformation we have been executing, and we believe we're still in the early stages of (technical difficulty) go deep into the media ecosystem of WWE because it's the core of the business model, growth drivers in the future and then what our financial outlook is as of today.

At a high level over the last 12 months, the company has generated an all-time record of $870[□] million in revenue. Today, just over 70% of that revenue comes from its media business, which we will talk about in greater detail, about 17% comes from selling tickets to all the events, close to 600 events around the world, and just around 11% of revenue comes from our Consumer Products business, about 2/3 of that[□] in toys and video games, the remaining 1/3 across[□] 200 global licensees.

Under[□] other interesting elements is that 70 currently 70% of the revenue comes from North America, U.S. and Canada, and about 30% from outside North America. We'll talk a little bit about where the content gets consumed and the juxtaposition of the revenue and engagement and what we think that means long term.

In terms of performance, revenue is up $85[□] million over the last 12 months, so 12%. Our operating income has grown from 30% to $88[□] million, our adjusted OIBDA, which is our profit measure of choice of $37[□] million to $156[□] million and free cash flow up to[□] $149 million, also an all-time high.

The operating elements that have driven that financial performance, our direct-to-consumer service has grown at a 17% CAGR in terms of average subscribers over the last 3 years. Our top 7 contractual agreements for licensing our content into the Pay TV bundle around the world, we'll talk a lot more about this, has grown about a 15% CAGR over the last 4 years, expected to grow significantly higher now into the future.

And then finally, our international business has grown at a 20% CAGR over the last 3 years, fueled in large part by both the growth of the subscription service as well as the growth in the[□] our license content business.

At the core of what we do is we create video content, that's the media. About 1,500 hours across 3 platforms, Pay TV bundle, the digital AVOD platform and our direct-to-consumer service.

I mentioned the revenue mix before, and this is where it gets really interesting as you look into the future. So 70% of our

revenues in North America, 30% outside of the U.S.

Today, that 1,500 hours of content we create results in about 5 billion to 6[□] billion hours of viewed around the world. About 70% to 75% of that is outside the U.S. So the largest market for us in terms of video consumption is India. If you look at it from a platform perspective, about 75% of the consumption still happens on Pay TV, and we'll talk about why in a little bit, and of that, 60% outside the U.S.

If you look at that yellow slice in the pie, that's the AVOD platform, it's primarily YouTube, also Facebook, Instagram, Twitter. About 20% of that 5[□] billion to 6[□] billion hour now happens on that platform.

Really interesting thing is 8 years ago that was a 0. So we are now over 1[□] billion hours on a trailing 12-month basis of consumption happening on that platform, and then about 5% of the total happens on our direct-to-consumer service.

Now remember, it's about 1.5[□] million subscribers currently on average, so that 5% you're talking 250 to 300[□] million hours for that 1.5[□] million, it's almost[□] 200[□] hours per year per subscriber, so really deep engagement with our superfans.

We are the largest social and digital sports property in the world, and we'll talk about the metrics. We have over 950[□] million global followers around the multiple services, Facebook, YouTube, Twitter. It was funny as my daughters I have[□] two 14-year old I have a 19-year old and two 14-year olds. 19-year old is off in college, she can't torment me any more, only from far away but the 2 14 year olds will torment me, and they were telling me how Justin Bieber and Taylor Swift are killing us on YouTube. And so I go on I say, "Well from what I see here is Justin Bieber's got 31[□] million followers, Taylor Swift has 32[□] million, and the last time I checked, WWE has 37[□] million." Dropped the mic, I could finish dinner. So 950 million follower, if you look at video views, YouTube measures uploaded content, so not UGC content but uploaded content. Lifetime, we're the largest sports property in the history of YouTube with over 27[□] billion lifetime video views. Dude Perfect and the NBA are #2 and #3 around 5[□] billion to 6[□] billion.

If you look at every single network on YouTube, in the history of YouTube, uploaded content, we're #2. So #1 is T-Series which is a Bollywood movie channel on YouTube.

And then people will ask well how do you end up with that and 70% or 75% of that coming from outside the U.S.? How does John Cena become one of the most followed athletes in the world on Facebook with 45[□] million followers? And it really is the confluence of[□] 2 things, because if you what we do is the intersection of sports and entertainment.

Well the entertainment side, what we're doing is telling the hero's journey. We've been doing that for well, 50 years or so. So a hero emerges, a nemesis comes, someone comes to help the hero, and then the hero either triumphs or fails. So whether it's Luke Skywalker or Katniss Everdeen or John Cena, it's the hero's journey. So it's across times, across cultures it resonates. That's reason one.

