# EXHIBIT 26

## TO THE DECLARATION OF STEPHEN G. TOPETZES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**News**Room

6/27/18 FD (Fair Disclosure) Wire 11:00:00

FD (Fair Disclosure) Wire
Copyright (c) 2018 Thomson Financial and ASC LLC

June 27, 2018

World Wrestling Entertainment Inc Conference Call on MultiYear Media Rights Deals with USA Network And Fox Sports - Final

Presentation

OPERATOR: Hello, and welcome to the webcast entitled WWE Investor Call. (Operator Instructions)

I will now turn the call over to Michael Weitz, SVP, Investor Relations. Please go ahead, Michael.

MICHAEL WEITZ, SVP, IR & FINANCIAL PLANNING, WORLD WRESTLING ENTERTAINMENT, INC.: Thank you, and good morning, everyone. Welcome to today's conference call. We have completed agreements with USA Network and Fox Sports for the continued distribution of Raw and SmackDown in the U.S. Today's call is intended to provide you with some perspective on these agreements and their impact on our business outlook.

Leading today's discussion are George Barrios and Michelle Wilson, our Co-Presidents. George's opening remarks will be followed by a Q&A session. We have issued a press release and posted our presentation for today's call on our website, corporate.wwe.com/investors.

Today's discussion will include forward-looking statements. These forward-looking statements reflect our current views, are based on various assumptions and are subject to risks and uncertainties disclosed from time to time in our SEC filings. Actual results may differ materially and undue reliance should not be placed on them.

Additionally, the matters we will be discussing today may include non-GAAP financial measures. Reconciliation of non-GAAP to GAAP information is provided in the release issued prior to this call, which is available on our website. Finally, as a reminder, today's conference call is being recorded.

At this time, it's my privilege to turn the presentation over to George.

GEORGE A. BARRIOS, CO-PRESIDENT & DIRECTOR, WORLD WRESTLING ENTERTAINMENT, INC.: Thanks, Michael. Today, Michelle and I would like to provide you with an update on our content distribution plans for Raw and SmackDown in the United States, deliver insight into our business outlook and answer any other questions you might have.

As you know, over the past few years, we've stated that the most important strategic objective for WWE was to increase the monetization of our premium content. The last several years has seen several examples of our success. The launch of our direct-to-consumer network doubled the revenue from the legacy pay-per-view business that it replaced. We've more than tripled our global sponsorship sales since 2014. Previous 2014 renewal cycle for our key content agreements generated more than $100 million of revenue between 2014 to 2018.

Today, we're delighted to announce the next milestone that we have completed agreements with USA Network and Fox Sports for the distribution of our flagship program in the U.S. As part of these 5-year agreements, which would become

effective October 1, 2019, Monday Night Raw will continue to air in USA Network and Fox Sports will distribute SmackDown Live each Friday on Fox broadcast network.

The new agreements expand our audience reach as it levers both cable and broadcast platforms. The distribution of live content with consistent viewership creates tremendous value for our network partners. In recognition of this value, new agreements increase the average annual value of our U.S. distribution to 3.6x that of the prior deal with NBCUniversal.

Since the completion of our previous U.S. distribution agreement with NBCU in 2014, we've discussed the financial impact by describing the growth of our 7 largest television agreements, of which that deal was a significant part. As previously communicated, these key content agreements provided $105 million in contractual revenue growth from 2014 to 2018, increasing from $130 million in 2014 to approximately $235 million in 2018.

Similarly, the first exhibit in our release or on the website presentation demonstrates the revenue we anticipate from existing and new agreements across our top 7 key countries and regions. The second exhibit shows the revenue we anticipate from existing and new agreements across all our global markets, including the top 7 that I just referenced. Distribution of Raw and SmackDown worldwide is provided by approximately 60 agreements that comprise what we define in our financial statements as core content revenue.

In addition to the revenue we anticipate from existing and new agreements, both charts provide an illustrative view of revenue associated with other contracts that come up for renewal in the coming years. These agreements are subject to negotiation and their future terms are unknown at this time. For illustrative purposes, amounts shown for future period reflect no change in annual revenue. In other words, all future years are held constant to the value of the last year in the current agreement. The amounts shown do not reflect management expectation and are used solely to reflect future risk or opportunity.

