# EXHIBIT 27

## TO THE DECLARATION OF STEPHEN G. TOPETZES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

# OSN to focus on cricket

Broadband TV News

February 13, 2019 Wednesday

Copyright 2019 Normans Media Limited All Rights Reserved

**Broadband TV News**

**Length:** 165 words

## Body

OSN is dramatically reducing the amount of sports channels carried on the Middle East pay-TV platform.

In the first major move made by incoming CEO Patrick Tillieux, OSN will close its branded sports channels with the exception of cricket, starting March 31. In an interview with BroadcastPro ME, Tillieux said more premium movies and women-centric programming would be introduced.

"Providing our customers with a broad suite of exciting premium and in-demand content is of upmost importance to us, and in the coming months, OSN will be delivering a new binge-watching channel, fresh monthly pop-up channels celebrating the biggest movie franchises, plus more curated lifestyle and women-centric shows."

OSN Sports Cricket HD and the Ten Sports channels will be retained with coverage of the India vs Australia series New Zealand vs Bangladesh series and the ICC Cricket World Cup.

In addition to OSN Sports Cricket, there are currently five other OSN-branded channels and OSN WWE Network.

**Load-Date:** February 13, 2019

**End of Document**