# EXHIBIT 28

## TO THE DECLARATION OF STEPHEN G. TOPETZES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

# -OSN slashes sports coverage for MENA region

Inside Satellite TV

February 12, 2019 Tuesday

Copyright 2019 Normans Media Limited All Rights Reserved

**Length:** 128 words

## Body

Dubai-based pay-TV operator OSN is cutting back dramatically on its sports coverage.

BroadcastPro.ME reports that its current portfolio of sporting events will come to an end on March 31st, and viewers will be left with cricket.

OSN's new CEO Patrick Tillieux said the changes would allow for more movies to be screened and for more programming skewing towards female viewers.

He also promises more frequent 'pop up' channels, and a "refresh" of its overall entertainment experience.

Tillieux is the fourth recent CEO to be attempting to rescue OSN and is under considerable pressure with majority-owner KIPCO looking to exit the operation. Tillieux joined OSN last November taking over from former Sky CFO Martin Stewart. Stewart took over from David Butorac in 2016.

**Load-Date:** February 12, 2019

---

End of Document