# EXHIBIT 33

## TO THE DECLARATION OF STEPHEN G. TOPETZES
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden
hours per response... 0.5

| 1. Name and Address of Reporting Person * <br><br> **Wilson Michelle D** <br><br> (Last)　(First)　(Middle) <br><br> **C/O WORLD WRESTLING ENTERTAINMENT, INC., 1241 EAST MAIN STREET** <br><br> (Street) <br><br> **STAMFORD, CT 06902** <br><br> (City)　(State)　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> **WORLD WRESTLING ENTERTAINMENTINC [ WWE ]** <br><br> 3. Date of Earliest Transaction (MM/DD/YYYY) <br><br> **8/6/2015** <br><br> 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> ___ Director　　___ 10% Owner <br> _ X _ Officer (give title below)　___ Other (specify below) <br> **Chief Revenue & Marketing Off** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> _ X _ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 8/6/2015 | | S | | 15800 | D | $21.66 (1) | 67689 | D | |
| Class A Common Stock | 8/6/2015 | | S | | 9200 | D | $22.18 (2) | 58489 | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**(1)** This is the average price received for the shares. The actual sales prices were in a range of $21.10 - $22.09. Ms. Wilson will provide, upon request by the SEC staff, WWE or a shareholder of WWE, complete information regarding the number of shares purchased at each price within the range.

**(2)** This is the average price received for the shares. The actual sales prices were in a range of $22.10 - $22.29. Ms. Wilson will provide, upon request by the SEC staff, WWE or a shareholder of WWE, complete information regarding the number of shares purchased at each price within the range.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Wilson Michelle D** <br> **C/O WORLD WRESTLING ENTERTAINMENT, INC.** <br> **1241 EAST MAIN STREET** <br> **STAMFORD, CT 06902** | | | **Chief Revenue & Marketing Off** | |

**Signatures**

| | |
|---|---|
| **Michelle D. Wilson** | **8/7/2015** |
| \*\*Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**\*** If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.