**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>        Defendants. | Civil Action No. 1:20-cv-02031-JSR |

**DECLARATION OF CAROL C. VILLEGAS IN SUPPORT**
**OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, CAROL C. VILLEGAS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.	I am a partner of Labaton Sucharow LLP, am admitted to practice before this Court, and am one of the attorneys acting as Lead Counsel on behalf of Lead Plaintiff Firefighters' Pension System of the City of Kansas City, Missouri Trust and the class in the above captioned action.

2.	I respectfully submit this declaration in support of Lead Plaintiff's opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint, filed concurrently herewith, and to transmit a true and correct copy of the following document:

Exhibit A -	Prospectus, filed by World Wrestling Entertainment, Inc., formerly known as World Wrestling Federation Entertainment, Inc., on October 19, 1999

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 14, 2020.



*/s/ Carol C. Villegas*
Carol C. Villegas