UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually And On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., et al.,<br><br>      Defendants. | No. 1:20-CV- 02031-JSR |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**
**PURSUANT TO LOCAL RULE 1.4**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

  PLEASE TAKE NOTICE that Class member Isaac Millar ("Mr. Millar"), will and hereby does respectfully move this Court for an Order permitting the withdrawal of appearance of Kim E. Miller in the above-captioned consolidated Action. On May 22, 2020, this Court appointed Kansas City FPS as Lead Plaintiff, and Labaton Sucharow LLP as Lead Counsel (ECF No. 50). Mr. Millar has no further role in this case, other than as a putative Class member, and consents to the withdrawal of Ms. Miller. Accordingly, Ms. Miller requests that her withdrawal as counsel be granted and that she be removed from this consolidated Action's electronic case filing (ECF) service list.

DATED: July 17, 2020            Respectfully submitted,

                       **KAHN SWICK & FOTI, LLC**

                       */s/ Kim E. Miller*

Kim E. Miller
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Isaac Millar*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Kim E. Miller*
Kim E. Miller