UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF WARREN POLICE & FIRE
RETIREMENT SYSTEM,
individually and on behalf of
all others similarly
situated,

        Plaintiff,

        -against-

WORLD WRESTLING ENTERTAINMENT
INC. et al,

        Defendants.

20-cv-2031 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

In light of the Court's order denying defendants' motion to dismiss, counsel should meet and confer and prepare a proposed case management plan in accordance with the Court's Form D that ensures the case is ready for trial by no later than February 15, 2021. The parties should submit this proposed case management plan by close of business on Wednesday August 12, 2020. If the parties dispute or the Court is unsatisfied with any provision of the proposed case management plan, the Court will convene a telephonic conference to discuss the plan.

SO ORDERED.

Dated:    New York, NY

      August 7, 2020            JED S. RAKOFF, U.S.D.J.