UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS and MICHELLE D. WILSON,<br><br>Defendants. | Civil Action No. 1:20-cv-02031-JSR<br><br>**STIPULATION OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 and 2001 K Street, W, Washington, DC 20006-1047, will be and hereby is substituted for K&L Gates, 210 Sixth Street, Pittsburgh, PA 15222, 1601 K Street, NW, Washington, DC 20006, and 599 Lexington Avenue, New York, NY 10022, as counsel of record for defendant World Wrestling Entertainment, Inc. in the above-captioned action.

Dated: August 12, 2020
         New York, New York

                                                    K&L GATES LLP

                                                    By: _/s/ Jerry S. McDevitt_____
                                                    Jerry S. McDevitt (*pro hac vice*)
                                                    210 Sixth Street
                                                    Pittsburgh, PA 15222

                                                    Stephen G. Topetzes (*pro hac vice*)
                                                    Theodore L. Kornobis
                                                    1601 K Street, NW
                                                    Washington, DC 20006

Joanna A. Diakos
599 Lexington Avenue
New York, NY 10022


PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: _____
Theodore V. Wells, Jr.
Daniel J. Kramer
Richard C. Tarlowe
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Justin Anderson
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

CONSENT TO SUBSTITUTION OF COUNSEL

The undersigned, defendant World Wrestling Entertainment, Inc. hereby consents to the proposed substitution of counsel as set forth above.

WORLD WRESTLING ENTERTAINMENT, INC.,

By: _____
Brian Nurse
SVP, General Counsel & Secretary
World Wrestling Entertainment, Inc.

SO ORDERED:

Dated: August __, 2020
       New York, New York

_____
Hon. Jed S. Rakoff
United States District Judge