UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS and MICHELLE D. WILSON,<br><br>Defendants. | Civil Action No. 1:20-cv-02031-JSR<br><br>**DECLARATION IN SUPPORT OF SUBSTITUTION OF COUNSEL** |

JUSTIN ANDERSON, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison. Pursuant to Local Civil Rule 1.4, I submit this declaration in support of the accompanying stipulation and proposed order substituting Paul, Weiss, Rifkind, Wharton & Garrison LLP for K&L Gates LLP, as counsel for defendant World Wrestling Entertainment, Inc.

2. The Complaint in this action was filed on March 6, 2020 in the Southern District of New York. On June 8, 2020, the plaintiff filed a consolidated amended complaint. On August 6, 2020, the Court denied defendants' motion to dismiss. The parties are scheduled to propose a case management plan by close of business on August 19, 2020.

3. As reflected in the accompanying stipulation and proposed order, defendants now desire to retain Paul, Weiss, Rifkind, Wharton & Garrison to represent them in this litigation. The proposed substitution is not being made to delay or in any way hinder the orderly progress of this case.

4. K&L Gates LLP has informed Paul, Weiss, Rifkind, Wharton & Garrison LLP that it will not be asserting a retaining or charging lien.

_____
Justin Anderson