**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>       Defendants. | Civil Action No. 1:20-cv-02031-JSR |

**DECLARATION OF CAROL C. VILLEGAS IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT
AS CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, CAROL C. VILLEGAS, declare as follows:

1.      I am a partner at the law firm of Labaton Sucharow LLP, Lead Counsel for Court-appointed Lead Plaintiff Firefighters' Pension System of the City of Kansas City, Missouri Trust ("Plaintiff"). I am a member in good standing of the Bar of the State of New York and am duly admitted to practice before this Court.

2.      I respectfully submit this Declaration, together with the attached exhibits, in support of Plaintiff's Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel filed herewith:

3.      Attached hereto as **Exhibit A** is the expert report of Chad Coffman, CFA, dated October 6, 2020.

4.      Attached hereto as **Exhibit B** is the firm résumé of Labaton Sucharow LLP.

Dated: October 6, 2020

*/s/ Carol C. Villegas*
Carol C. Villegas