# Exhibit J

**From:** Fox, Christine <CFox@labaton.com>
**Sent:** Wednesday, October 14, 2020 4:02 PM
**To:** Tarlowe, Richard <rtarlowe@paulweiss.com>; Coquin, Alec <ACoquin@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Farrell, Charles <CFarrell@labaton.com>
**Cc:** Kramer, Daniel J <dkramer@paulweiss.com>; Anderson, Justin <janderson@paulweiss.com>; Zappala, Melissa Felder <mzappala@paulweiss.com>; Cividini, Derick <DCividini@labaton.com>
**Subject:** RE: WWE - CW-1

Rich –

Please see Plaintiff's responses in red below.

Chris

---

**From:** Tarlowe, Richard [mailto:rtarlowe@paulweiss.com]
**Sent:** Wednesday, October 14, 2020 3:23 PM
**To:** Fox, Christine; Coquin, Alec; Villegas, Carol C.; Farrell, Charles
**Cc:** Kramer, Daniel J; Anderson, Justin; Zappala, Melissa Felder
**Subject:** [EXTERNAL] RE: WWE - CW-1

Thanks, Chris. Does this also include all of the communications with CW-1 in the possession of Ms. Brown and/or Gryphon Strategies, or just Labaton? Our production includes all of the communications with CW-1 in the possession of Labaton, Gryphon, and Ms. Brown.

Also, you were going to get back to us on whether you will agree not to call as a witness or otherwise rely on testimony from CW-1. Can you please let us know your position on that. Plaintiff's current plan is not to call CW-1 as a witness or otherwise rely on his testimony. We do not expect that to change, but will let you know if it does change at any point.

Thanks.

**Richard C. Tarlowe** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3035 (Direct Phone) | +1 212 492 0035 (Direct Fax)
rtarlowe@paulweiss.com | www.paulweiss.com