# Exhibit L

**From:** Coquin, Alec
**Sent:** Wednesday, September 23, 2020 12:56 PM
**To:** 'Tarlowe, Richard'; Kramer, Daniel J; Anderson, Justin; Zappala, Melissa Felder
**Cc:** Villegas, Carol C.; Farrell, Charles; Canty, Michael P.; Kamhi, Ross; Cotilletta, Joseph; Fox, Christine
**Subject:** WWE - Class Certification

Counsel,

We are still considering whether to add an additional class representative at class certification. If we do so, and given the expedited schedule, we intend to treat all discovery requests served on the Lead Plaintiff as served on the additional class representative and do not foresee any impact on our ability to meet our scheduled discovery obligations. If we do add a class representative, we will promptly amend Initial Disclosures and all discovery received to date.

To accomplish this in an orderly fashion, we ask for Defendants to consent to a seven day extension to the September 23, 2020, deadline for joinder of additional parties, which we can do without application to the Court. ECF No. 79 at 2. Given the timing, we request your response promptly and are available to discuss by phone. If you decline to grant this extension, we ask that you make yourselves available to call chambers later today.

To be clear, we are not seeking an extension to add any Defendants.

Alec

**Labaton Sucharow**

**Alec T. Coquin | Associate**
140 Broadway, New York, New York 10005
T: (212) 907-0818 | F: (212) 883-0800
E: acoquin@labaton.com | W: www.labaton.com



***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.