UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF WARREN POLICE AND FIRE
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

WORLD WRESTLING ENTERTAINMENT,
INC., VINCENT K. McMAHON, GEORGE A.
BARRIOS, and MICHELLE D. WILSON,

    Defendants.

No. 20 Civ. 2031 (JSR)

## [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL

Defendants, having made an application to file, under seal, their brief in opposition to Plaintiff's motion for class certification, as well as certain supporting exhibits, which contain Confidential Discovery Material or Highly Confidential Discovery Material, and the Court having found on November 2, 2020 that good cause exists for the filing of these materials under seal, it is hereby

ORDERED that all Confidential Discovery Material and Highly Confidential Discovery Material filed with the Court by Defendants, and all portions of briefs or other papers Defendants file with the Court that disclose Confidential Discovery Material or Highly Confidential Discovery Material, shall be filed under seal with the Clerk of the Court in accordance with Paragraph 9 of the Protective Order in this case (Doc. 83); and it is

FURTHER ORDERED Defendants shall publicly file on the Court's Electronic Case Filing (ECF) system an appropriately redacted version of all documents filed under seal in accordance with Paragraph 9 of the Protective Order in this case (Doc. 83); and it is

FURTHER ORDERED that Defendants shall provide the Court with non-electronic courtesy copies in accordance with Rule 2(d) of this Court's Individual Rules of Practice.

Dated: New York, New York
      November 4, 2020

SO ORDERED:

Jed S. Rakoff
UNITED STATES DISTRICT JUDGE