UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE & FIRE RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>WORLD WRESTLING ENTERTAINMENT INC., VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>      Defendants. | 20-cv-2031 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

   Because the parties in the above-captioned case have executed a term sheet regarding settlement, the case is hereby stayed until December 23, 2020, by which time the parties should be prepared to file the settlement agreement and motion for preliminary approval of the settlement with the Court.

   SO ORDERED.

Dated:   New York, NY                    _____
         November 23, 2020               JED S. RAKOFF, U.S.D.J.

1