AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| City of Warren Police and Fire Retirement System  )  | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:20-cv-02031-JSR |
| World Wrestling Entertainment, Inc., et al.  ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff, Firefighters' Pension System of the City of Kansas City, Missouri Trust          .

Date:   12/21/2020

/s/ Nicole M. Zeiss
*Attorney's signature*

Nicole Zeiss (NZ- 3894)
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, NY 10005

*Address*

nzeiss@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*