## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br> Defendants. | Civil Action No. 1:20-cv-02031-JSR |

### DECLARATION OF CAROL C. VILLEGAS IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

I, CAROL C. VILLEGAS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel in this proposed class action, and am admitted to practice before this Court.   I respectfully submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

2.      True and correct copies of the following documents are annexed hereto:

Exhibit 1:      Stipulation and Agreement of Settlement, dated as of December 22, 2020, with exhibits thereto.

Exhibit 2:      Firm resume of Labaton Sucharow LLP.

Exhibit 3:      Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements – 2019 Review and Analysis* (Cornerstone Research 2020).

Exhibit 4:      Firm resume of Epiq Class Action and Claims Solutions, Inc.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 23, 2020.

                                                        /s/ *Carol C. Villegas*
                                                         CAROL C. VILLEGAS