UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE & FIRE RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>WORLD WRESTLING ENTERTAINMENT INC., VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>　　　　Defendants. | 20-cv-2031 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

　　The Court previously entered a stay of proceedings in the above-captioned case through December 23, 2020 because the parties had executed a term sheet regarding settlement. See ECF No. 100. On December 23, 2020, the lead plaintiff moved for preliminary approval of the proposed class action settlement. See ECF No. 102. Accordingly, the stay is hereby extended pending resolution of the motion for preliminary approval.

　　SO ORDERED.

Dated:　New York, NY

　　　　December 28, 2020　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1