# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, Defendants. | Case No. 1:20-cv-02031-JSR |

**DECLARATION OF BARBARA DAVIS ON BEHALF OF**
**FIREFIGHTERS' PENSION SYSTEM OF THE CITY OF KANSAS CITY,**
**MISSOURI TRUST IN SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND**
**PLAN OF ALLOCATION, (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND EXPENSES, AND**
**(III) KANSAS CITY FPS'S REQUEST FOR PSLRA REIMBURSEMENT**

I, Barbara Davis, hereby declare under penalty of perjury as follows:

1. I am the Executive Officer for the Firefighters' Pension System of the City of Kansas City, Missouri Trust ("Lead Plaintiff" or "Kansas City FPS"), Court-appointed Lead Plaintiff in the above-captioned class action (the "Action"). I respectfully submit this declaration in support of (i) Lead Plaintiff's motion for final approval of the proposed class action Settlement and approval of the proposed Plan of Allocation; (ii) Lead Counsel's motion for an award of attorneys' fees and expenses; and (iii) Kansas City FPS's request for reimbursement of its costs and expenses directly related to its representation of the class, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4) (the "PSLRA").

2. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action. I have personal knowledge of the matters set

forth in this Declaration as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently as to these matters.

3.      By order dated May 22, 2020, the Court appointed Kansas City FPS as Lead Plaintiff and appointed Labaton Sucharow LLP ("Labaton") as Lead Counsel to represent the proposed class.

4.      On October 6, 2020, Lead Plaintiff moved for class certification, appointment as class representative, and appointment of Labaton as class counsel. The parties reached an agreement to settle the Action before Lead Plaintiff filed its reply brief in further support of its motion for class certification.

5.      In fulfillment of Kansas City FPS's responsibilities as Lead Plaintiff, I regularly worked with counsel to obtain the best result possible for the class.

## I.      KANSAS CITY FPS'S OVERSIGHT OF THE LITIGATION

6.      Throughout the litigation, Kansas City FPS received periodic status reports from Labaton on case developments, participated in discovery, and participated in frequent discussions with Labaton and Kansas City FPS's outside general counsel ("Fund Counsel") concerning the prosecution of the Action, the strengths and weaknesses of the claims and Defendants' defenses, and the negotiations leading to the potential Settlement. In particular, throughout the course of the Action, on behalf of Kansas City FPS, I: (i) regularly communicated with Labaton attorneys regarding the posture and progress of the case; (ii) reviewed and/or discussed all significant pleadings, motions, and briefs filed in the Action; (iii) reviewed and/or discussed significant decisions in the Action; (iv) coordinated and reviewed Kansas City FPS's production of documents and written discovery responses to Defendants; (v) contacted Kansas City FPS's investment managers and others responsible for

2

Kansas City FPS's investments in WWE's securities; (vi) virtually attended two court hearings – during one of which I was questioned by the Court; (vii) virtually participated in a full day deposition on behalf of Kansas City FPS; (viii) participated in two full day mediation sessions; and (ix) evaluated and approved the proposed Settlement.

## II.    APPROVAL OF THE SETTLEMENT

7.    Through my active participation in the two-day mediation, Kansas City FPS was kept informed of the progress of the settlement negotiations in this litigation.  Before, during, and after the mediation process, presided over by the JAMS mediator Robert A. Meyer, Esq, I conferred with Labaton regarding the parties' respective positions.

8.    Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, Kansas City FPS believes that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Kansas City FPS believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and strongly endorses approval of the Settlement by the Court.

## III.    LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

9.    Kansas City FPS believes that Lead Counsel's request for an award of attorneys' fees of 18% of the Settlement Fund, or $7,020,000, plus accrued interest, would be fair and reasonable in light of the work Labaton performed on behalf of the Settlement Class. Kansas City FPS has evaluated Lead Counsel's request by considering: (i) the work performed and stage of the case, (ii) the recovery obtained for the Settlement Class, and (iii) the risks of the Action.  The fee request is also consistent with the fee agreement Kansas City FPS negotiated with Labaton at the outset of the litigation for the benefit of the class.

10.     Kansas City FPS further believes that the litigation expenses being requested by Lead Counsel are reasonable and represent expenses necessary for the prosecution and resolution of the claims in the Action. Kansas City FPS also understands that reimbursement of a class representative's costs and expenses, including lost wages, is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Lead Counsel's request for litigation expenses, Kansas City FPS is seeking reimbursement for the time it dedicated to the prosecution of the Action and certain out-of-pocket expenses that Kansas City FPS incurred directly relating to its representation of the class in the Action.

