# Exhibit 2

WWE Document Review Attorneys

**Sadaf Abidi** received her Juris Doctor from St. John's University School of Law in 2013 after receiving her B.A. from St. John's in 2009. Among other positions, she previously owned and managed her own business and clerked at two firms after law school. Ms. Abidi first joined Labaton Sucharow LLP in 2020 where she worked on various securities actions, including *In re Jeld-Wen Holding, Inc. Sec. Litig.* (E.D.Va.).

**David Alper** received his Juris Doctor from the David A. Clarke School of Law at the University of the District of Columbia in 1985 after receiving his B.A. from Tulane University in 1980. He previously worked as an E-Discovery Senior Litigation Support Analyst at such firms as DLA Piper, LLP, Skadden, Arps, Slate, Meagher & Flom, LLP, Quinn Emanuel, LLC, and Orrick, Herrington & Sutcliffe LLP. Mr. Alper first joined Labaton Sucharow LLP in 2013 where he worked on various securities actions, including *In re Goldman Sachs Securities Litigation* (S.D.N.Y.).

**Maureen Flanigan** received her Juris Doctor from St. John's University School of Law in 1998 after receiving her B.A. from SUNY Albany in 1995. Among other positions, she previously was an associate at firms such as Cadwalader Wickersham & Taft LLP, focusing on securities and capital markets. Ms. Flanigan first joined Labaton Sucharow LLP in 2009 where she worked as a document review attorney and team leader on various securities actions, including *In re Amgen Securities Litigation* (C.D. Cal.) and *Scheeufele v. Tableau Software, Inc.* (S.D.N.Y.).

**Cynthia Gill** received her Juris Doctor from Georgetown University Law Center in 1990 after receiving her B.A. from Rutgers University in 1987. Among other positions, she was an administrative law judge for the NY State Division on Human Rights and previously worked as a contract attorney at such firms as Akin gump Strauss Hauer & Feld and Latham & Watkins LLP. Ms. Gill first joined Labaton Sucharow LLP in 2015 where she worked on various securities actions, including *Walleye v. Mindbody, Inc.* (S.D.N.Y.).

**Nabeel Haque** (Team Leader) received his Juris Doctor from Brooklyn Law School in 2008 after receiving his B.A. from SUNY Stony Brook in 2005. Among other positions, he previously worked as a contract attorney at such firms as Quinn Emanuel, LLC and Sidley Austin LLP. Mr. Haque first joined Labaton Sucharow LLP in 2018 where he worked on various securities actions, including *In re Jeld-Wen Holding, Inc. Sec. Litig.* (E.D.Va.).

**Dorothy Hong** received her Juris Doctor from University of Pennsylvania Law School in 1987 after receiving her B.A. from Cornell University in 1984. She has held a variety of legal positions at numerous law firms and businesses, including as in-house counsel at a real estate firm. Ms. Hong first joined Labaton Sucharow LLP in 2011 where she worked on various class actions, such as *Arkansas Teachers v. State Street Bank & Trust.*

**Brendan Lally** received his Juris Doctor from University of Baltimore School of Law in 2011 after receiving his B.A. from The John Hopkins University in 2006. He has held a variety of

1

associate and contract positions at a number of law firms.  Mr. Lally first joined Labaton Sucharow LLP in 2020 where he focused solely on the *WWE* matter.

**Andrew McGoey** received his Juris Doctor from Brooklyn Law School in 1997 after receiving his B.A. from SUNY Albany in 1991.  He has held a variety of legal positions, including at the MTA New York City Transit Authority, Simpson Thacher & Bartlett LLP, and McKool Smith/Consilio LLC.  Mr. McGoey first joined Labaton Sucharow LLP in 2019 where he worked on various securities actions, such as *Scheeufele v. Tableau Software, Inc.* (S.D.N.Y.) and *In re PG&E Corp. Sec. Litig.*, No. 18-cv-03509 (N.D. Cal.).

**Lorenzo Merlo** received his LL.M. from Temple University in 2002 after receiving his Doctor in Law from Parma University in 2001.  He has held a variety of legal positions, including as in house counsel to a start-up.  Mr. Merlo first joined Labaton Sucharow LLP in 2016 where he worked on various securities actions, such as *In re Banco Bradesco S.A. Sec. Litig.* (S.D.N.Y.).

**David Pumo** received his Juris Doctor from Brooklyn Law School in 1997 after receiving his B.F.A. from New York University in 1984.  He was previously the director of a non-profit legal services project and has been a contract attorney for numerous firms, such as Proskauer Rose, Latham & Watkins, LLP, and Boies Schiller & Flexner.  Mr. Pumo first joined Labaton Sucharow LLP in 2018 where he worked on various securities actions, such as *Scheeufele v. Tableau Software, Inc.* (S.D.N.Y.) and *In re PG&E Corp. Sec. Litig.*, No. 18-cv-03509 (N.D. Cal.).