# Exhibit 5

Case 1:20-cv-02031-JSR   Document 113-5   Filed 05/11/21   Page 2 of 5

| | Count | Low Rate (%Diff.) | 25th Percentile Rate (%Diff.) | Median Rate (%Diff.) | 75th Percentile Rate (%Diff.) | High Rate (%Diff.) |
|---|---|---|---|---|---|---|
| **All Partners** | | | | | | |
| All Firms Sampled | 514 | $630 (-19%) | $1,150 (+28%) | $1,265 (+33%) | $1,500 (+43%) | $1,997 (+66%) |
| Labaton Sucharow LLP | 22 | $775 | $895 | $950 | $1,050 | $1,200 |
| **Senior Partners** | | | | | | |
| All Firms Sampled | 347 | $698 (-10%) | $1,220 (+36%) | $1,425 (+50%) | $1,595 (+56%) | $1,997 (+66%) |
| Labaton Sucharow LLP | 19 | $775 | $895 | $950 | $1,023 | $1,200 |
| **Mid-Level Partners** | | | | | | |
| All Firms Sampled | 84 | $630 (-19%) | $1,120 (+42%) | $1,215 (+52%) | $1,318 (+65%) | $1,655 (+107%) |
| Labaton Sucharow LLP | 3 | $775 | $788 | $800 | $800 | $800 |
| **Junior Partners** | | | | | | |
| All Firms Sampled | 83 | $725 (+38%) | $1,093 (+94%) | $1,135 (+89%) | $1,175 (+84%) | $1,685 (+150%) |
| Labaton Sucharow LLP | 0 | $525 | $563 | $600 | $638 | $675 |
| **Of Counsel** | | | | | | |
| All Firms Sampled | 144 | $630 (+33%) | $960 (+51%) | $1,100 (+47%) | $1,285 (+66%) | $2,005 (+136%) |
| Labaton Sucharow LLP | 11 | $475 | $638 | $750 | $775 | $850 |

Case 1:20-cv-02031-JSR    Document 113-5    Filed 05/11/21    Page 3 of 5

| | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|
| | | Rate (%Diff.) | Rate (%Diff.) | Rate (%Diff.) | Rate (%Diff.) | Rate (%Diff.) |
| **All Associates** | | | | | | |
| All Firms Sampled | 941 | $250 (-25%) | $645 (+47%) | $785 (+65%) | $965 (+93%) | $1,260 (+87%) |
| Labaton Sucharow LLP | 21 | $335 | $438 | $475 | $500 | $675 |
| **Senior Associates** | | | | | | |
| All Firms Sampled | 120 | $340 (+1%) | $935 (+101%) | $1,015 (+93%) | $1,050 (+83%) | $1,260 (+87%) |
| Labaton Sucharow LLP | 9 | $335 | $465 | $525 | $575 | $675 |
| **Mid-Level Associates** | | | | | | |
| All Firms Sampled | 387 | $380 (-16%) | $825 (+81%) | $922 (+94%) | $995 (+102%) | $1,195 (+139%) |
| Labaton Sucharow LLP | 6 | $450 | $456 | $475 | $494 | $500 |
| **Junior Associates** | | | | | | |
| All Firms Sampled | 434 | $250 (-33%) | $610 (+57%) | $690 (+62%) | $770 (+81%) | $1,240 (+192%) |
| Labaton Sucharow LLP | 6 | $375 | $388 | $425 | $425 | $425 |
| **Paralegals** | | | | | | |
| All Firms Sampled | 253 | $195 (-40%) | $320 (-2%) | $360 (+7%) | $410 (+22%) | $825 (+132%) |
| Labaton Sucharow LLP | 18 | $325 | $325 | $335 | $335 | $355 |

| | | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|

**Partners**

| | | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|
| 1) | Akin Gump Strauss Hauer & Feld LLP | 41 | $925 | $1,040 | $1,158 | $1,350 | $1,997 |
| 2) | Davis Polk & Wardwell LLP | 25 | $1,530 | $1,655 | $1,685 | $1,685 | $1,997 |
| 3) | Kirkland & Ellis LLP | 191 | $725 | $1,165 | $1,235 | $1,435 | $1,845 |
| 4) | Skadden, Arps, Slate, Meagher, & Flom LLP | 26 | $713 | $1,148 | $1,375 | $1,511 | $1,775 |
| 5) | Proskauer Rose LLP | 9 | $1,245 | $1,495 | $1,495 | $1,495 | $1,745 |
| 6) | Weil, Gotshal & Manges LLP | 15 | $1,175 | $1,275 | $1,400 | $1,575 | $1,695 |
| 7) | Latham & Watkins LLP | 26 | $1,120 | $1,163 | $1,260 | $1,455 | $1,680 |
| 8) | Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 25 | $1,225 | $1,550 | $1,650 | $1,650 | $1,650 |
| 9) | Jones Day | 17 | $630 | $878 | $945 | $1,100 | $1,625 |
| 10) | Milbank LLP | 33 | $1,080 | $1,450 | $1,540 | $1,615 | $1,615 |
| 11) | Kramer Levin Naftalis & Frankel | 40 | $1,000 | $1,131 | $1,200 | $1,330 | $1,565 |
| 12) | Paul Hastings LLP | 12 | $1,260 | $1,334 | $1,413 | $1,513 | $1,550 |
| 13) | Quinn Emanuel Urquhart & Sullivan, LLP | 6 | $1,040 | $1,150 | $1,225 | $1,306 | $1,550 |
| 14) | Wilmer Cutler Pickering Hale and Dorr LLP | 2 | $965 | $1,111 | $1,258 | $1,404 | $1,550 |
| 15) | Morrison & Foerster LLP | 7 | $1,125 | $1,163 | $1,200 | $1,325 | $1,500 |
| 16) | Sidley Austin LLP | 26 | $925 | $1,044 | $1,138 | $1,269 | $1,350 |
| 17) | O'Melveny & LLP Meyers LLP | 7 | $900 | $925 | $985 | $1,100 | $1,250 |
| 18) | Kasowitz Benson Torres LLP | 6 | $750 | $956 | $1,038 | $1,100 | $1,200 |

**Of Counsel**

| | | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|
| 1) | Akin Gump Strauss Hauer & Feld LLP | 39 | $775 | $890 | $960 | $1,025 | $2,005 |
| 2) | Weil, Gotshal & Manges LLP | 2 | $1,998 | $1,999 | $2,001 | $2,002 | $2,003 |
| 3) | Skadden, Arps, Slate, Meagher, & Flom LLP | 15 | $630 | $999 | $1,188 | $1,260 | $1,775 |
| 4) | Davis Polk & Wardwell LLP | 20 | $1,095 | $1,295 | $1,295 | $1,295 | $1,685 |
| 5) | Kirkland & Ellis LLP | 7 | $920 | $1,225 | $1,375 | $1,413 | $1,655 |
| 6) | Paul Hastings LLP | 8 | $875 | $1,198 | $1,300 | $1,331 | $1,550 |
| 7) | Kramer Levin Naftalis & Frankel | 11 | $1,050 | $1,050 | $1,075 | $1,088 | $1,315 |
| 8) | Milbank LLP | 8 | $1,175 | $1,175 | $1,175 | $1,250 | $1,315 |
| 9) | Morrison & Foerster LLP | 3 | $960 | $978 | $995 | $1,110 | $1,225 |
| 10) | Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 12 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 |
| 11) | Jones Day | 4 | $698 | $698 | $821 | $1,003 | $1,175 |
| 12) | Latham & Watkins LLP | 3 | $1,085 | $1,085 | $1,085 | $1,085 | $1,085 |
| 13) | Quinn Emanuel Urquhart & Sullivan, LLP | 2 | $950 | $966 | $983 | $999 | $1,015 |
| 14) | Sidley Austin LLP | 5 | $890 | $925 | $945 | $975 | $1,000 |
| 15) | Wilmer Cutler Pickering Hale & Dorr LLP | 1 | $940 | $940 | $940 | $940 | $940 |
| 16) | O'Melveny & LLP Meyers LLP | 4 | $700 | $738 | $775 | $825 | $900 |

