**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>   Defendants. | Civil Action No. 1:20-cv-02031-JSR |

**SUPPLEMENTAL DECLARATION OF MELISSA M. MEJIA REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM AND (B) REPORT ON REQUESTS FOR EXCLUSION**

I, Melissa M. Mejia, declare and state as follows:

1.  I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's March 7, 2021, Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date For Hearing on Final Approval of Settlement (the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action.[1]  I submit this declaration as a supplement to my earlier declaration, the Declaration of Melissa M. Mejia Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion, dated May 6, 2021 (ECF. No. 113-3) (the "Initial Mailing Declaration").  The following statements are based on my personal knowledge and

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation and Agreement of Settlement dated as of December 22, 2020 (ECF No. 104-1) (the "Stipulation").

information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently about them.

### CONTINUED DISSEMINATION OF THE NOTICE PACKET

2.    Since the execution of the Initial Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to requests from potential Settlement Class Members, brokers, and other nominees.  Through June 7, 2021, Epiq has disseminated a total of 60,981 Notice Packets to potential Settlement Class Members and nominees.

### EXCLUSION REQUESTS

3.    As set forth in the Preliminary Approval Order, Settlement Class Members who wish to be excluded from the Settlement Class are required to mail their written request to Epiq so that the request is received by May 25, 2021.  As of the date of this Supplemental Declaration, Epiq has received an additional three (3) requests for exclusion since the one request included in the Initial Mailing Declaration, for a total of four (4) timely requests for exclusion.  *See* Exhibit A.

4.    Additionally, the Preliminary Approval Order directed Settlement Class Members to submit their objections to the Court and counsel for the Parties.  Epiq has not received any misdirected objections as of the date of this Supplemental Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 8, 2021, at New York, New York.

<u>*Melissa Mejia*</u>
Melissa M. Mejia

2

# EXHIBIT A

# WWE_Exclusion Request No. 1

*WWE Securities Litigation*

c/o Epiq

P.O. Box 6389

Portland, OR  97228-6389

**Paul Vienneau**

**Shareholder of one (1) Class A common stock – No. A16139**

**Acquired on April 2, 2009**

To whom it may concern,

With this letter, I'm requesting to be excluded from the Settlement Class *in City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc. et al.*, No. 1:20-cv-02031-JSR (S.D.N.Y.).

Best regards,

Paul Vienneau

Paul Vienneau

WWE Securities Litigation
c/o Epiq
P.O. Box 6389
Portland, OR 97228-6389

9722886389 B042

WWE_Exclusion Request No. 2

Exclusion Request

To whom it may concern,

Please exclude me from the settlement class in City of Warren Police and Fire Retirement System vs. World Wrestling Entertainment, Inc. et al., No. 1:20-cv-02031-JSR (S.D.N.Y.)

Trading Activity:

2 shares purchased Jan 31, 2020, $50.10 per share
2 shares sold March 8, 2021, $55.00 per share

Being part of this settlement would have little impact for me therefore it would not be beneficial for me to participate. The trades were done on my individual brokerage account.

Thank you,
Michelle Ko

Michelle Ko

P.S. Sorry it's handwritten. Printer broke.

Michelle Ko

 

FOREVER USA

WWE Securities Litigation
c/o Epiq
P.O. Box 6389
Portland, OR 97228

97228-638989

# WWE_Exclusion Request No. 3

May 11, 2021

Kevin E Sills

Dear Sir or Madam,

I am requesting to be excluded from the Settlement Class in City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc. et al., 1:20-cv-02031-JSR (S.D.N.Y.).

Below is a listing of WWE transactions as far back in the time period my E*TRADE would allow:

| Date ▼ | Type | Description | Categories | Amount $ |
|---|---|---|---|---|
| 01/31/20 | Bought | 98 of WWE @ $46.6823 (Order #145) | Unassigned | -4,574.87 |
| 12/26/19 | Dividend | WORLD WRESTLING ENTERTAINMENT INC CL A CASH DIV ON 173 SHS REC 12/13/19 PAY 12/26/19 | Unassigned | 20.76 |
| 11/12/19 | Bought | 50 of WWE @ $55.56 (Order #77) | Unassigned | -2,778.00 |
| 11/04/19 | Bought | 38 of WWE @ $53.95 (Order #64) | Unassigned | -2,050.10 |
| 10/31/19 | Bought | 26 of WWE @ $56.16 (Order #53) | Unassigned | -1,460.16 |
| 10/30/19 | Bought | 14 of WWE @ $66.50 (Order #49) | Unassigned | -931.00 |
| 10/18/19 | Bought | 20 of WWE @ $69.10 (Order #36) | Unassigned | -1,382.00 |
| 09/25/19 | Dividend | WORLD WRESTLING ENTERTAINMENT INC CL A CASH DIV ON 25 SHS REC 09/13/19 PAY 09/25/19 | Unassigned | 3.00 |
| 07/31/19 | Bought | 25 of WWE @ $73.10 (Order #14) | Unassigned | -1,632.45 |

Sincerely,

Kevin E Sills



ADDRESS SERVICE REQUESTED

NNE Securities Litigation
c/o Epiq
P.O. Box 6389
Portland, OR 97228-6389

WWE_Exclusion Request No. 4

Bryan Mercer

WWE Securities Litigation
c/o Epiq
P.O. Box 6389
Portland, OR 97228-6389

To Whom It May Concern:

This letter serves as my request to be excluded from the Settlement Class in *City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc. et al.*, No. 1:20-cv-02031-JSR (S.D.N.Y.).

My name is Bryan Mercer. I currently reside at
                My telephone number is

My common stock transactions during the Class Period are as follows:

        7.000 shares purchased on 7/17/2019
                Price: 62.15           Full purchase amount of $435.05

        9.000 shares purchased on 1/17/2020
                Price: 52.78           Full purchase amount of $475.02

My signature below serves to verify this request. Please contact me if additional information is required to complete this request.

Thank you,

19 MAY 2021 PM 4  L

WWE Securities Litigation
c/o Epiq
P.O. Box 6389
Portland, OR  97228 - 6389

97228-638989