UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>      Defendants. | No. 20 Civ. 2031 (JSR) |

## NOTICE OF AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying declaration of Neil P. Kelly, and

subject to approval of the Court, Neil P. Kelly hereby withdraws as counsel for defendants

World Wrestling Entertainment, Inc., Vincent K. McMahon, George A. Barrios, and Michelle D.

Wilson in the above-captioned matter. Defendants will continue to be represented by Theodore

V. Wells, Jr., Daniel J. Kramer, Richard C. Tarlowe, Justin Anderson, and Melissa F. Zappala.

Dated: March 15, 2021
     New York, New York

Respectfully submitted,

  /s/ Neil P. Kelly
Neil P. Kelly
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
nkelly@paulweiss.com

SO ORDERED:

*Hon. Jed S. Rakoff, U.S.D.J.,*

HONORABLE JED S. RAKOFF,
U.S. DISTRICT JUDGE
JULY 6, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. McMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>      Defendants. | No. 20 Civ. 2031 (JSR) |

## <u>DECLARATION OF NEIL P. KELLY</u>

1. I am an associate with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for defendants counsel for defendants World Wrestling Entertainment, Inc., Vincent K. McMahon, George A. Barrios, and Michelle D. Wilson in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I will no longer be associated with Paul, Weiss.

2. Theodore V. Wells, Jr., Daniel J. Kramer, Richard C. Tarlowe, Justin Anderson, and Melissa F. Zappala will continue to represent defendants in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2021
      New York, New York

                                   _Neil Kelly_
                                   Neil P. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that, on March 15, 2021, I caused a true and correct copy of the foregoing to be served upon all Plaintiff via the CM/ECF system and upon Defendants via email.

Neil P. Kelly