L6UTCITC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
CITY OF WARREN POLICE AND FIRE
RETIREMENT SYSTEM, *individually
and on behalf of all others
similarly situated*,

                    Plaintiffs,

            v.                          20 CV 2031 (JSR)
                                        Remote proceeding

WORLD WRESTLING ENTERTAINMENT,
INC., et al.,

                    Defendants.

------------------------------x
                                        New York, N.Y.
                                        June 30, 2021
                                        4:00 p.m.

Before:

                    HON. JED S. RAKOFF,

                                        District Judge


                    APPEARANCES (Telephonic)

LABATON SUCHAROW LLP
     Attorneys for Plaintiffs
BY:  CAROL VILLEGAS
     NICOLE ZEISS
     CHRISTINE FOX

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
     Attorneys for Defendants
BY:  DANIEL KRAMER
     RICHARD TARLOWE
     AMITAV CHAKRABORTY

L6UTCITC

(Via teleconference)

THE COURT:  This is Judge Rakoff.  Would counsel please identify themselves.

MS. VILLEGAS:  Good afternoon, your Honor, you have Carol Villegas from Labaton Sucharow on behalf of lead plaintiff and the class, and with me from Labaton is Nicole Zeiss and Christine Fox.

THE COURT:  Good afternoon.

MR. KRAMER:  Good afternoon, your Honor, for defendants you have Dan Kramer from Paul Weiss, and with me are Rich Tarlowe and Amitav Chakraborty.

THE COURT:  Good afternoon.

So we're here on the proposed final settlement.  And, of course, I am extremely disappointed that this case settled because it sounded like it would have been a really fun trial, but I have to put my personal desires aside since the settlement does appear to be in the interest of justice.

And unless something has happened since the papers were submitted, am I correct that there are no objections filed by anyone to this proposed settlement?

MS. VILLEGAS:  That is correct, your Honor.  No objections, and we have only four requests for exclusion from the settlement, which represents a small amount of shares.

THE COURT:  Very good.  So I have reviewed both the submitted papers and the underlying record and I find that this

L6UTCITC

proposed class easily satisfies the Rule 23(a) factors for class certification.  I have also considered the motion for approval of settlement, and in particular looked at both the factors under Rule 23(e)(2) and the so-called *Grinnell* factors, and once again all of the relevant factors favored the settlement.

And lastly, I have considered the motions for reimbursement of litigation expenses, which seem to me quite well supported, and the motion for attorneys' fees which seems quite reasonable.  It's equal to about 18 percent of the $39 million settlement fund, which is well within accepted limits in a case like this, and represents only a multiplier against the lodestar of 1.52, which, again, is quite reasonable.

So, in short, I will sign all the proposed orders approving the settlement, the attorneys' fees, the reimbursement, et cetera.

Is there anything else either counsel needs to raise with the Court?

MS. VILLEGAS:  Thank you, your Honor.  I just wanted to note for you that the three orders that we filed contained the previously noticed final approval date of June 18, so you may want to cross that date out and put today's date in, or we're also happy to resubmit the orders with the new date.

THE COURT:  No, I'll manage somehow to cross out 18 substitute 30.  It's asking a lot, I admit, but I bet I could

L6UTCITC

do it if I tried.  But thank you for bringing that to my attention.

Anything from defense counsel?

MR. KRAMER:  Nothing further from us.  Thank you.

THE COURT:  I notice that the fourth partner listed on your papers, Ted Wells, was too shy to appear here today, but he's by nature a very shy guy, so I'm not surprised.

MR. KRAMER:  Your Honor, he shares your disappointment in not trying the case before your Honor.

THE COURT:  Well, I thank counsel and I do think this was a model of a well-negotiated settlement and I will sign the orders.

Thanks very much and that concludes this proceeding.

MR. KRAMER:  Thank you, your Honor.

MS. VILLEGAS:  Thank you, your Honor.

(Adjourned)