Half of what we do, the storytelling, is archetypical.

The second is the second part of what we do, the sports element of what we do is one of the simplest sports to understand. Because when people see a ring, whether it's a boxing, MMA or wrestling, but when people see a ring, they know what's going to happen.

As passionate a football fan, I as I am, I know, again, my daughters will watch and go, well now that one of them is dating a football player, they now have learned to appreciate football, haven't up until now, but took them a while to really understand that. Same thing, I go to India regularly, for the reason I mentioned before, and as much as I watch cricket, it's difficult for me to understand. That doesn't happened with a ring. So it's why India's our #1 market. It's why Southeast Asian in general is such a huge market for us in terms of digital consumption, same thing is the Middle East. So it's a story that everyone understands. In the sporting context, it's one of the simplest to understand.

And this is not new. Part of the value that we've been able to create is predicated by time. People forget whether it's the NBA or baseball here in the U.S., certainly, football. These are 100-year properties. Where we're now in WWE, is it's incarnation

under Vince, when he founded it 30 years. But if you look at professional wrestling as a genre, about 100 years old now.

So time, and we've been able to create stars generation after generation after generation, whether it's a Bruno Sammartino, Andre the Giant Stone Cold, The Rock or today's Charlotte Flair, and it gives me great joy to have a women on that page.

It shows our ability to reflect the times and influence the times. We create stars, generation after generation after generation. Second, talk about the transformation. We like to say internally that we're all about reimagining. Vince says, when I first joined the company, I remember Vince saying, he goes, George, one thing I ask of you, well, 2 things. Number one, help us put smiles on people's faces because that's the business. And number two, come in every day like it's your first day on the job, right. Never take anything for granted, don't be complacent and especially, don't take pride of ownership in what you've created in the past, be willing to break it and start it again. And so we talk a lot about reimagining the company and reimagining the business, every part of the business, and we've done it multiple times. When the business started, it was a Northeast touring business, when Vince bought it from his dad. They're selling tickets in the Northeast, it then became a media business and the advent of cable in the United States created that, right. The demand for video contents who created video business, then became a global media business, taking the content outside. And about 7 or 8 years ago, we began architecting on paper, not in action but on paper began architecting the social, digital and direct-to-consumer transformation as a deliverer of premium, live video content. That's what I said earlier on that we think we're in the early stage of that and had a lot of success kind of building.

I mentioned that the core of the business are those 1,500 hours and the 5 billion to 6[ ] billion hours of consumption that it creates. I want to go a little bit more into that because if you're go to invest, you should understand this, because you either have to believe in what we're doing or not. But if you're going to invest and go long, you really need to understand how we think about it.

We create multiple types of content across those 1,500 hours, and we put that content on multiple platforms. And here's the key, we tier the content. We don't put the same content on all 3 platforms. Not that, that's a bad strategy. A lot of smart folks out there will take their same core content and put the same content on multiple platforms and that works for them. For us, we've taken a different tact. Some content on platform A, some content on B, some content on C. So on on the first[ ] one is Pay[ ] the bundle, whether it's traditional Pay TV or the Pay TV to come, the bundling of content.

And what lived in the bundle for us is that 5 hours of live content we create every week. So it's[ ] 260 hours of live content, Raw and SmackDown, that is the primary driver of value in the bundle. We'll do other things in the bundle as well, we've got multiple reality series today Total Divas, Total Bellas, our newest Miz and Maryse. We've done documentaries with HBO, many of you are fans of WWE. I suggest you watch the Andre the Giant documentary on HBO, phenomenal piece of content. Obviously, given my age, Andre was someone I followed. So[ ] but to see kind of this take was really amazing. So we'll do multiple types of content in the bundle, but the real core is Raw and SmackDown, our premium if you're going to do the sports analogy, it's the regular season.

It's available in hundreds of millions of homes around the world. It drives about 75% of that 5 billion to 6[ ] billion hours, because it's the core content. The second platform is the AVOD platforms. I mentioned before started about 8 or 9 years ago, we went headlong into YouTube at the time, later Facebook, now Instagram and Twitter and driving video and other types of social engagement on those platforms. In fact, I do people asking me all the time, how did you guys get so big? I tell them it started because I remember the day an impromptu staff meeting in Vince's office. And he told everyone in that room that we needed to own these platforms. Unsaid, but understood at least by me as if we didn't succeed it wasn't going to be good for anybody in that room, so we needed to own those platforms.