As we are now in the early stages of developing our operating and financial plan for 2019 and future years, given the substantial revenue growth provided by our new U.S. deals, we are currently targeting adjusted OIBDA of at least $200 million for 2019, during which the new deals' rates are effective for the last 3 months of the year. We recognize the transformative nature of these agreements and we'll provide additional long-term perspective regarding WWE's strategic, operating and financial plans after we complete our distribution plans in our remaining markets. And as a reminder, as we previously communicated, we expect to reach agreements regarding distribution in the U.K. by the end of this year and in India in the first half of 2019. That concludes this portion of the call.

And I'll now turn it back to Michael.

MICHAEL WEITZ: Thanks, George. Now Amy, please open the lines for questions.

Questions and Answers

OPERATOR: (Operator Instructions) We'll take our first question from Brandon Ross with BTIG.

BRANDON A ROSS, ASSOCIATE ANALYST, BTIG, LLC, RESEARCH DIVISION: Just first, there was no mention of digital rights anywhere in the press release or your prepared remarks. Are there digital rights still available or were those included in the deals with Fox and NBCU?

GEORGE A. BARRIOS: Before I answer the question specifically, just to give you a little bit of context, Brandon, obviously when we evaluate different proposals, the different levers are certainly the direct economics. Second level -- lever, the indirect economics, primarily promotional elements that become part of the deal. And the third is the grant of rights so -- which we didn't want part of that. So when we evaluate all that, we thought the deal that we did best balanced reach and economics and essentially do include the digital rights for short -- for a period of time. After 30 days, we'll continue to show Raw and SmackDown on our SVOD service, but essentially the digital rights are part of it, not 100%, but most of it.

BRANDON A ROSS: All right. So there's no additional opportunity through digital now going forward?

GEORGE A. BARRIOS: I would say not material in the U.S. for those 2 shows. I think the flexibility that we continue to maintain to create content on all platforms is also an important part of these deals for us. And so there's still opportunity to create value domestically, but not around Raw and SmackDown specifically.

BRANDON A ROSS: So more of a Mixed Match Challenge type thing?

GEORGE A. BARRIOS: I think that's a good example.

BRANDON A ROSS: Great. And then, how much reinvestment are you targeting with the additional dollars you're getting from this deal?

GEORGE A. BARRIOS: Yes. I'll provide a little bit of context there as well. We began [spoking] back -- speaking about, in fact, in 2011 and '12, about investing in global markets, in content and in our digital products and technology. And in a lot of ways, 2012 was the last year of kind of the last version of WWE, if you will, not the newer social digital direct-to-consumer version. And so we invested over last 5 years. In 2012, adjusted OIBDA was around $60 million, $65 million. We've targeted $150 million this year. So the investments we've made over the last several years has led to a 2.5x increase in OIBDA. And as I mentioned in the remarks, we're targeting $200 million, so that would be more than 3x what we were in the previous incarnation. So that's how we thought about those investments then. As we look to the future, we're going to keep investing in those same areas: In data and technology, our digital product, direct-to-consumer, content and internationally. We're not ready to talk about how much. That will be part of the -- what I mentioned in the remarks where once we get the distribution deals done in the remaining markets, we'll be able to give a longer-term strategic operational and financial perspective, which will include investment, what we see in margins over future years, but we're not ready to do that right now.

OPERATOR: Our next question will come from Eric Handler with MKM Partners.

ERIC OWEN HANDLER, MD, SECTOR HEAD & SENIOR ANALYST, MKM PARTNERS LLC, RESEARCH DIVISION: A couple follow-ups. First, in terms of digital rights or what's included in the current contract, there had been press reports about Fox Sports doing like a 1-hour WWE-type of program on FS1. Wondered if there's any comments you can make about that. And is there anything that would suggest that they might do some type of digital pregame show or postgame show that they can monetize or have you monetized in some way along those lines? And then secondly, just curious, with ownership issues right now up in the air with Sky, is -- does that change anything at all in terms of your thinking about getting a deal done in the U.K.?