11.     The time that I devoted to the representation of the class in this Action was time that I otherwise would have spent on my core responsibilities at Kansas City FPS, and thus, represented a cost to Kansas City FPS.

12.     I personally dedicated at least 65.25 hours to the prosecution of the Action during which I: (i) reviewed and discussed with Labaton and Fund Counsel pleadings and motion papers for filing with the Court; (ii) discussed the prosecution of the Action with Kansas City FPS's board of trustees; (iii) participated in discovery, including reviewing draft discovery responses and coordinating Kansas City FPS's document collection and production; (iv) prepared for and provided a full day of deposition testimony on behalf of Kansas City FPS; (v) virtually attended two Court hearings (one concerning appointment of a lead plaintiff and the other, Defendants' motion to dismiss); (vi) virtually attended the two-day mediation with mediator Robert A. Meyer, Esq. (JAMS); and (vii) discussed settlement negotiations with counsel and ultimately obtained approval of the Settlement amount from the Board of Kansas City FPS.

13.     My standard rate, as Executive Officer for the Firefighters' Pension System of the City of Kansas City, Missouri Trust, increased from $71.61 per hour to $73.04 per hour during the course of the Action.[1] Therefore, the value of the time I spent on this case was approximately $4,753.00.

14.     In addition, during the pendency of the Action and consistent with its practices, Kansas City FPS used the services of outside Fund Counsel to, among other things, ensure that our efforts with respect to the Action were consistent with Kansas City FPS's fiduciary and other obligations. From April 2020 through November 2020, our Fund Counsel was Arnold, Newbold, Sollars & Hollins, P.C. ("ANS&H").  In this regard, Kansas City FPS incurred legal fees in the amount of $1,533.40 for the services of ANS&H related to Lead Plaintiff's participation in the Action.  This was a cost to Kansas City FPS that otherwise would not have been incurred. Accordingly, we seek reimbursement for this cost.  Redacted copies of the invoices related to these charges are attached hereto as Exhibit A.

15.     In conclusion, Kansas City FPS was closely involved throughout the prosecution and settlement of the claims in this Action, strongly endorses the Settlement as fair, reasonable and adequate, and believes that the Settlement represents a significant recovery for the Settlement Class. Kansas City FPS appreciates the Court's attention to the facts presented in this declaration and respectfully requests that the Court approve (i) Lead Plaintiff's motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (ii) Lead Counsel's motion for an award of attorneys' fees and expenses; and (iii)

---

[1] I spent 9.25 hours on the Action during the time when my rate was $71.61 per hour (inception through July 4, 2020) and 56.0 hours on the Action during the time when my rate was $73.04 per hour (July 5, 2020 to the filing of this declaration).

5

Kansas City FPS's request for reimbursement of its costs, in the amount of $6,286.40, incurred by Kansas City FPS in prosecuting the Action on behalf of the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this _April 28ᵗʰ_, 2021, in Kansas City, Missouri.


Barbara Davis
Executive Officer of Firefighters' Pension System
of the City of Kansas City, Missouri Trust

6

**Exhibit A**

LAW OFFICES

# ARNOLD, NEWBOLD, SOLLARS & HOLLINS, P.C.

BRADLEY J. SOLLARS ♦ * ‡
SIMONE J. HOLLINS ♦
MARK A. KISTLER *
MICHAEL G. NEWBOLD ▫
LINDA N. WINTER ▫

♦ SHAREHOLDER
▪ OF COUNSEL



1100 Main Street, Suite 2001
Kansas City, Missouri 64105-5178
Telephone: 816-421-5788
Facsimile: 816-471-5574
www.a-nlaw.com

AARON D. SCHUSTER *
RYAN D. SMITH
NICHOLAS R. ADAMS

MICHAEL C. ARNOLD RETIRED

* ALSO ADMITTED IN KANSAS
‡ ALSO ADMITTED IN IOWA AND NEW YORK

December 7, 2020

**VIA EMAIL Only**
Mr. Domenico Minerva
Labaton Sucharow
140 Broadway
New York, NY 10005



RE: *Firefighters' Pension System of the City of Kansas City, Missouri Trust*
     **Securities Monitoring- WWE**
     **Our File No: FM19-490**

Dear Nico:

Enclosed is a summary of all fees and expenses related to the Firm's services provided to Firefighters' Pension System of Kansas City, Missouri Trust (FPS) in the *City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc.* from April 2020 through November 2020.