**Associates**

| | | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|---|
| 1) | Paul Hastings LLP | 23 | $455 | $810 | $930 | $1,020 | $1,260 |
| 2) | Proskauer Rose LLP | 9 | $795 | $915 | $975 | $1,025 | $1,245 |
| 3) | Akin Gump Strauss Hauer & Feld LLP | 59 | $500 | $540 | $675 | $934 | $1,240 |
| 4) | Kirkland & Ellis LLP | 311 | $485 | $635 | $740 | $925 | $1,175 |

| | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|
| 5) Skadden, Arps, Slate, Meagher, & Flom LLP | 61 | $330 | $544 | $695 | $829 | $1,120 |
| 6) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 67 | $665 | $775 | $880 | $1,020 | $1,110 |
| 7) Davis Polk & Wardwell LLP | 82 | $690 | $785 | $990 | $1,080 | $1,095 |
| 8) Milbank LLP | 84 | $450 | $735 | $870 | $993 | $1,090 |
| 9) Latham & Watkins LLP | 32 | $590 | $695 | $815 | $955 | $1,055 |
| 10) Weil, Gotshal & Manges LLP | 44 | $595 | $730 | $845 | $988 | $1,050 |
| 11) Kramer Levin Naftalis & Frankel | 70 | $585 | $720 | $840 | $905 | $1,045 |
| 12) Sidley Austin LLP | 36 | $250 | $570 | $675 | $888 | $975 |
| 13) Morrison & Foerster LLP | 21 | $525 | $560 | $710 | $810 | $910 |
| 14) Jones Day | 20 | $400 | $450 | $525 | $626 | $875 |
| 15) Quinn Emanuel Urquhart & Sullivan, LLP | 5 | $770 | $770 | $860 | $865 | $875 |
| 16) Wilmer Cutler Pickering Hale and Dorr LLP | 4 | $525 | $544 | $573 | $650 | $815 |
| 17) O'Melveny & LLP Meyers LLP | 7 | $450 | $550 | $600 | $625 | $800 |
| 18) Kasowitz Benson Torres LLP | 6 | $375 | $421 | $585 | $700 | $750 |

**Paralegals**

| | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|
| 1) Kirkland & Ellis LLP | 52 | $265 | $320 | $375 | $445 | $825 |
| 2) Akin Gump Strauss Hauer & Feld LLP | 20 | $195 | $323 | $355 | $396 | $600 |
| 3) Skadden, Arps, Slate, Meagher, & Flom LLP | 28 | $227 | $335 | $365 | $430 | $495 |
| 4) Latham & Watkins LLP | 3 | $350 | $400 | $450 | $465 | $480 |
| 5) Paul Hastings LLP | 7 | $220 | $310 | $320 | $423 | $460 |
| 6) Davis Polk & Wardwell LLP | 21 | $325 | $450 | $450 | $450 | $450 |
| 7) Kramer Levin Naftalis & Frankel LLP | 19 | $265 | $325 | $390 | $430 | $440 |
| 8) Sidley Austin LLP | 5 | $275 | $370 | $390 | $410 | $435 |
| 9) Weil, Gotshal & Manges LLP | 21 | $250 | $290 | $345 | $390 | $435 |
| 10) Morrison & Foerster LLP | 5 | $280 | $280 | $325 | $400 | $430 |
| 11) Wilmer Cutler Pickering Hale and Dorr LLP | 4 | $300 | $308 | $318 | $344 | $400 |
| 12) Proskauer Rose LLP | 2 | $390 | $390 | $390 | $390 | $390 |
| 13) Milbank LLP | 13 | $255 | $300 | $320 | $350 | $385 |
| 14) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 35 | $255 | $330 | $360 | $360 | $380 |
| 15) Jones Day | 5 | $248 | $270 | $293 | $315 | $375 |
| 16) Quinn Emanuel Urquhart & Sullivan, LLP | 2 | $330 | $336 | $343 | $349 | $355 |
| 17) Kasowitz Benson Torres LLP | 4 | $255 | $278 | $295 | $316 | $350 |
| 18) O'Melveny & LLP Meyers LLP | 7 | $200 | $225 | $300 | $325 | $350 |