And in fact, for about a year afterwards, every week, each of his direct staff had to write a one-pager of what we did that week to drive the results on these platforms. It's stuff that anybody who manages does that, day to day so if there's[ ] something is important, keep an eye on it, get a feedback loop, measure it. It's amazing how few people do it. Vince is a big believer in that.

So I'll say when I talk about the 950[ ] million, the 20 billion plus video views, a lot of it started in that room. Today, we've got over 45,000 clips on YouTube. I mentioned the 28[ ] billion video views. That now is annually when you include our UGC content, right? So we're doing over[ ] 2[ ] billion video views on average a month. It's 20% of the total time now

spent with WWE content, and I mentioned the 950[ ] million social media followers.

The third platform is our SVOD service. Now these are for our superfans, right, because you're getting content weekly on the Pay TV bundle. You're getting content on YouTube, right? So there's a lot of content we make available. Well for our superfans, our SVOD service is a really a bundle of[ ] 2 things: number one, our most premium content. I mentioned the regular season is in Pay TV, well, our playoffs, what used to be our pay-per-views, sit in the bundle, right.

So if you want to see the 12 to 14 events a year, that culminations of storylines or championships are lost or won, it's here. The second part of the bundle is our archive, our history, right. So you get over 11,000 hours of content including every Raw and SmackDown that's ever aired, every pay-per-view that's ever aired. So if you are a wrestling fan, aficionado, there is no better thing in the world.

Every piece of long-form content, a value is then we keep adding to it, right, because we have 100,000-hour library, plus we're creating new content every year that after a period of time moves to the service. So $9.99 a month, I mentioned the subscriber growth that we've had. But it is it's to understand where this sits in the ecosystem, it's for our most passionate fans.

As we look to the future, what are the growth drivers? There are some big trends that we keep and follow fairly religiously around the world. And they're not all the same in every parts of the world, but there are some general trends. Number one, the value of live viewership is increasing. We saw that firsthand when our content was up for renewal in the U.S. Number two, consumers as well as providers of all types, physical products and digital products are getting more and more comfortable with the direct-to-consumer model.

For three, it's clich[ ]© now. The viewership patterns are fragmenting across screens and across platforms, and the social digital platforms themselves which started primarily as text, other than YouTube, have now transitioning into video or trying to.

Every day, broadband penetration and broadband speeds get better. We've seen over the last[ ] 2 years what's happened in India could not have been foreseen 3 years ago. I still I was still remembering, here's the problem with forecast. So remember some 3 or 4 years ago, talking about broadband penetration and bandwidth and pricing in India, and you saw these kind of nice curves up and to the right, what nobody foresaw was that our company in India was going to look 20 years ahead and bend the curve like that, both the penetration, the speed and then the pricing like that, which has changed the market.

And then finally, a stat that we track really, really close is the grow growth in emerging markets of the middle-class. And if you're in the media and entertainment sector, like everybody knows there is a direct relationship, mathematical relationship between how much gets spent in the media entertainment sector, and GDP and per capita GDP. There's actually a percentage. So if you have a view of GDP and per capita GDP, you can have a pretty good view of what's going to happen in the media and entertainment sector.

And so all of that, we believe gives us multiple growth drivers on the media side and then good stability in both our Consumer Products and Live Events slide good businesses. Those are businesses that are more mature, they're off good cash flow and then we have our media business, it throws off significant cash flow which we think because of the prior page has significant growth in front of it.

So we'll talk about 3 things. This increasing value of live premium content, the opportunity international, the 70% of engagement but only 30% of revenue and then the value data. So we'll touch on all 3 of those separately.

Around the world in our top markets around 311[ ] million broadband homes growing dramatically now in India, and about half of those have a fan in them with some affinity to WWE. So we have an avidity model like most people do that goes from passion and all the way to laughs, but point being, there's a fairly large global market for our content.

We've seen it in the subscriber in our SVOD service, which have grown since launch up to $1.53[ ] million average paid subs. We're now the second largest sports SVOD service in the world. So #1 is Major League Baseball, a lot of people probably people in this room know, there were one of the they were actually an SVOD service before Netflix, right, so

they've been added for about 10 years or so. We're about 4 years in[ ] but today we're the second largest SVOD service behind baseball in the world.