MICHELLE D. WILSON, CO-PRESIDENT & DIRECTOR, WORLD WRESTLING ENTERTAINMENT, INC.: Eric, it's Michelle. I'll take the first part of your question and then George will address the second as it relates to Sky ownership structure. As it relates to Fox, obviously, delighted to have -- to be joining the Fox Sports family with their obvious region and promotional abilities on Fox broadcast. Obviously, with the other sports properties that they have the ability to promote to, SmackDown will be a tremendous opportunity for us and we're obviously delighted by that. You mentioned the promotional opportunities on other programming. Those absolutely have been discussions with Fox. And they have Fox Sports 1 in their portfolio, so there have been definitely discussions around additional promotional programming to your point that would highlight other activities in WWE. So those are certainly very positive discussions that are already taking place, again, both on FS1 and (inaudible).

GEORGE A. BARRIOS: Eric, on the second one, obviously, I can't speak for the parties in question. You'd have to ask them. We are thinking from our perspective. Where we sit, we don't think discussions around Sky impact our position in the U.K.

ERIC OWEN HANDLER: So then, just as a quick follow-up to that, you guys did a very smart tour last year of the West Coast, meeting with all of the big players from Disney, Fox and so forth as to promote WWE and its values. I'm just curious, have you been able to do the same thing in the U.K. and India to sort of drum up additional possible buyers of the content rights?

GEORGE A. BARRIOS: Michelle and I have a lot of frequent flyer miles. So we're always talking to folks in the market.

And I wouldn't characterize it as drumming up interest. I would just say letting people know who we are, how we're thinking of the world and, frankly, listening to them because we always learn a lot when we talk to other media entities in these countries and learn about the region and also how they're thinking about the world and how the landscape is changing. So yes, it's a pretty -- part of the normal course of what we do.

OPERATOR: And next, we will hear from David Karnovsky with JPMorgan.

DAVID KARNOVSKY, ANALYST, JP MORGAN CHASE & CO, RESEARCH DIVISION: With the U.S. renewal done, is there any update you could provide on your long-term capital allocation plans, including anything around your dividend or potentially introducing a share repurchase at any point?

GEORGE A. BARRIOS: Yes, David. It kind of goes to the question around reinvestments. As I said, we want to get through this last renewal cycle. You saw in the material we provided, we've got about $100 million of deals that are -- will be expiring here over the next 18 months. So we want to see where those end up. That'll give us a lot of visibility on both the top line and on margins. At that point, we can talk about the next few years strategically, operationally and also financially, including capital structure and return of capital.

DAVID KARNOVSKY: All right. And then, for your U.S. renewal, you definitely appeared to have benefited from splitting Raw and SmackDown between 2 different networks. Is this a dynamic you can replicate in other markets like U.K. or India?

GEORGE A. BARRIOS: The market will determine that. I think there is a lot of value, if it's possible, to have multiple partners in a market. I think it helps everyone. My guess is a few years from now, Raw will be even more successful than it is today, SmackDown will do great. And so FOX, NBCUniversal and WWE will all be in better places. So I think it's a great model, but ultimately, the market determines that. I think you are trading off potentially economics, that's why the market determines it, it's -- what's the size of the exclusivity premium or if there's one. And I think it will be different in every market.

DAVID KARNOVSKY: Okay. And then, just for the non-top 7 countries that you can negotiate in 2020, can you say how many individual markets that includes?

GEORGE A. BARRIOS: Yes. If you look at the totality of what we call core content revenue, it's about 60 different agreements embedded in there. They're not -- it's not 60 different markets, but 60 different agreements because some markets have multiple agreements so.

OPERATOR: From Wells Fargo, we'll hear from Eric Katz.