| Date | Description | Time | Total |
|------|-------------|------|-------|
| 4/6/20 | Review and analysis memo re ▬▬▬▬ ▬▬▬▬ for WWE, t/c w Labaton Sucharow and B. Davis re ▬▬▬▬▬▬▬▬ ▬▬▬ ′SJH) | 0.80 | $186.40 |
| 4/17/20 | Receipt of email from Nico Minerva re▬▬▬▬ ▬▬▬▬ re the WWE securities class action; office conference with paralegal re further action (SJH) | 0.40 | $ 93.20 |
| 5/1/20 | TC with N. Minerva re ▬▬▬▬▬▬ ̇, review of WWE ▬▬▬▬▬▬ (SJH) | 0.50 | $131.00 |
| 5/22/20 | Per attorney request, download WWE documents for review (CST) | 0.20 | $24.30 |
| 5/26/20 | Receipt and review of▬▬▬▬▬▬ ▬▬▬ in WWE class action litigation; receipt and review of ▬▬▬▬▬▬▬ ▬▬▬▬▬ (SJH) | 0.50 | $131.00 |
| 5/26/20 | Review email and process attachment (CST) | 0.20 | $24.30 |

{00440683;FM19-490;CAR }

Mr. Domenico Minerva
December 7, 2020
Page Two

| 6/8/20 | Receipt and review of ▬▬▬▬▬▬ ▬▬▬▬▬▬, office conference w/paralegal re same (SJH) | 0.80 | $209.60 |
|---|---|---|---|
| 6/10/20 | Receipt and review of ▬▬▬▬▬▬ in the WWE class action litigation (SJH) | 0.30 | $78.60 |
| 6/10/20 | Receipt and review email from S. Hollins with ▬▬▬▬▬▬ TC with Simone re follow up (LNW) | 0.40 | $104.80 |
| 8/31/20 | Telephone call with Labaton Sucharow, B. Davis, and City Attorney re ▬▬▬▬▬▬ for WWE litigation (SJH) | 0.50 | $131.00 |
| 11/13/20 | Rcpt and revw of email from B. Davis re ▬▬▬▬ WWE litigation, prep email in response ▬▬▬▬ ▬▬▬▬▬▬ ; off conf with R. Smith re same (SJH) | 0.60 | $157.20 |
| 11/16/20 | Special BOT meeting with Trustees re WWE ▬▬▬ ▬▬▬▬▬▬ prep memo to file (SJH) | 1.0 | $262.00 |
| | Total | 6.20 | $1,533.40 |

If you have any questions, please do not hesitate to contact me.

Very truly yours,

ARNOLD, NEWBOLD, SOLLARS
& HOLLINS, P.C.

*Simone J. Hollins*

Simone J. Hollins
sjhollins@a-nlaw.com

SJH:car

{00440683;FM19-490;CAR }

FM19-490 Firefighters Pension System

| | |
|---|---|
| Employer ID No. | 43-1174269 |
| Statement Date: | 06/12/2020 |
| Statement No. | 8 |
| Account No. | 10.19490 |

Page:        1

RE: SECURITIES MONITORING

| | | | | |
|---|---|---|---|---|
| 04/06/2020 | SJH | Revw and analysis memo re ~~████████████~~ for WWE, TC with Labaton Sucharow and B. Davis re ~~████████████~~ ~~████~~ | 0.80 | 186.40 |
| 04/17/2020 | SJH | Rcpt of email from Nico Minerva re ~~████~~ re the WWE class action securities class action; off conf with paralgl re further action. | 0.40 | 93.20 |
| | | Funds Misc | 1.20 | 279.60 |
| | | TOTAL HOURS AND FEES | 1.20 | 279.60 |
| | | | | 279.60 |
| | | BALANCE DUE | | $279.60 |
| | | Please Remit | | $279.60 |

**ARNOLD NEWBOLD SOLLARS HOLLINS P.C.**

1100 Main Street, Suite 2001 Kansas City, Missouri 64105-5178

|  |  |  | Employer ID No. | 43-1174269 |
|---|---|---|---|---|
|  |  |  | Statement Date: | 07/10/2020 |
| FM19-490 Firefighters Pension System |  |  | Statement No. | 9 |
|  |  |  | Account No. | 10.19490 |

Page:    1

RE: SECURITIES MONITORING



| 05/01/2020 | SJH | TC with N. Minerva re ⎯⎯⎯⎯ i, revw of WWE ⎯⎯⎯ | 0.50 | 131.00 |
|---|---|---|---|---|
| 05/12/2020 | SJH | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ |  |  |
| 05/13/2020 | RDS | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ |  |  |
|  |  | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ |  |  |
|  | LNW | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ |  |  |
| 05/14/2020 | LNW | ⎯⎯⎯⎯⎯⎯⎯⎯ |  |  |
| 05/22/2020 | CST | Per attorney request, download WWE documents for review. | 0.20 | 24.30 |
| 05/26/2020 | SJH | Rcpt and revw of ⎯⎯⎯⎯⎯⎯ in WWE Class action litigation; rcpt and revw of ⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯⎯ | 0.50 | 131.00 |
|  | CST | Review email and process attachment. | 0.20 | 24.30 |
| 05/27/2020 | SJH | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯⎯⎯ | 5.90 | 1,388.95 |
|  |  | TOTAL HOURS AND FEES | 5.90 | 1,388.95 |
|  |  |  |  | 1,388.95 |
|  |  | BALANCE DUE |  | $1,388.95 |