The second element is this live content. In 2017, Raw and SmackDown, primarily Raw and SmackDown, generated about[ ] $240[ ] million of revenue around the world. If you went back to[ ] 2008, that number was less than $100[ ] million, thereabouts.

We recently completed the renewal of our distribution agreements in the U.S. at a 3.6x increase in the average annual value of those contracts. So the red bars there in essence are the contracted revenue for the years in question. You see the big step up in '19, we have 1/4 of that U.S. deal, in '20 you have the full amount of the U.S. deal reflected. The blue bar then becomes how much is up for renewal. So in essence, every market right now, it's our global it's that time of given the cadence of how we renew our distribution deals, just about every market in the world Raw and SmackDown is available or will be available over next several months, and it's something that we're focused on.

But a huge win, obviously, it's what's driven, probably, the 3.5x growth in the stock price over the last 18 months or so.

I mentioned the major markets for us. U.K., India, the Middle East, China, Latin America, Germany and a variety of other markets, those being the biggest, will be up for renewal here over the next 12 to 18 months. The expectation has been that we'd announce the distribution deal in the U.K. towards the end of this year; in India, in the beginning, first half of next year, we always tell people that can happen quicker than people expect, it could also take a little bit longer, but our kind of best estimate are these time lines. And as I mentioned, Middle East, Latin America, China and several other markets, we'll announce as well over the next several months.

International, we've more than 4x-ed our international business over the last 14 years. So we've had 11% CAGR over that time. Because of that 70%-30% mismatch between engagement and monetization, we feel a long runway. And again the reasons why the monetization lags the engagement is a lot of the drivers we talked about. It's emerging markets, middle-class, it's broadband penetration, it's the social and digital platform. So all of that, we believe is fuel or tailwinds to continue to drive our international business.

Data. Everyone talks about it. Today, we have over 10[ ] million user accounts that we will continue to grow. And what this does is it gives us kind of unique insight into how fans enjoy our content. So we have over 400 variables of what kind of content, when, how they watch on our direct-to-consumer network. We understand how folks like to pay, when they like to pay. We have variables on how they engage with us on e-mail, on push notifications, kind of when they want to be contacted and frankly when they don't. We're able to link other forms of data that tells[ ] tell us a little bit more about what they enjoy. We can see how their experiences[ ] especially on direct-to-consumer service, is it working well? Is it not? What can we do to tweak the product?

And then we see what tickets do they buy. When are they more likely to buy, what products do they buy, our consumer products. So all of this, I'll say what we're doing in essence is building the most sophisticated wrestling database in the world. So if you're our fan, of our content, ideally, we'll really understand how you like to engage with us and then we'll be able to do that better. I mean that ultimately is the goal, and we see that today already, right. So we'll leverage our viewership data on the network to make sure you know when we have a new show featuring your favorite superstar. When we started the network, every single subscriber got the same message, every single one.

Today, we have hundreds of personalized messages that go out depending on how you enjoy the content. We'll also see when you go to events, where you like to sit when you go to events, are you a network subscriber, it allows us to reward in different ways our most valuable fans, our most passionate fans.

Similarly, because we know what talent you like maybe because we saw you searching for them on our owner operate, we saw you watching a particular show, we can make sure you know about when we release new product that maybe has that talent.

And it's not just about talking to our fans, it's also by understanding what they like. So for example, if you're fans of the content, if you're a subscriber to WWE network, you may have noticed that there's a lot more In Ring content on and

different In Ring content.

We did our first U.K. championship. These are with we've never done this before. These are with indigenous stars in the U.K. We created special events in the U.K. that we then put on our network. And frankly, not only did we get great viewership in U.K., we saw people from around the world, again, real passionate wrestling fans come in and watch that.

People they've never seen before and talent that are not on Raw and SmackDown, some thing with the Mae Young Classic, with women female wrestlers from around the world.

We now produce a weekly live piece of content called 205 Live,[ ] 205 being the weight class of smaller wrestlers only available on WWE network. I'm waiting for 175 live, and then I'm going to try out for that. But[ ] at 205, a lot of fans like that. More athletic cruiserweight. So again, how did we come up with these shows? By watching what people watch.

An interesting one, when we first launched NXT which is our developmental league. It stayed in Orlando and in Florida to create media, right. And so that's where they were, that's where our Performance Center is.