ERIC KATZ, SENIOR ANALYST, WELLS FARGO SECURITIES, LLC, RESEARCH DIVISION: So can you provide a historical basis for your prior negotiations, the kind of increases you saw in some of those key countries that are up for negotiation back in 2014, just to kind of give us an idea of what those increases look like versus what you just saw in the U.S.? And in markets like the U.K. and India, can you maybe talk a little bit to what's the difference in those media ecosystems now versus 5 years ago, specifically their economic situation? I know India has come a long way in 5 years, but can you talk a little more to that?

GEORGE A. BARRIOS: On the first question, we had $105 million of revenue growth over 4 years on a $130 million base, so that was that math. Obviously, the absolute terms, the U.S. deal is significantly higher, but we hadn't -- we've never broken out the growth rates of individual deals. We aren't going to do that today either. In terms of those 2 markets that you mentioned, they're very different. The U.K., in a lot of ways, has some similarities to what you're seeing in the U.S. where it's transforming. There's new entrants. Obviously, Amazon has been fairly active in that market, securing exclusive rights from digital players, are more active than they were 5 years ago. That's the big difference. We're seeing a migration from traditional television distribution or consumption to more over-the-top. So it's not completely dissimilar from what you're seeing in the U.S. It's not 100% analogous, but somewhat a similar trend. And then, India is fundamentally a different place in terms of content distribution and consumption than it was 5 years ago. And what happened over the last 18 months or so in mobile, broadband availability, bandwidth, so the ability to consume video, the pricing, the fact that the mobile players are becoming more active in securing content for their platforms. So it's a fundamentally different place. So in every market, I

would say every market is unique. So we really have an understanding of kind of our position in the market. You really have to go market-by-market, but for those 2, that's the way I'd describe it.

MICHELLE D. WILSON: Agreed. And as George -- just to add to that, I think as George mentioned earlier, as we were -- we're logging a lot of miles. I think the roster of the inquiries that we're meeting with continues to get longer. Mobile players, again, George mentioned Amazon and Facebook as sort of players in those markets. So it's not just the traditional cable and free-to-air partners that we're talking to. So again, as the ecosystem continue to evolve, the potential parties that we're speaking to and presenting to continues to grow at great lengths.

ERIC KATZ: That's an interesting point. Just a follow-up on that. Let's say you do go the traditional route like you did in the U.S., is there still opportunities? Is there an appetite for the Amazons and Facebooks of the world to do those, I guess, incremental matches in other parts of the world to be a little more localized?

MICHELLE D. WILSON: Yes. I mean, absolutely, we're having discussions with them. And as George mentioned, I think each market is unique. Certainly, where we have opportunities tends to match up to where Amazon and Facebook are looking for opportunities as well. So it will be -- again, market will determine, but we think there's some interesting opportunities.

OPERATOR: From Guggenheim Securities, we have Curry Baker.

CURRY MICHAEL BAKER, ANALYST, GUGGENHEIM SECURITIES, LLC, RESEARCH DIVISION: Can you maybe discuss what changed this renewal cycle in the positioning and perception of the brand and product to drive such a significant step-up? And maybe longer term, what inning do you think you're in as far as getting fair value for the U.S. TV rights? I guess my point there is, even at the newly negotiated rates, Raw and SmackDown still appears a bargain in the U.S. when you do the rights via the audience delivery analysis versus other sports rights.

GEORGE A. BARRIOS: Yes. On the first part, I think a lot of things have changed. I mean, it's a continuous evolution, but I think a lot of things has changed. I think, first, the brand is probably in the best place it's ever been. A lot of that, frankly, has to do with our partner, NBCUniversal, certainly our own team, but just how the brand grew from a consumer perspective. I think you saw a lot of different players that had previously not attached themselves to WWE come closer. We mentioned before that -- ESPN, for example, covering WWE both on their traditional platform and on their digital platform. It's something that really had never happened before. So I think that was a part of it. I think the success we've had in social, digital and direct-to-consumer kind of repositioned WWE as a business brand and as a business partner. I think we went from being viewed as a live event business to more of a social, digital direct-to-consumer media business with expertise around -- proven expertise. So I think that changed. And certainly, what's happened in the ecosystem, I think, has put an even kind of more of a spotlight on live, passionate, branded content in the U.S. I think all of that, in essence, worked in our favor. As far as your question about what inning we're in, one thing we'll say. We kind of pride ourselves for our fans of being the best value in entertainment. And we kind of have a similar mantra with our business partners. We want to be valuable to them. It's not just about us. We want to be valuable to them. And I agree with you. I think even though these deals are a significant step-up, when you compare it to other live content, it's still a bargain in a lot of ways. So and we've got another 5 years before we're having these conversations again, so we will see what happens over the next 5 years, but one of the things we're happy about is that not only is this an economic success for us, we do think we still are a significant value driver for our partners.