---

**ARNOLD NEWBOLD SOLLARS HOLLINS P.C.**

1100 Main Street, Suite 2001 Kansas City, Missouri 64105-5178

| | | | | | |
|---|---|---|---|---|---|
| | | Employer ID No. | | 43-1174269 | |
| | | Statement Date: | | 08/14/2020 | |
| FM19-490 Firefighters Pension System | | Statement No. | | 10 | |
| | | Account No. | | 10.19490 | |

Page:    1

RE: SECURITIES MONITORING



| | | | | |
|---|---|---|---|---|
| 06/08/2020 | SJH | Rcpt and revw of ⸻ ⸻ , off conf with paralgl re same. | 0.80 | 209.60 |
| 06/10/2020 | SJH | Rcpt and revw of ⸻ in the WWE class action litigation. | 0.30 | 78.60 |
| | LNW | Rcpt and revw email from S. Hollins with ⸻ ⸻ ; TC with Simone re follow up. | 0.40 | 104.80 |
| 06/24/2020 | SJH | ⸻ ⸻ | | |
| 06/25/2020 | LNW | ⸻ | | |
| 06/26/2020 | RDS | ⸻ | | |
| 06/29/2020 | SJH | ⸻ | | |
| | RDS | ⸻ ⸻ | | |

| | | |
|---|---|---|
| Funds Misc | 3.20 | 814.00 |
| TOTAL HOURS AND FEES | 3.20 | 814.00 |
| | | 814.00 |
| BALANCE DUE | | $814.00 |
| Please Remit | | $814.00 |

**ARNOLD NEWBOLD SOLLARS HOLLINS P.C.**

1100 Main Street, Suite 2001 Kansas City, Missouri 64105-5178

|  | Employer ID No. | 43-1174269 |
|---|---|---|
|  | Statement Date: | 10/02/2020 |
| FM19-490 Firefighters Pension System | Statement No. | 12 |
|  | Account No. | 10.19490 |

Page:        1

RE: SECURITIES MONITORING



| Date | Initials | Description | Hours | Fees |
|---|---|---|---|---|
| 08/06/2020 | CST |  |  |  |
| 08/10/2020 | SJH |  |  |  |
|  | RDS |  |  |  |
| 08/14/2020 | SJH |  |  |  |
|  | SJH |  |  |  |
|  | RDS |  |  |  |
| 08/19/2020 | RDS |  |  |  |
| 08/27/2020 | SJH |  |  |  |
| 08/31/2020 | SJH | TC with Labaton Sucharow, B. Davis, and City Attorney re ~~~ for WWE litigation. | 0.50 | 131.00 |
|  |  | Funds Misc | 2.90 | 682.25 |
|  |  | TOTAL HOURS AND FEES | 2.90 | 682.25 |
|  |  |  |  | 682.25 |

**ARNOLD NEWBOLD SOLLARS HOLLINS P.C.**

1100 Main Street, Suite 2001 Kansas City, Missouri 64105-5178

|  |  | Employer ID No. | 43-1174269 |
|--|--|-----------------|------------|
|  |  | Statement Date: | 01/07/2021 |
| FM19-490 Firefighters Pension System | | Statement No. | 16 |
|  |  | Account No. | 10.19490 |

Page:        1

RE: SECURITIES MONITORING

| 11/12/2020 | RDS | ~~redacted~~ | | |
| 11/13/2020 | SJH | Rcpt and revw of email from B. Davis re ~~redacted~~ WWE litigation, prep email in response ~~redacted~~ ; off conf with R. Smith re same. | 0.60 | 157.20 |
|  | RDS | ~~redacted~~ | | |
| 11/16/2020 | SJH | Special BOT meeting with Trustees re WWE ~~redacted~~ ; prep memo to file. | 1.00 | 262.00 |
|  |  | Funds Misc | 2.40 | 604.40 |
|  |  | TOTAL HOURS AND FEES | 2.40 | 604.40 |
|  |  |  |  | 604.40 |
|  |  | BALANCE DUE |  | $604.40 |
|  |  | Please Remit |  | $604.40 |