We wanted to try touring it outside the U.S. or in outside of Florida first and then outside the U.S. How did we pick the markets? Because it was available on our direct-to-consumer network, we could see where with DMAs, right, we're engaging most heavily with the content. So that's where we went. So today, kind of data is in every part of what we do, and it grows more and more every day.

And it got all[ ] back to[ ] I said Vince one of two things he said, the first[ ] one was help us put more smiles on people's faces, this helps. The more that we understand what our fans love, the more smiles we're able to put on their faces.

And then as we look to the financial outcome of these different initiatives and these different opportunities, we've had fourth year of record revenues. So $659 million, $721 million, $801 million, this year will be another record, records in operating income. And then for 2019, we've called for at least[ ] $200[ ] million in adjusted OIBDA, which is our profit metric of choice as I mentioned, so continued growth. The business model, I talked about this solid base of recurring revenue, contracted revenue, the multiple growth drivers and the high variable margins. So unit economics, invest for the future, and that's our flywheel, if you will. When we talk about investments, the 3 areas are: content; emerging markets; global, international; and then digitization, both in the digital products side and on the data side. And then finally, for 2018, we've called for record revenues again. Record adjusted OIBDA $160[ ] million to $170[ ] million and then another year of record subscribers. So with that, I'll stop and take some questions.

Questions and Answers

GEORGE A. BARRIOS: Yes?

UNIDENTIFIED ANALYST: (technical difficulty)

GEORGE A. BARRIOS: So I heard the second part I didn't hear the first who you (technical difficulty)

UNIDENTIFIED ANALYST: (technical difficulty)

GEORGE A. BARRIOS: Yes. So the question was, how does WWE view ultimate fighting from a competitive standpoint? It's a little bit of a clich[ ]© now, but we mean it. When you're in the IP business in essence, anything that takes up any amount of time is your competitor. So Fortnite's a competitor. The NBA on Monday nights going up against Raw is a competitor.

Ryan's Toy review on YouTube is a competitor, because it's taking time and attendance that could come to us. So when you go specifically to ultimate fighting, there's a[ ] it's feel a little bit closer in because it's got a ring, I guess. But yes, for us, it's not a unique competitor. It really is anything that takes time, we view as a competitive threat. I always quote Reed, who said, "We view sleep as a competitor." We view sleep as a competitor. So keep you up at night.

UNIDENTIFIED ANALYST: (technical difficulty)

GEORGE A. BARRIOS: Yes, sorry, a little bit louder.

UNIDENTIFIED ANALYST: (technical difficulty)

GEORGE A. BARRIOS: Yes, so the question was about augmented reality. Luckily for us, because of the nature of what we do and the control we have on the production of content, any time there's a new form, whether it's 360-degree VR, AR, people call us the folks who are practicing that technology call us. So we're an investor in Littlstar. They're in our venture fund. So we've done some things with them. We do a ton of 360-degree video. We've partnered with Samsung and NextVR as well to produce content. So it's amazing. Experiencing our content in within that setting using those platforms is an incredible experience. I mean for us, others as well, it's figuring out the monetization model. So we always tend to look at device penetration. So if you wanted to go old school and say hey, when did you guys go to HD, well we went to HD when about 20% of the televisions in U.S. had moved to HD. So similarly, we keep an eye on 4K, the HDR as well as AR and VR. And obviously, AR and VR, far behind in terms of penetration. So, yes, we'll keep experimenting on it and then at some point when we think it hits a tipping point in terms of device availability and usage, then you'll see kind of scale levels of that on our platforms.

GEORGE A. BARRIOS: Yes.

UNIDENTIFIED ANALYST: (technical difficulty)

GEORGE A. BARRIOS: Yes. Yes, so starting on October 1, Monday Night Raw, which is the longest[ ] it's the longest running weekly episodic show in television history will be on[ ] continue to be on the USA. SmackDown Live, which is the second longest weekly episodic show in U.S. history will be on Fox broadcast, and we'll move to Friday nights from Tuesday. So that's on October 1, yes, so it's we're incredibly excited on the continuing partnership with NBCUniversal. We're super excited about the new partnership with Fox. And we have this belief that the 3 will be better than[ ] 2 for all of us. It'll be a rising tide for everyone. Yes?