OPERATOR: We'll hear from Dan Medina with Needham.

LAURA ANNE MARTIN, SENIOR ANALYST, NEEDHAM & COMPANY, LLC, RESEARCH DIVISION: It's Laura on for Dan. So a question on other content rights. So I understand that these are the deals that we structurally have renewed 5 years ago. Boy, does it feel different from 2014 to today. But when I think about Divas/Bellas, NXT, do you have a lot of other content out there? Given the 3.6x increase in these rights, is -- does that make you more optimistic that some of the other content that we might want to sell that you already make and/or listening as you did these negotiations, does it make you want to develop content differently going forward that might get you additions to these content rights that we are thinking about under these contracts announced today?

MICHELLE D. WILSON: Laura, so yes, we're -- one of the things, as George mentioned, the kind of lens -- that we went

through all of the content that we create are the economics we can generate, the reach that we can get and engagement. So when we look at shows beyond kind of Raw and SmackDown -- and, again, WWE has a unique ability to continue to create new content and tell new stories. So we're going to continue to push on that front. We have our WWE Studios group out in L.A. We're going to continue to look at whether it's reality, documentaries. Again, I know you know the success that we saw with the Andre documentary with HBO being one of the best-rated sports documentaries they have done in 15 years. So we think the possibilities are numerous in terms of other genres that we'll be looking at beyond in-ring. So we'll continue to pursue that. And we'll look at various distribution platforms on that as well. Again, not just assuming it's a standard linear TV play, but obviously, Netflix, Amazon, Hulu, all of those players, Facebook, are looking -- all looking for content. And again, the depth of our ability to tell stories, either new stories or look back at documentaries or, again, the reality space, we're going to continue to do that. And again, beyond economics is also a brand goal for us. As the previous question, we believe the strength of our brand continues to improve. And with shows like Total Divas, Total Bellas, documentaries around our talent, we believe that it strengthens our foundation around our brand even greater. So we're going to continue to pursue that aggressively moving forward.

GEORGE A. BARRIOS: And then I'll tie it back to what Michelle said previously, too, about the international opportunity for content. So the ability to not just localize the content we create like we do today, but to create very, very local content with local talent, we think, is a 5- to 10-year opportunity. And it gets back to the investment question. I mean, these are the things that we're looking at. We think there's a lot of tailwind over the next 10 years for WWE.

MICHELLE D. WILSON: Even around scripted content, that's like one of the genres that we've really been looking at, scripted comedy, scripted drama. I mean, there's -- like we said, there's an endless amount of stories that we have the ability to tell. So we'll continue to push on that front.

LAURA ANNE MARTIN: And then building on something you had talked about earlier, Michelle, on the promotion and how you guys think about promotion as part of the value when you did the U.S. rights -- and I love the fact we moved to a Fox broadcast here. Is that an obligation of them when you think about the -- do they just hold out the promise that they're going to cross-promote you or is that actually in the contract that they have to have certain requirements, spots or dollar value or something over each year when you sign up those rights?

MICHELLE D. WILSON: Yes. We're -- obviously, we're not going to get into the specifics of the deal, but there are absolutely requirements around cross-promotion. So we're -- obviously, we feel good about that. I will tell you in the discussions that we already have had, obviously, NBC has already been a great partner to us in terms of cross-promoting. Our discussions so far from -- with Fox have been very exciting in terms of the opportunity to promote. But yes, there are some contractual obligations, but I -- we have a great sense that Fox will certainly likely over deliver on those commitments and the ability to promote SmackDown and, again, both properties cross-promoting.