UNIDENTIFIED ANALYST: (technical difficulty)

GEORGE A. BARRIOS: Right, so the question was around succession. Yes, as you rightfully pointed out, Vince McMahon founded the company when he bought what was then a Northeast touring business from his father. So the current incarnation of WWE about 30 years ago. In WWE today, Vince's daughter, Stephanie is our chief brand officer and also a talent from time to time. She's someone people love to hate on TV, not in the office on TV, and then Vince's son-in-law Paul Levesque who is one of our most iconic talent, Triple H, is a core part of the creative process at WWE. So he runs our entire talent development. So the acquisition, retention and development of WWE talent falls underneath him. And in fact, the step change that we've had in the pipeline of talent is over the last 6, 7 years is really largely attributable to Paul's vision. He took what was a good process and good infrastructure for doing that and kind of elevated it to something that's world-class. I mean world-class when compared to all the sports properties in the world. So there within WWE today, so succession planning is something the board continuously discusses.

I think, as we always say, Vince[ ] the real unique thing Vince has done is not just build a great business, but created an infrastructure that we believe kind of is enduring past one person. It's a broad and deep team across the core functions, how to create talent, how to create great engagement in video and then more and more on how to create great digital products, utilization of data. So across kind of the core functions and certainly, probably, one of the greatest promotional engines in history. The real impressive thing other in addition to creating it is actually creating the enduring legacy. So[ ] but it is something the board talks about continuously. I think we've got time for one more if there's one more there. Yes?

UNIDENTIFIED ANALYST: (technical difficulty)

GEORGE A. BARRIOS: Yes, I so the question was can you discuss some of the softness you saw in the quarter in Live Events. And I'll start with the second part of your question. I think was have you seen it happen before? And we have. There's an ebb and flow. (technical difficulty) the entire business but to the creative element of that underpins the business

that will manifest itself in Live Event attendance. So yes, we've seen it before, and we've seen kind of this ebb and flow. The other elements is we do close to 350 events a year, more than we ever have. Number one, of the main roster and then we do it kind of 150 to[☐] 200 events of our development league, NXT. So we do a lot of events which then leads a little bit to that normal variation. But yes, as we talked on the call, we don't like any number is down. So there's a whole group of people really focused on that. The other thing we like to point people to is there's a lot of metrics or KPIs that we look at to measure engagement. Attendance is one of them. Probably the one that's most expansive and real-time is our digital metrics. So when we talk about quarter after quarter, those numbers being up 50% to 100%, that those are[☐] we don't look at just one metric, but certainly the attendance was softened in Q3. So it is something we're focused on. Right. So thank you, thanks everyone for the time, appreciate it.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2018 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2018 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

---- **Index References** ----

Company: CLAXSON INTERACTIVE GROUP INC; HOME BOX OFFICE INC; LIFETIME BRANDS INC; NBCUNIVERSAL MEDIA LLC; NETFLIX INC; NEXTVR INC; SAMSUNG ELECTRONICS CO LTD; THOMSON REUTERS CORP; UBS GLOBAL ALLOCATION TRUST; WORLD WRESTLING ENTERTAINMENT INC; BOUCHERIES NIVERNAISES RUNGIS; CENTRAL BANK OF THE REPUBLIC OF AZERBAIJAN; CSG HOLDING CO LTD; NISSAN DO BRASIL AUTOMOVEIS LDA; NORMANDIE BRETAGNE AUTOMOBILES; NOUVELLE BROSSERIE AUVERGNATE; UBS AG; UBS AG LONDON BRANCH; UBS INVESTMENT; UBS INVESTMENT BANK; UBS INVESTMENT BANK; UBS INVESTMENT BANK AG; UBS LTD

News Subject: (Emerging Market Countries (1EM65))

Industry: (Consumer Electronics (1CO61); Consumer Products & Services (1CO62); Digital Broadcasting (1DI81);

Electronics (1EL16); Entertainment (1EN08); Interactive Television (1IN18); Internet (1IN27); Internet Audio & Video (1IN30); Internet Media (1IN67); Internet Technology (1IN39); Sports (1SP75); Telecom Consumer Equipment (1TE03); Video-on-Demand (1VI48))

Region: (Americas (1AM92); Asia (1AS61); Florida (1FL79); India (1IN24); Indian Subcontinent (1IN32); Middle East (1MI23); North America (1NO39); Southern Asia (1SO52); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (ASC LLC; NBA; UBS Investment Bank) (Charlotte Flair; Taylor Swift; Justin Bieber; Dude Perfect; George A. Barrios; George Barrios; JANINE SHELFFO; George A. Barrios; George Barrios; Miz; John Cena; Luke Skywalker; Paul Levesque; Paul Levesque; Stephanie)

Word Count: 5838

**End of Document**    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**