OPERATOR: (Operator Instructions) We'll take our next question from Jason Bazinet with Citi.

JASON B BAZINET, MD AND U.S. CABLE AND SATELLITE ANALYST, CITIGROUP INC, RESEARCH DIVISION: Can I just go back and ask about the convert that you guys did maybe 18 months ago? In light of that sort of capital raise and this deal and the reaction to the deal and your stock price, would you have done that same convert? Was that sort of the right use of capital? And how do you -- with the hedges and everything, could you just give us an update on what you expect to do with that convert going forward?

GEORGE A. BARRIOS: Yes. With the obvious statement that, in hindsight, it's 2020, we think it was the absolute right thing to do when we did it. It gave us the flexibility on the balance sheet to go into these renewals with strong convictions around the value of Raw and SmackDown. Obviously, partners agreed. If we would have had a different reaction, it would have given us the ability to go direct-to-consumer as an example. So it's absolutely the right thing to do then. Given what's transpired, it really becomes part of the capital allocation discussion, which I said we're going to table until we get the remainder of the renewals done, but how we think about the convert will be wrapped into that capital allocation.

OPERATOR: (Operator Instructions) It appears there are no further questions at this time. I'd like to turn the conference back to our speaker for any additional or closing remarks.

GEORGE A. BARRIOS: Well, thank you, everyone. We appreciate you listening to the call today. If you have any questions, please don't hesitate to contact us. Thank you.

OPERATOR: This concludes today's conference. Thank you for your participation. You may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2018 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2018 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

---- Index References ----

Company: AMAZON COM INC; BTIG LLC; CITIGROUP INC; FACEBOOK INC; HOME BOX OFFICE INC; JPMORGAN CHASE AND CO; NBCUNIVERSAL MEDIA LLC; NETFLIX INC; SKY PLC; WORLD WRESTLING ENTERTAINMENT INC; WALT DISNEY CO (THE); GUGGENHEIM INVESTOR SERVICES LLC; GUGGENHEIM SECURITIES LLC; MKM PARTNERS LLC; MKM PARTNERS LLC; NBCUNIVERSAL MEDIA LLC; NEEDHAM AND COMPANY LLC; THOMSON FINANCIAL; THOMSON FINANCIAL BV; THOMSON FINANCIAL LTD; THOMSON FINANCIAL PTY LTD; WELLS FARGO SECURITIES LLC; WELLS FARGO SECURITIES LLC; WELLS FARGO SECURITIES LLC

News Subject: (Emerging Market Countries (1EM65))

Industry: (Broadcast TV (1BR25); Entertainment (1EN08); Press Releases (1PR19); Sports (1SP75); TV (1TV19); TV Marketing & Promotion (1TV57); TV Programming Syndication & Distribution (1TV80); TV Stations (1TV23); Traditional Media (1TR30); Wrestling (1WR72))

Region: (Americas (1AM92); Asia (1AS61); England (1EN10); Europe (1EU83); India (1IN24); Indian Subcontinent (1IN32); North America (1NO39); Southern Asia (1SO52); United Kingdom (1UN38); Western Europe (1WE41))

**World Wrestling Entertainment Inc Conference Call on MultiYear Media Rights...**

Language: EN

Other Indexing: (ASC LLC; MKM PARTNERS LLC; NEEDHAM & COMPANY LLC; USA NETWORK; WELLS FARGO SECURITIES LLC; guggenheim securities, llc; thomson financial; wwe studios) (MICHELLE WILSON; JASON BAZINET; Michael Weitz; Eric Handler; GEORGE BARRIOS; Dan Medina; Brandon Ross; David Karnovsky; ERIC OWEN HANDLER; Eric Katz; K. ERIC OWEN HANDLER; BRANDON ROSS; Michelle D. Wilson; Michelle Wilson; Curry Baker; Anne Martin; Anne Martin; Jason Bazinet; CURRY MICHAEL BAKER; George A. Barrios; George Barrios)

Word Count: 4873

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room